**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

SPEECH FIRST, INC.,

*Plaintiff*,

v.                                                      Case No. 1:18-cv-1078-LY

GREGORY L. FENVES, et al. ,

*Defendants*.

**DECLARATION OF CAMERON T. NORRIS**

1.      I am an attorney at the law firm Consovoy McCarthy Park PLLC and counsel for plaintiff Speech First, Inc.

2.      I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3.      The following materials attached as exhibits are true and accurate copies of pages from websites of the University of Texas at Austin that were downloaded as PDF files at approximately 5:00 p.m. EDT on December 19, 2018.

      a.      Exhibit A is Chapter 13, Speech, Expression, and Assembly, from the University's Institutional Rules.

      b.      Exhibit B is the University's "Acceptable Use Policy for University Students."

      c.      Exhibit C is the University's 2018-2019 Residence Hall Manual.

d.      Exhibit D is the University's Handbook of Operating Procedures, 9-1810, Hate and Bias Incidents.

e.      Exhibit E is the homepage for the Campus Climate Response Team ("CCRT").

f.      Exhibit F is a page titled "About CCRT," which is linked from the CCRT homepage.

g.      Exhibit G is a page titled "FAQs," which is linked from the CCRT homepage.

h.      Exhibit H is a page titled "Reporting," which is linked from the CCRT homepage.

i.      Exhibit I is a page titled "Campus Climate Incident Online Report Form," which is linked from the CCRT homepage.

j.      Exhibit J is the CCRT's 2015-2016 Campus Climate Trend Report.

k.      Exhibit K is the homepage for the Office of the Dean of Students.

l.      Exhibit L is the list of entries from the CCRT's log of reports, from Incident Number 2017914 to Incident Number 2018931.

m.      Exhibit M is the list of entries from the CCRT's log of reports, from Incident Number 201792 to Incident Number 2017913.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on December 21, 2018.

                                         /s/ Cameron T. Norris
                                        Cameron T. Norris

# Exhibit A



# CHAPTER 13. SPEECH, EXPRESSION, AND ASSEMBLY

## Subchapter 13–100. Governing Principles

### Sec. 13–101. Freedom of Speech, Expression, and Assembly

a. The freedoms of speech, expression, and assembly are fundamental rights of all persons and are central to the mission of the University. Students, faculty members, and staff members have the right to assemble, to speak, and to attempt to attract the attention of others, and corresponding rights to hear the speech of others when they choose to listen, and to ignore the speech of others when they choose not to listen.

b. In accordance with Regents' *Rules and Regulations*, Rule 80101, the grounds and buildings owned or controlled by The University of Texas at Austin are not open for assembly, speech, or other activities as are the public streets, sidewalks, and parks. In furtherance of the University's educational mission, the University campus is a limited forum open only to the expressive activities of faculty, staff, and students. Unaffiliated groups and individuals may not engage in expressive activities at the University except in accordance with this Chapter. Student, faculty, and staff organizations may not invite the public at large to events on University property.

c. Students, faculty members, and staff members are free to express their views, individually or in organized groups, orally or in writing or by other symbols, on any topic, in all parts of the campus, subject only to rules necessary to preserve the equal rights of others and the other functions of the University. Teaching, research, and other official functions of the University will have priority in allocating the use of space on campus.

d. Except as expressly authorized by subchapter 13–200, the University will not discriminate on the basis of the political, religious, philosophical, ideological, or academic viewpoint expressed by any person, either in the enforcement and administration of these rules or otherwise.

e. The University of Texas at Austin Police Department (UTPD) may immediately enforce these rules if a violation of these rules constitutes a breach of the peace or compromises public safety.

### Sec. 13–102. Scope of This Chapter and Related Provisions

a. This chapter protects and regulates speech, expression, and assembly of students, faculty members, and staff members that is not part of the teaching, research, or other official functions of the University, not otherwise sponsored by the University or any academic or administrative unit, and not submitted for academic credit.

    1. This chapter also regulates certain speech that is part of the teaching, research, or other official functions of the University;

    2. Section 13–204 on harassment applies to all speech on campus.

b. This entire chapter applies to speech by academic and administrative units, and speech that is submitted for academic credit, in outdoor locations on the campus. The dean of students administers and schedules outdoor signs, tables, exhibits, public assemblies, and amplified sound, even for faculty members, staff members, and administrative and academic units, because scheduling through a single office is necessary to avoid conflicts.

c. Any program or event sponsored by an academic or administrative unit of the University will have priority in the use of space and facilities over any speech, expression, and assembly that is not sponsored by an academic or administrative unit, except that programs or events sponsored by an academic or administrative unit will not have priority in the use of weekday amplified sound areas defined in section 13–802. This chapter does not limit other existing authority of University officials to authorize programs and events sponsored by an academic or administrative unit and not provided for in this chapter.

d. Additional rules concerning free speech and academic freedom of faculty members are found in the Regents' *Rules and Regulations*, Rule 31004, Number 2, Sections 1 and 2.

e. Underlying rules concerning free speech of students are found in the Regents' *Rules and Regulations*, Rule 40501, Rule 80101, Rule 80103, and Rule 80104. Chapter 13 of the *Institutional Rules* implements those provisions and applies them to the Austin campus.

f. Rules restricting access to the campus and restricting speech on the campus by persons who are not students, faculty members, or staff members are found in the Regents' *Rules and Regulations*, Rule 40501.

g. Rules protecting and regulating speech on University computer networks are promulgated by Information Technology Services (ITS), and are currently found in ITS Policies, Student Acceptable Use Policy and the Information Resources Acceptable Use and Security Policy Agreement.

h. Rules requiring University employees to make clear that controversial statements are made in their personal capacity are found in the Regents' *Rules and Regulations*, Rule 10403, Section 9.2. Rules restricting use of University equipment, supplies, services, and working hours for political activities are found in the Regents' *Rules and Regulations*, Rule 30103.

## Sec 13–103. General Definitions—Categories of Speakers and Users

In this chapter, unless the context requires a different meaning, the following definitions apply.

1. "Academic or administrative unit" means any office or department of the University.
2. "Event" means something that occurs in a certain place during a particular interval of time; events include but are not limited to guest speakers, exhibits, tables, distribution of literature, signs, and public assemblies.
3. "Faculty member and staff member" includes any person who is employed by the University.
4. "Off-campus person or organization" means any person, organization, or business that is not an academic or administrative unit, a registered student, faculty, or staff organization, or a student, faculty member, or staff member.
5. "Registered student, sponsored student, faculty, or staff organization" includes a registered student organization or a sponsored student organization under subchapter 6–200 of the *Institutional Rules*, or a faculty or staff organization under the Regents' *Rules and Regulations*, Rule 40201.
6. "Student" means a person who is currently enrolled at the University, or has been enrolled at the University in a prior semester or summer session and is eligible to continue enrollment in the semester or summer session that immediately follows.
7. "University person or organization" includes academic and administrative units, registered student, sponsored student, faculty, and staff organizations, and individual students, faculty members, and staff members; this phrase describes the most inclusive category of potential speakers on campus; every person and organization of any kind is either an "off-campus person or organization" or a "University person or organization."

## Sec. 13–104. Other General Definitions

In this chapter, unless the context requires a different meaning, the following definitions apply.

1. "Amplified sound" means sound whose volume is increased by any electric, electronic, mechanical, or motor-powered means. Shouting, group chanting, and acoustic musical instruments are exempt from this definition and are not subject to the special rules on amplified sound, but are subject to general rules on disruption.
2. "Day" means an 8:00 a.m. to 5:00 p.m. calendar day, and excludes weekends, University holidays, skeleton crew days, and days on which regularly scheduled classes are suspended due to emergent situations; "University holiday" and "skeleton crew days" means days identified in the holiday schedule published by the Office of Human Resource Services. If a deadline defined in this chapter falls on a Saturday, Sunday, University holiday, or skeleton crew day that deadline will be moved to the next day.
3. "Dean of students" means the dean of students of the University of Texas at Austin or any delegate or representative of the dean of students;
4. "Main Mall" means the area bounded by the south wall of the Main Building, the west walls of Garrison Hall, the north edge of Inner Campus Drive, the south wall of the Dorothy L. Gebauer Building and the east wall of Battle Hall. The Main Mall includes the south steps and south porches of the Main Building.
5. "Room or space" includes any room or space, indoors or outdoors, owned or controlled by the University.
6. "University" means the University of Texas at Austin.
7. "Vice president" means the vice president for student affairs at the University of Texas at Austin.

## Sec. 13-105. Prohibited Items or Actions

a. A mask, facial covering, or disguise that conceals the identity of the wearer that is calculated to obstruct the enforcement of these rules or the law, or to intimidate, hinder or interrupt a University official, UTPD officer, or other person in the lawful performance of their duty.
b. The possession, use, or display of firearms, facsimile firearms, ammunition, explosives, or other items that could be used as weapons, including but not limited to sticks, poles, clubs, swords, shields, or rigid signs that can be used as a shield, without written permission from the dean of students, unless authorized by federal, State or local laws.
c. Body-armor or make shift body-armor, helmets and other garments, such as sporting protective gear, that alone or in combination could be reasonably construed as weapons or body-armor, without written permission from the dean of students.
d. Open Flame, unless approved in advance by the University of Texas at Austin Fire Marshal.

# Subchapter 13–200. Prohibited Expression

## Sec. 13–201. Obscenity

No person or organization will distribute or display on the campus any writing or visual image, or engage in any public performance, that is obscene. A writing, image, or performance is "obscene" if it is obscene as defined in Texas Penal Code, Section 43.21 or successor provisions, and is within the constitutional definition of obscenity as set forth in decisions of the United States Supreme Court.

## Sec. 13–202. Defamation

a. No person will make, distribute, or display on the campus any statement that unlawfully defames any other person.
b. A statement unlawfully defames another person if it is false, if the false portion of the statement injures the reputation of the other person, and if the speaker has the constitutionally required state of mind as set forth in decisions of the United States Supreme Court.

## Sec. 13–203. Incitement to Imminent Violations of Law

No person will make, distribute, or display on the campus any statements directed to inciting or producing imminent violations of law under circumstances such that the statements are likely to actually and imminently incite or produce violations of law.

### Sec. 13–204. Harassment

a. No person will make, distribute, or display on the campus any statement that constitutes verbal harassment of any other person. This section applies to all speech on the campus, including speech that is part of teaching, research, or other official functions of the University.

b.

    1. "Verbal harassment" means hostile or offensive speech, oral, written, or symbolic, that

        A. is not necessary to the expression of any idea described in subsection 13–204(b)(2);

        B. is sufficiently severe, pervasive, or persistent to create an objectively hostile environment that interferes with or diminishes the victim's ability to participate in or benefit from the services, activities, or privileges provided by the University; and

        C. personally describes or is personally directed to one or more specific individuals.

    2. To make an argument for or against the substance of any political, religious, philosophical, ideological, or academic idea is not verbal harassment, even if some listeners are offended by the argument or idea. The categories of sexually harassing speech set forth in Policy 3-3031 of the Handbook of Operating Procedures are rarely, if ever, necessary to argue for or against the substance of any political, religious, philosophical, ideological, or academic idea.

    3. Verbal harassment may consist of threats, insults, epithets, ridicule, personal attacks, or the categories of harassing sexual speech set forth in Policies 3-3031 and 9-1810 of the Handbook of Operating Procedures. Verbal harassment is often based on the victim's appearance, personal characteristics, or group membership, including but not limited to race, color, religion, national origin, gender, age, disability, citizenship, veteran status, sexual orientation, gender identity or gender expression, ideology, political views, or political affiliation.

c. Harassment can also consist of nonverbal conduct, such as hazing, practical jokes, damage to property, and physical assault. In the case of sexual harassment and sexual misconduct, sexual conduct is often central to the offense. These forms of harassment are prohibited by subsection 11–404(a)(11) of the *Institutional Rules*, by Policy 3-3031 of the Handbook of Operating Procedures, and by the Regents' *Rules and Regulations*, Rule 30105. Some forms of harassment violate the Prohibition of Campus Violence, Policy 8-1010, or violate Policy 9-1810, Hate and Bias Incidents in the Handbook of Operating Procedures. For enhanced sanctions for disciplinary offenses motivated by the race, color, or national origin of a student harmed by the offense, see subsection 11–701(b) of the *Institutional Rules*. To the extent of any conflict in the definition of verbal harassment, the more detailed definition in this section controls.

d. The harassment that this section prohibits does not exhaust the category of speech that is unnecessary and inappropriate to vigorous debate in a diverse community of educated people. An essential part of higher education is to learn to separate substantive argument from personal offense, and to express even the deepest disagreements within standards of civility that reflect mutual respect, understanding, and sensitivity among the diverse population within the University and in the larger society. These are community norms, even though they cannot be enforced by disciplinary rules.

e. Verbal harassment has been interpreted very narrowly by the federal courts. Policies on verbal harassment or hate speech at many universities have been held unconstitutional, either because they prohibited harassment only when it was based on race, sex, and similar categories, or because they failed to protect the expression of potentially offensive ideas. This policy should be interpreted as narrowly as need be to preserve its constitutionality.

f. Members of the university community are strongly encouraged to report harassment.

    1. A student who believes he or she has been harassed should report the alleged violation to the dean of students.

    2. A faculty member or staff member who believes he or she has been harassed should report the alleged violation to the Office for Inclusion and Equity.

    3. Alternatively, any person who believes he or she has been harassed may report the alleged violation to the Office for Inclusion and Equity or to any University official, administrator, or supervisor. A faculty member is not an "official, administrator, or supervisor" for this purpose unless that faculty member holds an administrative position.

    4. Any University official, administrator, or supervisor who receives a report of alleged harassment will promptly refer that report and the complainant to the Office for Inclusion and Equity, or to the dean of students, as appropriate. A complainant whose report is not forwarded to the Office for Inclusion and Equity, or to the dean of students, has not initiated proceedings for providing a remedy to the complainant or for imposing discipline on the alleged harasser.

    5. Investigation of the information provided, and any remedial or disciplinary proceedings, will proceed under the procedures set out in the harassment policies cross-referenced in subsection 13–204(c).

### Sec. 13–205. Solicitation

a.

    1. No person or registered student, sponsored student, faculty, or staff organization will make, distribute, or display on the campus any statement that offers or advertises any product or service for sale or lease that includes commercial identifiers, such as for-profit logos, trademarks, and service marks, or that requests any gift or contribution, except as authorized by subsection 13–205(b), by section 13–403, or by the Regents' *Rules and Regulations.*

    2. Words or symbols on personal apparel, or on decals or bumper stickers affixed to a vehicle by an owner of that vehicle, are not solicitation within this definition.

    3. Unadorned acknowledgments or thanks to donors are not solicitation within this definition.

b.

1. A registered student, sponsored student, faculty, or staff organization may advertise or sell merchandise, publications, food, or nonalcoholic beverages, or request contributions: for the benefit of the registered student, sponsored student, faculty, or staff organization; for the benefit of another registered student, sponsored student, faculty, or staff organization; or, for the benefit of an organization that is tax-exempt under Section 501(c)(3) of the Internal Revenue Code. No organization may sell items obtained on consignment. No organization may request contributions for an off-campus tax-exempt organization for more than fourteen days in any fiscal year.

2. Registered student, sponsored student, faculty, and staff organizations, and academic and administrative units, may sell, distribute, or display literature that contains advertising, subject to the limits in section 13–403. Individual students, faculty members, and staff members may distribute or display such literature, but may not sell it.

3. Individual students, faculty members, and staff members may post advertisements for roommates, subleases, and sales of used goods that the seller has personally owned and used, but only on a bulletin board designated for that purpose by an academic or administrative unit in space that the unit occupies or controls. Any unit that designates a bulletin board for this purpose may regulate that bulletin board under the procedures set forth in section 13–506.

4. A resident of a University residence hall or apartment building may occasionally invite one or more salespersons to come to the resident's room or apartment, and in that room or apartment, the salesperson may offer products or services for sale to other residents of that residence hall or apartment building.

5. A registered student, sponsored student, faculty, or staff organization may collect admission fees for programs scheduled in advance in accordance with subchapter 10–200 of the *Institutional Rules*.

6. A registered student, sponsored student, faculty, or staff organization may collect membership fees or dues at meetings of the registered student, faculty, or staff organization scheduled in advance under subchapter 10–200 of the *Institutional Rules*.

7. A registered student organization that is a qualified organization as that term is defined in the Texas Charitable Raffle Enabling Act, Texas Occupations Code, Chapter 2002, or successor provisions, may sell charitable raffle tickets pursuant to that act.

8. A registered student, sponsored student, faculty, or staff organization may host a public performance of a film scheduled in advance in accordance with subchapter 10–200 of the *Institutional Rules*. In accordance with the Regents' *Rules and Regulations*, Rule 80103, admission fees may be collected. All registered student, sponsored student, faculty or staff organizations that exhibit films on campus must obtain a Public Performance License for the individual film(s) from a licensing agent. This license is required even if the exhibition of the film is offered to the public for free and is educational in nature. Registered student, sponsored student, faculty, or staff organizations will be required to follow the process proscribed by the film distributor to obtain approval to exhibit the film. Federal Copyright Laws protect all films viewed in public areas regardless of format. There are a few exceptions. Registered student, sponsored student, faculty, or staff organizations may exhibit a film publicly if
   A. the film is in the Public Domain;
   B. the registered student, sponsored student, faculty or staff organization has written permission from the film's producer or other holder of the right to grant such permission; or
   C. the film is obtained from a company that provides a Public Performance License with the purchase or rental of the film.

c. More detailed regulation of solicitation appears in the Regents' *Rules and Regulations*, Rule 80103.

## Subchapter 13–300. General Rules on Means of Expression

### Sec. 13–301. Disruption

a. Except as expressly authorized in section 13–802, or by an authorized University official responsible for a program or event sponsored by an academic or administrative unit, no speech, expression, or assembly may be conducted in a way that disrupts or interferes with any
   1. teaching, research, administration, or other authorized activities on the campus;
   2. free and unimpeded flow of pedestrian and vehicular traffic on the campus; or
   3. signs, tables, exhibits, public assemblies, distribution of literature, guest speakers, or use of amplified sound by another person or organization acting under the rules in this chapter.

b.
   1. The term "disruption" and its variants, as used in this rule, are distinct from and broader than the phrase "disruption of activities," as used in the Regents' *Rules and Regulations*, Rule 30103, Number 2, Section 2, and the phrase "disruptive activities," as used in the Regents' *Rules and Regulations*, Rule 40502. This rule is concerned not only with deliberate disruption, but also with scheduling and coordination of events to manage or minimize the inevitable conflicts between legitimate events conducted in close proximity.
   2. Except in the most extreme cases, interference and disruption are unavoidably contextual. Intentional physical interference with other persons is nearly always disruptive in any context. Interfering with traffic depends on the relation between the volume of traffic and the size of the passageway left open. Disruptive noise is the most contextual of all, because it depends on the activity disrupted. Any distracting sound may disrupt a memorial service. Any sound sufficiently loud or persistent to make concentration difficult may disrupt a class or library. Occasional heckling in the speaker's pauses may not disrupt a political speech, but persistent heckling that prevents listeners from hearing the speaker does disrupt a political speech. These illustrations may be helpful, but none of them includes enough context to be taken as a rule. We cannot escape relying on the judgment and fairness of University authorities in particular cases. In this context where

difficult enforcement judgments are unavoidable, it is especially important to remind administrators and law enforcement officials that their judgments should not be influenced by the viewpoint of those claiming disruption or of those allegedly disrupting.

    c. Potentially disruptive events can often proceed without disruption if participants, administrators, and law enforcement officials cooperate to avoid disruption without stopping the event. In cases of marginal or unintentional disruption, administrators and law enforcement officials should clearly state what they consider disruptive and seek voluntary compliance before stopping the event or resorting to disciplinary charges or arrest.

## Sec. 13–302. Damage to Property

    a. No speech, expression, or assembly may be conducted in a way that damages, defaces, marks, discolors, or alters in any way property of the University or of any person who has not authorized the speaker to damage or deface his or her property.

    b. No person may damage, deface, mark, discolor, alter, or interfere with any sign, table, or exhibit posted or displayed by another person or organization acting under the rules in this chapter.

## Sec. 13–303. Coercing Attention

    a. No person may attempt to coerce, intimidate, or badger any other person into viewing, listening to, or accepting a copy of any communication.

    b. No person may persist in requesting or demanding the attention of any other person after that other person has attempted to walk away or has clearly refused to attend to the speaker's communication

## Sec. 13–304. Cosponsorship

    a. Neither registered student, faculty, or staff organizations, nor individual students, faculty members, or staff members, may cosponsor any event on campus with an off-campus person or organization. Only academic or administrative units with authority delegated from the president of the University may cosponsor events with an off-campus person or organization. Sponsored student organizations are an extension of the sponsoring academic or administrative unit under the authority of subsection 6-101(11).

    b. An event is a prohibited cosponsorship if an individual or a registered student, faculty, or staff organization

        1. depends on an off-campus person or organization for planning, staffing, or management of the event; or

        2. advertises the event as cosponsored by an off-campus person or organization; or

        3. operates the event as agent of, or for the benefit of, an off-campus person or organization, except for solicitation of charitable contributions under the authority of subsection 13–205(b)(1); or

        4. distributes any proceeds of the event to an off-campus person or organization, except for

            A. the proceeds of charitable contributions solicited under the authority of subsection 13–205(b)(1); or

            B. payment of a fair market price for goods or services provided to the University person or organization; or

        5. reserves a room or space for the use of an off-campus person or organization; or

        6. engages in any other behavior that persuades the dean of students that an off-campus person or organization is in fact responsible for the event, in full or in substantial part.

    c. The following facts do not, in and of themselves, indicate a prohibited cosponsorship:

        1. that a University person or organization endorses an off-campus person or organization or its message;

        2. that a University person or organization sells, distributes, or displays literature prepared by an off-campus person or organization or containing contact information for an off-campus person or organization (subject to the rules in section 13–205);

        3. that a University person or organization has purchased goods or services from an off-campus provider;

        4. that a registered student, faculty, or staff organization has invited a guest speaker under subchapter 13–1000;

        5. that a registered student, faculty, or staff organization has received financial contributions to support the event from an off-campus donor.

    d. The purpose of this rule is to preserve the limited space on campus for the use of students, faculty members, and staff members, and the rule will be interpreted to serve that purpose.

## Sec. 13–305. Other Rules with Incidental Effects on Speech

    a. Other generally applicable or narrowly localized rules, written and unwritten, incidentally limit the time, place, and manner of speech, but are too numerous to compile or cross-reference here. For example, libraries typically have highly restrictive rules concerning noise; laboratories and rooms containing the electrical and mechanical infrastructure of the University typically have safety rules and rules excluding persons without specific business there; fire and safety codes prohibit the obstruction of exits and limit the constriction of hallways. Speech within classrooms is generally confined to the subject matter of the class; the right to attend a class at all is subject to registration and payment of tuition; individual professors may have rules of decorum in their classrooms. These kinds of rules limit the right of students, faculty, and staff members to enter and speak in the places to which these rules apply.

    b. Reasonable and nondiscriminatory rules of this kind generally control over the rights of free speech guaranteed in this chapter. But even these kinds of rules are subject to the constitutional right of free speech. Such rules must be viewpoint neutral. Such rules cannot regulate speech more restrictively than they regulate other activities that cause the problems to be avoided by the rule. Such rules should not restrict speech more than is reasonably necessary to serve their purpose. Such rules cannot ban unobtrusive forms of communication with no potential for disruption even in the specialized environment subject to the localized rule. Thus, for example, means of silent expression or protest confined to the

speaker's immediate person, such as armbands, buttons, and T-shirts, are nearly always protected because they are rarely disruptive in any environment.

## Subchapter 13–400. Distribution of Literature

### Sec. 13–401. General Rule on Distribution of Literature

a. Registered student, sponsored student, faculty, and staff organizations and academic and administrative units may sell, distribute, or display literature on campus, subject to the rules in this subchapter and to the general rules in subchapter 13–200 and subchapter 13–300. Individual students, faculty members, and staff members may distribute or display literature, subject to the rules in this subchapter and to the general rules in subchapter 13–200 and subchapter 13–300, but may not sell it. In either case, no advance permission is required.

b. "Literature" means any printed material, including any newspaper, magazine, or other publication, and any leaflet, flyer, or other informal matter, that is produced in multiple copies for distribution to potential readers.

c. Literature may be distributed only by University persons or organizations.

### Sec. 13–402. Not-for-Profit Literature Only

a. Except as expressly authorized by the Regents' *Rules and Regulations* or by contract with the University, no person or organization may sell, distribute, or display on campus any publication operated for profit. A registered student, sponsored student, faculty, or staff organization may sell publications operated for profit as part of a fund-raiser authorized by, and subject to the limits of, subsection 13–205(b)(1).

b. A publication is operated for profit if any part of the net earnings of the publication, or of its distribution, inures to the benefit of any private shareholder or individual.

### Sec. 13–403. Limits on Advertising

Literature distributed on campus may contain the following advertising:

1. advertising for a registered student, sponsored student, faculty, or staff organization, or an academic or administrative unit;
2. advertising for an organization that is tax exempt under Section 501(c)(3) of the Internal Revenue Code;
3. paid advertising in a publication primarily devoted to promoting the views of a not-for-profit organization or to other bona fide editorial content distinct from the paid advertising; and
4. other advertising expressly authorized by the Regents' *Rules and Regulations* or by contract with the University.

All other advertising in literature distributed on campus is prohibited.

### Sec. 13–404. Clean Up of Abandoned Literature

Any person or organization distributing literature on campus will pick up all copies dropped on the ground in the area where the literature was distributed.

### Sec. 13–405. Registered Student Organization Literature Disclaimer

Literature distributed by registered student organizations on campus must contain a disclaimer that indicates that registered student organization literature is not official University literature and does not represent the views of the University or its officers.

## Subchapter 13–500. Signs, Banners, and A-Frames

### Sec. 13–501. General Rule on Signs

a. "Sign" means any method of displaying a visual message to others, except that transferring possession of a copy of the message is distribution of literature and not a sign.

b. Subject to the rules in this subchapter and to the general rules in subchapter 13–200 and subchapter 13–300, a University person or organization may display a sign by holding or carrying it, by displaying it at a table (see subchapter 13–600), or by posting it on a kiosk, bulletin board, or other designated location. Signs may not be staked in the ground or posted in any other location. Subject to viewpoint-neutral size requirements, University Housing and Dining has designated the window and door of a residence hall room as locations where the resident(s) of that room may post signs. Section 13–506 lists other designated locations.

### Sec. 13–502. Hand-Held Signs

a. Students, faculty members, and staff members may display a sign on campus by holding or carrying it by hand or otherwise attaching it to their person. No advance permission is required. Signs on sticks or poles or otherwise attached to any device are prohibited.

b. Hand-held signs constructed of materials that create a hazard to other people are not permitted. Signs constructed of rigid materials, including sticks, poles, wood, metal, hard plastic, or other materials that could be construed as a hazard are not permitted.

c. Any person holding or carrying a sign will exercise due care to avoid bumping, hitting, or injuring any other person.

d. Any person holding or carrying a sign at a speech, performance, or other event will exercise due care to avoid blocking the view of any other person observing the speech, performance, or event. Depending on the venue, this may mean that signs may be displayed only around the perimeter of a room or an audience.

e. A law enforcement officer or the dean of students, or an usher or other University employee if authorized by officials responsible for managing the venue, may warn any person that his or her sign is being handled in violation of subsections 13–502(a), (b), (c) or (d). If the violation persists after a clear warning, the law enforcement officer, dean of students, authorized usher, or other authorized employee may confiscate the sign. A law enforcement officer may take any action necessary to keep the peace, including but not limited to, issuing a criminal trespass warning to the violator.

## Sec. 13–503. Signs on Kiosks

    a. A kiosk is an outdoor structure, attached to the ground in a fixed location, designed for the posting of signs.

    b. Academic and administrative units and registered student, sponsored student, faculty, and staff organizations may post signs on kiosks. No advance permission is required. Individuals may not post on kiosks.

    c. No sign posted on a kiosk may be larger than 11 inches by 17 inches.

    d. Each sign posted on a kiosk must identify the academic or administrative unit or registered student, sponsored student, faculty, or staff organization that posted the sign, and must state the date the sign was posted or the date of the event being advertised. No sign advertising an event may be posted on a kiosk more than fourteen days before the date of the event.

    e. An academic or administrative unit or a registered student, sponsored student, faculty, or staff organization that posts a sign on a kiosk must remove that sign not later than fourteen days after it was posted, or twenty-four hours after the event it advertised, whichever is earlier.

    f. No sign may be posted on a kiosk on top of another properly posted sign.

    g. Academic and administrative units and registered student, sponsored student, faculty, and staff organizations may post no more than two signs on the same kiosk at the same time.

    h. No sign may be posted on a kiosk using tacks or staples if bungee cords are provided.

    i. The dean of students may remove any sign that violates any of the rules in this section.

## Sec. 13–504. Banners

"Banner" means an affixed, stationary sign hung from a structure, or between two buildings, structures, or poles. Banners on poles may not be carried by individuals. A handheld banner carried by two or more individuals without poles in accordance with Rule 13-502(a) above is permissible.

    a.

        1. The dean of students will designate places where banners may be hung in outdoor locations not occupied or controlled by any other academic or administrative unit.

        2. Other academic and administrative units may designate one or more places where banners may be hung in indoor or outdoor locations that the unit occupies or controls.

    b.

        1. Academic and administrative units and registered student, sponsored student, faculty, and staff organizations may hang banners in locations designated under subsection 13–504(b). Individuals may not hang banners.

        2. Advance permission is required from the unit administering the location; usually, advance reservations are required. Academic and administrative units advertising official University events or programs may be given priority. In locations administered by academic or administrative units other than the dean of students, organizations affiliated with the unit administering the location may be given priority.

    c.

        1. In locations administered by the dean of students, each banner may be hung for one week. The banner may be renewed from week to week if space is available.

        2. Other units administering a location for banners may limit the time each banner may hang. Any such time limit will be applied without discrimination to all organizations, except that academic and administrative units may be given preference.

    d. The dean of students will maintain, on a Web site or on a flyer or pamphlet available at the dean of students' office:

        1. a list of outdoor locations where banners may be hung;

        2. the academic or administrative unit that administers this banner policy at each outdoor location; and

        3. a current description of the rules and procedures for reserving the right to hang a banner in locations administered by the dean of students.

    e. The unit administering a banner location may require that the physical work of hanging the banners be performed only by Department of Facilities Services employees or other appropriate University personnel.

## Sec. 13–505. A-Frames

    a. "A-frame" means a movable and self-supporting sign board designed to stand on the ground. A-frames may not exceed five feet in height or width. Structures that do not meet this criteria will be considered exhibits and will be subject to the rules in subchapter 13–700.

    b. The dean of students will designate outdoor locations where A-frames may be placed. If an academic or administrative unit or a registered student, sponsored student, faculty, or staff organization wishes to place an A-frame in a different location, then the structure will be considered an exhibit and will be subject to the rules in subchapter 13–700.

    c. Academic and administrative units and registered student, sponsored student, faculty, and staff organizations may place A-frames in locations designated under subsection 13–505(b). Individuals may not place A-frames.

    d. Each A-frame may be placed for fourteen days. The A-frame may be renewed for an additional fourteen days if space is available. If the A-frame is left on campus for longer than the reservation, the A-frame may be removed by the Department of Facilities Services, at the expense of the academic or administrative unit or registered student, sponsored student, faculty, or staff organization.

    e. The dean of students will maintain, on a Web site or on a flyer or pamphlet available at the dean of students' office, a current description of the rules and procedures for reserving the right to place an A-frame on campus.

    f. Any registered student, faculty, or staff organization sponsoring an A-frame assumes full responsibility for the A-frame, including all injuries or hazards that may arise from the A-frame. The University will not be liable for any damage that may

occur to the A-frame, and any registered student, faculty, or staff organization sponsoring the A-frame will indemnify the University for any claims arising from the A-frame's presence on campus.

### Sec. 13–506. Signs in Other Designated Locations (Including Departmental Bulletin Boards)

a. Each academic or administrative unit may authorize the posting of signs in spaces that unit occupies and controls. Such authorization may be granted by general rule, by stamping or initialing individual signs, or by long-standing tradition.

b. Signs in spaces occupied by academic or administrative units may be
  1. confined to bulletin boards or other designated locations;
  2. subjected to viewpoint-neutral rules limiting the size of signs, limiting how long they may be posted, requiring each sign to show the date it was posted and the name of the person or organization who posted it, and similar rules designed to facilitate fair and equal opportunities to post signs;
  3. confined to official statements or business of the unit, or to certain subject matters of interest within the unit, or to signs posted by persons or organizations affiliated with the unit.

c. Each academic or administrative unit will post on or near each bulletin board or other designated location that it administers
  1. either the rules applicable to that bulletin board or location, or a particular office or Web site where the rules applicable to that bulletin board or location may be found; and
  2. if a stamp or initials are required on signs before they are posted on that bulletin board or location, the name and office location of the person whose stamp or initials are required.
  3. This notice will be posted in the upper left corner of each bulletin board or other designated location for posting signs, or conspicuously in another nearby location. If no such notice is posted, then the only applicable rules are those contained in subchapter 13–200 and sections 13–301 to 13–304.

d. Within the scope of the subject matters permitted on a particular bulletin board or other designated location, no academic or administrative unit will discriminate on the basis of the political, religious, philosophical, ideological, or academic viewpoint expressed on a sign.

e. This section does not apply to any enclosed bulletin board or display case that is accessible only to authorized personnel for official University business.

## Subchapter 13–600. Tables

### Sec. 13–601. General Rule on Tables

University persons and organizations may set up tables from which to display literature, disseminate information and opinions, and raise funds, subject to the rules in this subchapter and to the general rules in subchapter 13–200, subchapter 13–300, and subchapter 13–1000. No advance permission is required.

### Sec. 13–602. Locations

a. Subject to the restrictions in subsection 13–602(b) and subject to the rules on disruption of other functions and interference with vehicular and pedestrian traffic (see section 13–301), University persons and organizations may set up tables in any outdoor location on the campus and in any large, open, indoor location.

b.
  1. Tables may not be set up on the Main Mall between 8:00 am and 5:00 pm on weekdays.
  2. Tables may not be set up inside any library, classroom, laboratory, performance hall, stadium, or office, or in any hallway less than ten feet wide, without permission from the academic or administrative unit that controls the space, or from the faculty member or staff member who controls the space at a particular time.
  3. An academic or administrative unit may further specify these rules by restricting tables to reasonable locations in spaces occupied by that unit. Academic and administrative units are encouraged to state any such rules clearly in writing and to publish those rules on a Web site or on a flyer or pamphlet available at the chief administrative office of the unit.

c. If any table is set up in a prohibited or disruptive location, any University employee pointing out the violation will also point out other locations, as nearby as is reasonably possible, where the table is permitted.

### Sec. 13–603. Identification

Each table must have a sign or literature that identifies the University person or organization sponsoring the table.

### Sec. 13–604. Clean Up around Tables

University persons and organizations sponsoring a table will remove litter from the area around the table before vacating the space.

### Sec. 13–605. Sources of Tables

University persons and organizations may supply their own tables. In addition, the dean of students maintains a supply of tables for registered student and sponsored student organizations that may be reserved and checked out for use on campus in designated areas. The dean of students will maintain, on a Web site or on a flyer or pamphlet available at the dean of students' office, a current description of the rules and procedures for reserving and checking out tables.

## Subchapter 13–700. Exhibits

### Sec. 13–701. General Rule on Exhibits

a. "Exhibit" means an object or collection of related objects, designed to stand on the ground or on a raised surface, which is not a table, is designed for temporary display, and is not permanently attached to the ground.

   b. Academic or administrative units and registered student, sponsored student, faculty, or staff organizations may erect exhibits, subject to the rules in this subchapter and to the general rules in subchapter 13–200, subchapter 13–300, and subchapter 13–1000. Advance permission is required from the dean of students, except that an academic unit may authorize indoor exhibits in a space that it occupies and controls. Outdoor exhibits may not be erected on the Main Mall between 8:00 am and 5:00 pm on weekdays.

## Sec. 13–702. Application Process

An academic or administrative unit or a registered student, sponsored student, faculty, or staff organization desiring to display an outdoor exhibit will apply on a form prescribed by the dean of students.

## Sec. 13–703. Approval Process

   a. The dean of students will authorize an exhibit described in a completed application under section 13–702 unless the dean of students finds that use of the proposed space for the proposed exhibit must be disapproved under the criteria in section 10–203 of the *Institutional Rules*. The dean of students will advise the applicant how to correct, if possible, any conditions that preclude approval of the application.
   b. The dean of students will consider the totality of the circumstances, including safety concerns, as part of the approval process.

## Sec. 13–704. Time Limits

   a. In locations administered by the dean of students, each exhibit may be displayed for 14 days. The exhibit may be renewed for an additional fourteen days if space is available.
   b. The exhibit may be displayed no earlier than 8:00 am and must be removed by 10:00 pm each day and may be re-erected each morning. Overnight exhibits will be considered on a case-by-case basis and subject to 13-701(b).

## Sec. 13–705. Clean Up around Exhibits

Any academic or administrative unit or registered student, sponsored student, faculty, or staff organization sponsoring an exhibit will remove litter from the area around the exhibit before vacating the space.

## Sec. 13–706. Liability

Any registered student, faculty, or staff organization sponsoring an exhibit assumes full responsibility for the exhibit, including all injuries or hazards that may arise from the exhibit. The University will not be liable for any damage that may occur to the exhibit, and any registered student, faculty, or staff organization sponsoring an exhibit will indemnify the University for any claims arising from the exhibit's presence on campus.

# Subchapter 13–800. Amplified Sound

## Sec. 13–801. General Rule on Amplified Sound

University academic or administrative units and registered student, sponsored student, faculty, or staff organizations may use amplified sound on campus at designated times and locations, subject to the rules in this subchapter and to the general rules in subchapter 13–200 and subchapter 13–300. Advance permission is required. This subchapter creates limited exceptions to the general rule on disruption in section 13–301.

## Sec. 13–802. Location and Times of Weekday Amplified Sound Areas

   a.
      1. The West Mall Amplified Sound Area is the extreme east end of the West Mall, adjacent to the west steps of the Main Building.
      2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 11:30 am to 1:30 pm on weekdays.
      3. All academic and administrative units and registered student, sponsored student, faculty, and staff organizations must use sound equipment owned or controlled by the dean of students' office.
      4. Per section 61.004 of the Texas Elections Code, groups making a political speech, or electioneering for or against any candidate, measure, or political party may not use amplified sound on the West Mall or anywhere within 1000 feet of a polling place when the polling place is open.

   b.
      1. The Union Patio Amplified Sound Area is the area between the Texas Union and the Flawn Academic Center.
      2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 11:30 am to 1:30 pm on weekdays.
      3. Per section 61.004 of the Texas Elections Code, groups making a political speech, or electioneering for or against any candidate, measure, or political party may not use amplified sound in the Union Patio or anywhere within 1000 feet of a polling place when the polling place is open.

   c.
      1. The Winship Circle Amplified Sound Area is the grassy area east of the East Mall Fountain, west of Waller Creek, and south of Winship Hall.
      2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

   d.

1. The Battle Oaks Amplified Sound Area is the area bounded by the north wall of Hogg Auditorium, by an extension drawn northward from the east wall of the Texas Union, by the south edge of the sidewalk on the south side of 24th Street, and by the west edge of the sidewalk on the west side of Inner Campus Drive.
2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

e.

1. The Mustangs Amplified Sound Area is the area bounded by the sidewalk on the east side of San Jacinto Boulevard, by the west wall of the Texas Memorial Museum, and by the outer edge of the two stairways on either side of the lawn.
2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

f.

1. The San Jacinto Amplified Sound Area is the area bounded by the south wall of the Art Building, by the east edge of the sidewalk on the east side of San Jacinto Boulevard, by the north edge of the sidewalk on the north side of 23rd Street, and by the west edge of the sidewalk on the west side of Trinity Avenue.
2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

g.

1. The LBJ Fountain Amplified Sound Area is the area bounded by the east edge of Robert Dedman Drive, by the first sidewalk north of the LBJ Fountain, by a line drawn tangent to the west side of the LBJ Fountain and parallel to Robert Dedman Drive, and by the base of the hill on the south side of the LBJ Fountain.
2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

h.

1. The 2609 University Avenue courtyard is the area bounded by the 2609 University Avenue Building on the north, south and east sides, and by the east edge of the sidewalk on the east side of University Avenue.
2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

i.

1. The Creekside Residence Hall Lawn is the area bounded by Dean Keeton Street on the north, by Waller Creek on the east and south, and by San Jacinto Boulevard on the west and south.
2. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units may use amplified sound in this area from 8:00 am to 5:00 pm on weekdays.

j. The vice president may designate additional areas for weekday use of amplified sound.

## Sec. 13–803. Regulation and Scheduling of Weekday Amplified Sound

a. The dean of students may prescribe rules concerning scheduling, sound levels, the location of speakers and the direction in which they are pointed, and other rules to facilitate the use of weekday amplified sound areas, to mediate any conflict with University functions and other nearby activities, and to manage environmental impact. All such rules will be reasonable and nondiscriminatory.

b.

1. Registered student, sponsored student, faculty, or staff organizations or academic or administrative units wishing to use a weekday amplified sound area must reserve a particular area at a particular time. Reservations must be made with the dean of students on a form prescribed by the dean of students. The dean of students will approve a properly completed application to reserve an amplified sound area, unless the application must be disapproved under the criteria in section 10–203 of the *Institutional Rules* or under rules promulgated by the dean of students under the authority of this section.
2. The dean of students may limit the number or frequency of reservations for each registered student, sponsored student, faculty, or staff organization or academic or administrative unit to ensure reasonable access for all persons and organizations desiring to use amplified sound on weekdays.

c. Amplified sound in the West Mall and Union Patio Amplified Sound Areas is in fact disruptive of teaching, administration, and research in the Main Building, in the Flawn Academic Center, in Goldsmith Hall, in the West Mall Office Building, and in Battle Hall. Amplified sound in the Winship Circle Amplified Sound Areas is in fact disruptive of teaching, administration, research and performance in College of Liberal Arts Building, the Laboratory Theatre and Winship Hall. The disruption inherent in this use of amplified sound is expressly authorized, but no other disruption is authorized. Disruption is permitted to this extent because otherwise, it would be necessary to ban all use of amplified sound in and near the center of campus during working hours.
d. University persons and organizations using amplified sound are responsible for maintaining a passageway for pedestrians that is adequate to the volume of pedestrian traffic passing through the area.
e. The dean of students will maintain a list on a Web site, flyer, or pamphlet of the designated amplified sound locations. Any designations of additional areas, any additional rules regulating the designated areas, and the rules and procedures for reserving the right to use a designated area, will be clearly stated on a Web site, flyer, or pamphlet available at the dean of students' office.

12/19/2018

Case 1:18-cv-01070-LY Document 8-2 Appendix C: Speech, Expression, and Assembly on Campus | Catalog Filed 12/21/18 Page 14 of 214

## Sec. 13–804. Amplified Sound on Evenings and Weekends

a. With advance permission, University organizations may use amplified sound in any outdoor location on campus, including the weekday amplified sound areas designated in section 13–802, after 5:00 pm on weekdays, and after 8:00 am on weekends, except for the early morning hours excluded in subsection 13–804(b).

b. If amplified sound is authorized for an event on a Sunday, Monday, Tuesday, Wednesday, or Thursday evening, the sound must be turned off by midnight on the following day. If amplified sound is authorized for an event on a Friday or Saturday evening, the sound must be turned off by 1:00 am on the following day.

c. The dean of students may prescribe reasonable and nondiscriminatory rules concerning scheduling, sound levels, the location of speakers and the direction in which they are pointed, and other rules to facilitate the use of amplified sound on evenings and weekends, to mediate any conflict with University functions and other nearby activities, and to manage environmental impact.

d. Use of amplified sound on evenings and weekends requires advance permission from the dean of students. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units will apply through a process prescribed by the dean of students. The dean of students will authorize amplified sound as described in a completed application unless the dean of students finds that the application must be disapproved under the criteria in section 10–203 of the *Institutional Rules* or under rules promulgated by the dean of students under the authority of this section. The dean of students will advise each applicant how to correct, if possible, any conditions that preclude approval of its application.

## Sec. 13–805. Amplified Sound Indoors

Amplified sound sufficient to be heard throughout the room may be used in any room in any building, but the dean of students may limit or prohibit sound that would be disruptive outside the room. Reservations may be required. Rules concerning use of University buildings are contained in chapter 10 of the *Institutional Rules*.

# Subchapter 13–900. Public Assemblies without Amplified Sound

## Sec. 13–901. General Rule on Public Assemblies

a. "Publicly assemble" and "public assembly" include any gathering of persons, including discussions, rallies, and demonstrations. The rules in subchapter 13–800 apply to any use of amplified sound at a public assembly.

b. University persons and organizations may publicly assemble on campus in any place where, at the time of the assembly, the persons assembling are permitted to be. This right to assemble is subject to the rules in this subchapter, to the general rules in subchapter 13–200 and subchapter 13–300, and to the rules on use of University property in chapter 10 of the *Institutional Rules*. No advance permission is required. If the expected attendance at an event with a guest speaker is twenty-five or more people, advance notice of no less than two weeks is required.

c. The grounds and buildings owned or controlled by The University of Texas at Austin are not open for assembly, speech, or other activities as are the public streets, sidewalks, and parks. In furtherance of the University's educational mission, the University campus is a limited forum open only to faculty, staff, and students. Unaffiliated groups and individuals may not engage in expressive activities at the University except in accordance with these rules.

## Sec. 13–902. Reservation of Space

a. Registered student, sponsored student, faculty, or staff organizations and academic or administrative units who wish to publicly assemble in a particular room or space at a particular time may reserve the room or space under the provisions in subchapter 10–200 of the *Institutional Rules*. Individual faculty, staff, and students may not reserve space under the provisions in Chapter 10.

b. A registered student, sponsored student, faculty, or staff organization or academic or administrative unit with a reservation has the right to the reserved room or space for the time covered by the reservation. Any person or organization using or occupying the room or space without a reservation must yield control of the room or space in time to permit any student, faculty, or staff organization or academic or administrative unit with a reservation to begin using the room or space promptly at the beginning of its reserved time.

c. Reservations are not required but are strongly encouraged. An academic or administrative unit or registered student, sponsored student, faculty, or staff organization planning to use a room or space without a reservation may find the facility locked or in use by another person or organization. A large group without a reservation is likely to attract the courteous but inquiring attention of the University of Texas Police Department.

## Sec. 13–903. Notice and Consultation

a. University persons or organizations may publicly assemble on campus in any place where, at the time of the assembly, the persons assembling are permitted to be.

1. Registered or sponsored student organizations that are planning a public assembly with a guest speaker and expected attendance of more than twenty-five participants, including potential counter-demonstrators, are required to provide advance notice of no less than two weeks to the dean of students. Registered or sponsored student organizations planning smaller assemblies or large assemblies without a guest speaker are encouraged to consult the dean of students if there is uncertainty about applicable University rules, the appropriateness of the planned location, or possible conflict with other events. The dean of students can help the planners avoid unintended disruption or other violations that may result in subsequent discipline or subsequent interference with the assembly by campus authorities.

2. Registered faculty organizations that are planning a public assembly with a guest speaker and an expected attendance of more than twenty-five participants, including potential counter-demonstrators, are required to provide notice of no less than two weeks to the executive vice president and provost.

3. Registered staff organizations that are planning a public assembly with a guest speaker and an expected attendance of more than twenty-five participants, including potential counter-demonstrators, are required to provide notice of no less than two weeks to the senior vice president and chief financial officer.

b. The notice and consultation requirements of this subchapter do not apply to academic or administrative units.
c. The notice and consultation requirements of this subchapter may be waived by the President or his or her designee.
d. Registered student, sponsored student, faculty, and staff organizations are afforded privileges not available to individual faculty, staff, and students. Individuals may not reserve space on campus, use amplified sound in accordance with subchapter 13–800, or present guest speakers, in accordance with subchapter 13–1000.

## Subchapter 13–1000. Guest Speakers

### Sec. 13–1001. Definitions

"Guest speaker" means a speaker or performer who is not a student, faculty member, or staff member.

### Sec. 13–1002. Who May Present

Registered student, sponsored student, faculty, and staff organizations and academic and administrative units may present guest speakers on University property. In the case of registered student organizations and sponsored student organizations, advance permission from the dean of students is required. Registered faculty organizations are required to seek advance permission from the executive vice president and provost. Registered staff organizations are required to seek advance permission from the senior vice president and chief financial officer. Individuals may not present a guest speaker on University property.

### Sec. 13–1003. Location and Form of Presentation

a. A guest speaker may present a speech or performance, or lead a discussion of specified duration, at a time announced in advance, in a fixed indoor location or in a fixed outdoor location approved by the dean of students.
  1. A guest speaker may distribute literature only immediately before, during, and immediately after the normal course of his or her speech, presentation, or performance, and only to persons in attendance. Only literature that complies with subchapter 13–400 may be distributed.
  2. Student, faculty, and staff organizations may not invite the public at large to events on University property.

b. A guest speaker may not
  1. accost potential listeners who have not chosen to attend the speech, performance, or discussion; or
  2. distribute literature to persons who have not chosen to attend the speech, performance, or discussion; or
  3. help staff a table or exhibit set up under subchapter 13–600 or subchapter 13–700.

c. A registered student, faculty, or staff organization may not present a guest speaker in violation of the prohibitions against solicitation in section 13–205 or cosponsorship in section 13–304.

### Sec. 13–1004. Application

In accordance with Regents' Rule 40501, Section 3.5, all registered student, sponsored student, faculty, and staff organizations that wish to present a guest speaker will apply through a prescribed process, at least two weeks before the scheduled event or any planned advertising for the event, whichever is earlier.

1. A registered or sponsored student organization that wishes to present a guest speaker will apply to the dean of students, through a process prescribed by the dean of students, at least two weeks before the scheduled event or any planned advertising for the event, whichever is earlier. The application will be combined with an application under section 10–202 of the *Institutional Rules* to reserve the use of a University room or space for the event. The dean of students will approve an application properly made under subsection 13–1004(a) unless it must be disapproved under the criteria in Chapter 10, section 10–203 of the *Institutional Rules*.

2. A registered faculty organization that wishes to present a guest speaker will apply to the executive vice president and provost through a process prescribed by the executive vice president and provost, at least two weeks before the scheduled event or any planned advertising for the event, whichever is earlier. The application will be combined with an application under Chapter 10, section 10–202 of the Institutional Rules to reserve the use of a University room or space for the event. The executive vice president and provost will approve an application properly made under subsection 13–1004(a) in consultation with the dean of students unless it must be disapproved under the criteria in Chapter 10, section 10–203 of the *Institutional Rules*.

3. A registered staff organization that wishes to present a guest speaker will apply to the senior vice president and chief financial officer through a process prescribed by the senior vice president and chief financial officer, at least two weeks before the scheduled event or any planned advertising for the event, whichever is earlier. The application will be combined with an application under Chapter 10, section 10–202 of the Institutional Rules to reserve the use of a University room or space for the event. The senior vice president and chief financial officer will approve an application properly made under subsection 13–1004(a) in consultation with the dean of students unless it must be disapproved under the criteria in Chapter 10, section 10–203 of the *Institutional Rules*.

### Sec. 13–1005. Obligations of Presenting Organization

A registered or sponsored student, faculty, or staff organization that presents a guest speaker must make clear that:

1. the organization, and not the University, invited the speaker;
2. the views expressed by the speaker are his or her own and do not necessarily represent the views of the University, The University of Texas System, or any System institution; and

3. members of the general public are not invited to attend the guest speaker's presentation.

## Subchapter 13–1100. Responding to Speech, Expression, and Assembly

### Sec. 13–1101. General Rule on Responding

University persons and organizations may respond to the speech, expression, or assembly of others, subject to all the rules in this chapter.

### Sec. 13–1102. Applications of Section

a. Responders may not damage or deface signs or exhibits, disrupt public assemblies, block the view of participants, or prevent speakers from being heard.
b. Means of response that are permitted in many locations and without advance permission or reservation, such as signs, tables, distribution of literature, and public assembly without amplified sound, may be used immediately and in any location authorized in this policy.
c. Means of response that require advance permission or reservation, such as banners, A-frames, exhibits, and amplified sound, may be used as soon as the needed permission or reservation may be arranged. Banner space and some amplified sound areas may be unavailable on short notice because of earlier reservations, but the dean of students will expedite approval of A-frames, exhibits, and available banner space and amplified sound areas where necessary to permit appropriate response to other speech, assembly, or expression.
d. Means of response that are confined to authorized locations, such as banners and amplified sound, may be used only in those locations. It is not possible to respond to amplified sound with amplified sound in the same location; similarly, if an exhibit or public assembly is in a location where amplified sound is not permitted, it is not possible to respond with amplified sound in that location. In either case, it is possible to respond with amplified sound in another location and to use signs or distribution of literature to advertise the response at the other location.

## Subchapter 13–1200. Enforcement and Appeals

### Sec. 13–1201. Police Protection

a. It is the responsibility of the University to protect the safety of all persons on campus and to provide police protection for speakers, public assemblies, persons staffing or viewing exhibits, and other events. The normal patrolling of officers during regular duty areas in the area of such events will be at the cost of the University. When the magnitude, timing, or nature of an event requires overtime hours from police officers (including contract hours for officers hired from other departments or private security agencies), the University will, to the extent specified in subsection 13–1201(b) and subsection 13–1201(c), charge the cost of overtime or contract officers to the person or organization sponsoring the event or exhibit that requires overtime police protection. The purpose of subsection 13–1201(b) and subsection 13–1201(c) is to charge for police overtime where reasonably possible, but not to charge for police overtime made necessary by the content of speech at the event or by the controversy associated with any event.
b. Persons or organizations planning such events should budget for the cost of police protection. A reasonable and nondiscriminatory fee for overtime police work will be charged to the registered student, sponsored student, faculty, or staff organization for events that require overtime police protection, and
   1. charge a price for admission; or
   2. have a paid speaker, band, or other off-campus person or organization for services at the event.
c. The University will have the sole power to decide, after reasonable consultation with the person or organization planning the event, whether and to what extent overtime police protection is required. No fee will be charged for officers assigned because of political, religious, philosophical, ideological, or academic controversy anticipated or actually experienced at the event. All fees will be based on the number of officers required for an uncontroversial event of the same size and kind, in the same place and at the same time of day, handling the same amount of cash.
d. Nothing in this section applies to any interdepartmental charge or transfer among units or accounts funded by the University.

### Sec. 13–1202. Response to Violations

a. A student who violates a prohibition in this chapter may be disciplined under the procedures in chapter 11 of the *Institutional Rules*. A registered student or sponsored student organization that violates a prohibition in this chapter may be disciplined under the procedures in chapter 6 of the *Institutional Rules*.
b. A faculty member who violates a prohibition in this chapter may be disciplined under applicable procedures provided by other rules. If no such procedures exist, violations by faculty members will be referred to the Office of the Executive Vice President and Provost.
c. A staff member who violates a prohibition in this chapter may be disciplined under applicable procedures provided by other rules. If no such procedures exist, violations by staff members will be referred to Human Resource Services.
d. Authorized University personnel may prevent imminently threatened violations, or end ongoing violations, of a prohibition in this chapter, by explanation and persuasion; by reasonable physical intervention; by arrest of violators, or by any other lawful measures. Alternatively or additionally, they may initiate disciplinary proceedings under subsection 13–1202(a), subsection 13–1202(b), or subsection 13–1202(c). Discretion regarding the means and necessity of enforcement is vested in the chief of police, or in University personnel designated by the president, as appropriate, but such discretion will be exercised without regard to the viewpoint of any speaker.
e. Persons and organizations on the campus will comply with instructions from University administrators and law enforcement officials at the scene. A person or organization that complies with an on-the-scene order limiting speech, expression, or assembly may test the propriety of that order in an appeal under section 13–1203.
f. Off-campus person(s) or organization(s) on the campus who violate a prohibition in this chapter may be subject to criminal trespass charges, arrest, or other lawful measures.

Sec. 13–1203. Appeals

a. A University person or organization that is denied permission for an activity requiring advance permission under this chapter may appeal the denial of permission.

b. A University person or organization that complies with an on-the-scene order limiting speech, expression, or assembly may, on or before the fifth weekday after complying with the order, file an appeal to determine the propriety of the order limiting the speech, expression, or assembly. The question on appeal will be whether, under the circumstances as they reasonably appeared at the time of the order, the appellant's speech, expression, or assembly should have been permitted to continue. Such an appeal may be useful to clarify the meaning of a rule, or to resolve a factual dispute that may recur if the appellant desires to resume the speech, expression, or assembly that was limited by the order.

c. An appeal authorized by this section will be heard under the procedures set out in subchapter 10–400 of the *Institutional Rules*.

# Pages in this Section

- 1. Student Orientation
- 2. The Office of Admissions and the Office of the Registrar
- 3. Financial Aid
- 4. University Health Services
- 5. University-Owned Residences
- 6. Student Organizations
- 7. The Department of Recreational Sports
- 8. The University Unions
- 9. Educational Records
- 10. Use of University Property, Rooms, and Spaces
- 11. Student Discipline and Conduct
- 12. Counseling and Mental Health Center
- 13. Speech, Expression, and Assembly
- 14. Prohibition of Hazing

## On this page

- Subchapter 13–200. Prohibited Expression
- Subchapter 13–300. General Rules on Means of Expression
- Subchapter 13–400. Distribution of Literature
- Subchapter 13–500. Signs, Banners, and A-Frames
- Subchapter 13–600. Tables
- Subchapter 13–700. Exhibits
- Subchapter 13–800. Amplified Sound
- Subchapter 13–900. Public Assemblies without Amplified Sound
- Subchapter 13–1000. Guest Speakers
- Subchapter 13–1100. Responding to Speech, Expression, and Assembly
- Subchapter 13–1200. Enforcement and Appeals

# Exhibit B

# ACCEPTABLE USE POLICY FOR UNIVERSITY STUDENTS

## TABLE OF CONTENTS

- Purpose
- Audience
- Privacy Expectations
- Responsibilities
- Requirements
- Annual (https://security.utexas.edu/policies/aup#section6) (https://security.utexas.edu/policies/aup#section6)Acknowledgment (https://security.utexas.edu/policies/aup#section6)
- Disciplinary (https://security.utexas.edu/policies/aup#section7) (https://security.utexas.edu/policies/aup#section7)Actions (https://security.utexas.edu/policies/aup#section7)
- Authoritative (https://security.utexas.edu/policies/aup#section8) (https://security.utexas.edu/policies/aup#section8)Source (https://security.utexas.edu/policies/aup#section8)

- Revision (https://security.utexas.edu/policies/aup#section9) (https://security.utexas.edu/policies/aup#section9)History (https://security.utexas.edu/policies/aup#section9)
- Approvals (https://security.utexas.edu/policies/aup#section10)

# 1. PURPOSE

The UT Austin Acceptable Use Policy serves as a supplement to the UT Austin Information Resources Use and Security Policy (/policies/irusp). University information resources (https://www.utexas.edu/its/glossary/#GL_Information_Technology_Resources) consist of the computer devices, data, applications, and the supporting networking infrastructure. These technologies are critical to the multifaceted mission of the university, a mission that includes teaching, research, and public service.

While these resources help the university function, they also require responsible use from every user. Your actions can affect people all around the world. You must use these technologies responsibly and with respect.

This policy establishes guidelines for acceptable use of information resources. It includes examples of what you can do and cannot do, and what rights you have. All of these guidelines are based on the following underlying principles:

- Information resources are provided to support the essential mission of UT Austin.
- UT Austin policies, UT System rules, state and federal law govern your use of information resources.
- You are expected to use information resources with courtesy, respect, and integrity.
- The information resources infrastructure is provided for the entire campus. This infrastructure is finite and requires millions of dollars to maintain, and all users are expected to use it responsibly.
- Simply because an action is easy to do technically does not mean it is legal or even appropriate.

All guidelines in this document are based on these important principles. In many cases, they are similar to guidelines governing other forms of communication at the university.

**Definitions**:

- University: The University of Texas at Austin.
- System: The University of Texas System.
- University Information Resources: All computer and telecommunications equipment, software, data, and media, owned or controlled by University or maintained on its behalf.
- University Data: All data or information held on behalf of University, created as result and/or in support of University business, or residing on University Information Resources, including paper records.

- Confidential Data or Confidential Information: All University Data that is required to be maintained as private or confidential by applicable law.
- User: Any individual granted access to University Information Resources.

# 2. AUDIENCE

All university students granted access to or use of university Information Resources must be aware of and agree to abide by the following acceptable use requirements:

# 3. PRIVACY EXPECTATIONS

As a user of information resources at the university, there are certain things you can expect.

### 3.1. Are my e-mails private?

In general, electronic communications transmitted across a network should never be considered private or confidential. When you are considering the safety and security of a communication, it is best to think of e-mail and instant messages like postcards—viewable by anyone with access.

E-mails sent or received by Users in the course of conducting University business are University Data that are subject to state records retention and security requirements.

Users who who are University employees are to use University provided e-mail accounts, rather than personal e-mail accounts, for conducting University business.

### 3.2. Are my files private?

The university respects the contents of your files and monitors the university network in accordance with the UT Austin Network Monitoring Standards (/policies/monitoring). Additionally, Information Technology (IT) administrators may become aware of file content while dealing with specific operational problems. Usage logs are frequently kept to diagnose such problems. Furthermore, the university will comply with the lawful orders of courts, such as subpoenas and search warrants. This compliance has included providing, when required, copies of system files, e-mail content, or other information ordered by the court.

The university does not monitor personal Web pages for the purpose of determining content. However, when credible evidence of illegal or otherwise impermissible activity is reported, appropriate action will be taken.

The university does not review electronic communication for the purpose of determining whether impermissible activity is occurring. However, in the course of assuring the viability of the university's network, IT administrators may become aware of activity that poses a risk to the network's proper operation. In such cases, IT administrators may need to disable or block access to the services or systems involved if they are deemed to pose a risk to the network's optimal performance. Also, during the process of diagnosing potential problems involving the proper function of the network, any information obtained that indicates possible unauthorized distribution of copyrighted materials may be referred to the UT Information Security Office (/) for further investigation.

University Information Resources are provided to users for the purpose of conducting the business of University and/or System. However, users are permitted to use University Information Resources for use that is incidental to the their official duties to the University as permitted by this policy.  Users who are University employees, including student employees, or who are otherwise serving as an agent or are working on behalf of the University have no expectation of privacy regarding any University Data they create, send, receive, or store on University owned computers, servers, or other information resources owned by, or held on behalf, of University. University may access and monitor its Information Resources for any purpose consistent with University's duties and/or mission without notice.  Users who are faculty and staff have no expectation of privacy regarding any University Data residing on personally owned devices, regardless of why the Data was placed on the personal device.

### 3.3. What are my First Amendment rights?

As an academic institution, we place great value on freedom of thought and expression. With a population of over 71,000, the university community encompasses a wide array of opinions, views, approaches, and temperaments. Ideally, we would like all those associated with the university to exercise their freedoms in a mature, responsible, and respectful manner, and we encourage them to do so. We do not punish or prevent expression that may be offensive but that violates no specific law or university regulation.

## 4. RESPONSIBILITIES

Just as everyone in the university community is expected to use physical resources at UT Austin responsibly, we are all expected to help protect information resources at UT Austin. Protecting information resources is not the sole responsibility of IT administrators, any more than taking care of books is singularly the responsibility of librarians.

## 4.1. Protecting IT Resources from Physical & Electronic Access

You are responsible for the use of the university information resources you have been provided.

You must control unauthorized use of your university information resources by preventing others from obtaining access to your computer, or to the access port assigned for your exclusive use.

Likewise, you are responsible for protecting your information resources from unauthorized electronic access by using effective passwords (or other access controls) and by safeguarding those passwords.

Although you may believe that the data you store on a UT Austin computer system need no protection from access, remember that an insecure account may provide an access point for the entire computer system. Persons attempting to gain unauthorized access to a system do so through user accounts, and your password may be the only safeguard against such access.

## 4.2. Using Electronic Communications Responsibly

All members of the university community are encouraged to use electronic communications for university-related activities and to facilitate the efficient exchange of useful information. However, access to the university's electronic communications services is a privilege, and certain responsibilities accompany that privilege. People who use university communication services (such as e-mail) are expected to use them in an ethical and responsible manner, following general guidelines based on common sense, common decency, and civility applied to the networked computing environment.

Electronic communications should meet the same standards for distribution or display as if they were tangible documents or instruments. Identify yourself clearly and accurately in all electronic communications. Concealing or misrepresenting your name or affiliation to dissociate yourself from responsibility for your actions is never excusable.

All stored electronic correspondence belongs to somebody. It should be assumed to be private and confidential unless the owner has explicitly made it available to others.

Civil discourse is at the heart of a university community free of intimidation and harassment. It is based upon a respect for individuals as well as a desire to learn from others. While debate on controversial issues is inevitable and essential, bear in mind that it is your responsibility to do so in a way that advances the cause of learning and mutual understanding.

## 4.3. Using Limited Resources Responsibly, Efficiently, and Fairly

You are expected to promote efficient use of network resources, consistent with the instructional, research, public service, and administrative goals of the university. Show consideration for others and refrain from engaging in any use that would interfere with their work or disrupt the intended use of network resources.

It is not responsible to use disproportionate amounts of information resources. Examples of disproportionate uses generally include activities such as the misuse of peer-to-peer (P2P) applications, streaming media at high bit rates, or serving a multi-user game.

### 4.4. Complying with the Terms of the User Agreement

As a member of the university, you are expected to read, understand, and comply with the terms of the agreement you acknowledge annually online. If you have questions, ask for clarification from your local IT support contact or from the Information Security Office.

### 4.5. Complying with University Rules and Federal Laws

As a member of the university, you are expected to comply with all applicable university regulations and federal and state laws. The University of Texas at Austin reserves the right to terminate computing services of users who repeatedly violate university rules or infringe upon the rights of copyright holders. If you have questions about whether you may be infringing on another's copyright, please review Crash Course in Copyright from UT System (http://www.lib.utsystem.edu/copyright/).

# 5. REQUIREMENTS

**5.1** You are the only person who can use an information resource (such as an electronic identifier or an electronic mail account) that the university has provided for your exclusive use.

**5.2 NEVER GIVE YOUR PASSWORD TO ANYONE ELSE**, even people you trust, such as your friends or relatives or someone who has offered to help you fix a problem. If you suspect someone may have discovered or guessed your password, change it immediately (https://idmanager.its.utexas.edu/eid_self_help/).

1. University issued or required passwords, including digital certificate passwords, Personal Identification Numbers (PIN), Digital Certificates, Identifcation Cards, Security Tokens (i.e. Smartcard), or similar information or devices used for identification and authorization purposes shall be maintained securely and shall not be shared or disclosed to anyone.

2. Users must not give others access to University Information Resources unless they are authorized and authenticated for such access. Users may not extend access to university information resources to others without permission (e.g., proxy services, accounts for non-university personnel, etc).

3. Each User will be held responsible for all activities conducted using the User's password or other credentials.

**5.3** Do not give others access to university information resources unless they are authorized and authenticated to do so. You may not extend access to university information resources to others without permission (e.g., proxy services, accounts for non-university personnel, etc).

**5.4** Incidental Use of University Information Resources is permitted, but must not interfere with User's performance of official University business, result in direct costs to the University, expose the University to unnecessary risks, or violate applicable laws or other University or System policy.

1. Users must understand that they have no expectation of privacy in any personal information stored by a User on a System Information Resource, including University e-mail accounts.

2. A User's incidental personal use of Information Resources does not extend to the User's family members or others regardless of where the Information Resource is physically located.

3. Incidental Use to conduct or promote the User's outside employment, including self-employment, is prohibited.

4. Users may not be paid, or otherwise profit, from the use of any university-provided information resource or from any output produced using it. Users may not promote any commercial activity using university information resources. Examples include, attempting to sell football tickets or used text books via the UT course management service or advertising a "Make Money Fast" scheme via a newsgroup. Such promotions are considered unsolicited commercial spam and may be illegal as well.

5. Incidental Use for purposes of political lobbying or campaigning is prohibited.

6. Storage of any e-mail messages, voice messages, files, or documents created as Incidental Use by a User must be nominal.

**5.5** Never use any university-provided information resource to do something illegal, threatening, or deliberately destructive—not even as a joke. The Information Security Office will investigate all complaints. The Office of the Dean of Students handles complaints about students; the Office of the Executive Vice President and Provost handles complaints about UT Austin faculty and staff. Violations can result in disciplinary action, criminal charges, or both. Law enforcement agencies will investigate violations of state or federal law.

1. Ignorance is no excuse. Read the Computer Crimes Law (/policies/computercrimes).
2. Never deliberately install any unauthorized or malicious software on any system.
3. You cannot be exempt from the law because you are "just a student," "you were conducting research," or you were "just playing around."
4. If you are a student with a part-time job at the university, you may be disciplined both as an employee and as a student, resulting in both professional and educational consequences.

**5.6** Be civil. Do not send rude or harassing correspondence.

1. If someone asks you to stop communicating with him or her, you should. If you fail to do so, the person can file a complaint and you can be disciplined.
2. If you ever feel that you are being harassed, university staff members will assist you in filing a complaint. Please report the problem to Student Judicial Services at 471-2841, or contact the Information Security Office at security@utexas.edu (mailto:abuse@utexas.edu). If you are concerned for your safety or feel that you are in danger, call the UT police department at 471-4441, or call the Austin police if you are off-campus.

**5.7** Use resources appropriately. Do not interfere with the activities of others or use a disproportionate share of information resources. Examples of inappropriate use of resources are shown below. These actions frequently result in complaints and subsequent disciplinary action.

1. Sending an unsolicited message(s) to a large number of recipients (known as "spamming the network").
2. Consuming an unauthorized disproportionate share of networking resources (e.g., misuse of peer-to-peer applications).
3. Deliberately causing any denial of service, including flooding, ICMP attacks, or the unauthorized automated use of a service intended solely for human interaction.

**5.8** Never falsify your identity or enable others to falsify identity using university information resources. This type of forgery can result in serious criminal penalties and disciplinary action by the Office of the Dean of Students or the Office of the Executive Vice President and Provost.

1. All electronic correspondence must correctly identify the sender.

2. All electronic correspondence belongs to someone and should be treated as private
communications unless the author has explicitly made them available to others.
3. The following email activities are prohibited when using a University provided email account:
    1. Sending an email under another individual's name or email address, except when authorized to do so by the owner of the email account for a work related purpose.
    2. Accessing the content of another User's email account except: 1) as part of an authorized investigation; 2) as part of an approved monitoring process; or 3) for other purposes specifically associated with the User's official duties on behalf of University.
    3. Sending or forwarding any email that is suspected by the User to contain computer viruses.
    4. Any Incidental Use prohibited by this policy.
    5. Any use prohibited by applicable University or System policy.

**5.9** Never infringe upon someone else's copyright. It is a violation of university policy and federal law to participate in copyright infringement. **The university complies with all legal requests (e.g., subpoenas) for information and will not hesitate to report your use in response to a lawful request**. Copyrighted materials include, but are not limited to, computer software, audio and video recordings, photographs, electronic books, and written material. If you share movies or music that you did not create, you may be infringing on another's copyright. Consequences of copyright infringement can include disciplinary actions by the university. In addition, copyright owners or their representatives may sue persons who infringe on another's copyright in federal courts.Such lawsuits average $750 per allegedly violated song in penalties or fines, for example. See the Keep it Legal: Finding Legal Online Music, Movies, and Other Content (https://www.utexas.edu/its/secure/articles/keep_it_legal.php) and the Fair Use of Copyrighted Materials (http://copyright.lib.utexas.edu/copypol2.html) for more information.

**5.10** Never try to circumvent login procedures on any computer system or otherwise attempt to gain access where you are not allowed. Never deliberately scan or probe any information resource without prior authorization. Such activities are not acceptable under any circumstances and can result in serious consequences, including disciplinary action by the Office of the Dean of Students or the Office of the Executive Vice President and Provost.

**5.11** Additional Requirements for Portable and Remote Computing.

1. All electronic devices including personal computers, smart phones or other devices used to access, create or store University Information Resources, including e-mail, must be password protected in accordance with university requirements, and passwords must be changed whenever there is suspicion that the password has been compromised.
2. University Data created or stored on a User's personal computers, smart phones or other devices, or in databases that are not part of University's Information Resources are subject to Public Information Requests, subpoenas, court orders, litigation holds, discovery requests and other requirements applicable to University Information Resources.

3. University issued mobile computing devices must be encrypted.
4. Any personally owned computing devices on which Confidential University Data is stored or created must be encrypted.
5. University Data created and/or stored on personal computers, other devices and/or non-University databases should be transferred to University Information Resources as soon as feasible.
6. Unattended portable computers, smart phones and other computing devices must be physically secured.
7. All remote access to networks owned or managed by University or System must be accomplished using a remote access method approved by the University or System, as applicable.

**5.12** Never use or disclose Confidential (https://www.utexas.edu/its/glossary/#GL_CategoryI_Data) data, or data that is otherwise confidential or restricted, without appropriate authorization. Examples of groups that can provide appropriate authorization include, but are not limited to Office of Admissions (https://www.utexas.edu/student/admissions/), Human Resource Services (http://www.utexas.edu/hr/index.php), Office of the VP for Institutional Relations and Legal Affairs (http://www.utexas.edu/vp/irla/), Information Security Office (/), and the university's Public Information Officer (http://www.utexas.edu/business/vp/open_records.html).

1. Make sure any individual with whom you share Confidential data is authorized to receive the information.
2. Do not share Confidential data with friends or family members.
3. Do not share university business data that may be classified as Confidential data, such as the status of negotiations, terms of contracts, and new research or products or relationships under development.
4. Comply with the university's agreements to protect vendor information such as software code, proprietary methodologies, and contract pricing.
5. If your office routinely receives requests for Confidential data, work with an appropriate group within the university to develop formal processes for documenting, reviewing, and responding to these requests.
6. If you receive a non-routine request for Confidential data from a third party outside of the university, check with an appropriate group within the university to make sure the release of the data is permitted.
7. Whenever feasible, Users shall store Confidential Information or other information essential to the mission of University on centrally managed services, rather than local hard drives or portable devices.
8. Confidential or essential University Data stored on a local hard drive or a portable device such as a laptop computer, tablet computer, or, smart phone, must be encrypted in accordance with University, System's, and any other applicable requirements.
9. All Confidential University Data must be encrypted during transmission over a network.
10. Users who store University Data using commercial cloud services must use services provided or sanctioned by the University (https://security.utexas.edu/iso-policies/cloud-services/decision-

matrix), rather than personally obtained cloud services.

11. Users must not try to circumvent login procedures on any University Information Resource or otherwise attempt to gain access where they are not allowed. Users may not deliberately scan or probe any University Information Resource without prior authorization. Such activities are not acceptable under any circumstances and can result in serious consequences.

12. All computers connecting to a University's network must run security software prescribed by the Information Security Officer as necessary to properly secure University Information Resources.

13. Devices determined by University to lack required security software or to otherwise pose a threat to University Information Resources may be immediately disconnected by the University from a University network without notice.

14. Report violations of university policies regarding use and/or disclosure of confidential or restricted information to the Information Security Office (security@utexas.edu (mailto:security@utexas.edu), 512-475-9242).

# 6. ANNUAL ACKNOWLEDGEMENT

As required by UT System, all actively appointed faculty and staff members are required to complete the Acceptable Use Policy acknowledgement form (https://forms.security.utexas.edu/acceptable_use/about) annually.

The Information Security Office will automatically notify faculty and staff of any outstanding acknowledgement forms and will report summaries of completed forms to supervisors, Human Resources representatives, and IT Owners.

Faculty and staff who have not completed the Acceptable Use Policy acknowledgement form may be subjected to disciplinary actions.

# 7. DISCIPLINARY ACTIONS

**7.1. What are the consequences for violating the rules listed in Section V of this document?**

Punishment for infractions includes, but is not limited to:

Verbal warnings
Revocation of access privileges
Disciplinary probation
Suspension from the university
Criminal prosecution

If your activity breaks the law, you can be prosecuted. Even if you are not charged criminally, you can still be suspended from the university. Such suspensions happen to several people each semester.

The university reserves the right to protect its electronic resources from threats of immediate harm. This may include activities such as disconnecting an offending computer system from the campus network, terminating a running job on a computer system, or taking other action.

If you are unsure whether an action you are considering is an acceptable use of electronic resources, write to the Information Security Office at security@utexas.edu (mailto:security@utexas.edu), or contact Student Judicial Services before you act. Representatives from either department will be glad to work with you to prevent problems later on.

## 7.2. What is NOT against law or policy?

Some things you might think violate UT Austin policies may not be. Before you report what you believe is an incident of misuse, please read this section carefully. It is written primarily for those planning to report what they believe to be an infraction of law or policy.

### 7.2.1. First Amendment Rights

In general, expressions of opinion by members of the university community that do not otherwise violate state and federal laws or university rules are protected as "free speech." This is true even though the opinions expressed may be unpopular or offensive to some. With a population of 71,000, UT Austin encompasses a wide array of opinions and views. We encourage all those associated with the university to exercise their constitutional rights and freedoms responsibly. We do not, however, punish people who express views that may be unpopular or offensive, but who break no laws or university rules while doing so.

### 7.2.2. "Spam," unsolicited and unwanted e-mail, and other junk mail from a source outside UT Austin

Many people are annoyed by junk mail such as "spam" and other kinds of unsolicited or unwanted e-mail. If the offending e-mail is against UT Austin rules, the Information Security Office investigates the report and takes appropriate action.

It is not unusual, though, for junk mail to originate from a source outside the university. In most such cases, the university has little control. You, however, as the recipient have a great deal of control.

You can ignore or delete the junk mail. Read Don't Get Hooked: Protect Yourself Against Phishing

Scams (https://security.utexas.edu/outreach/phishing) for more tips on dealing with unsolicited mail.

You can write the administrator of the Internet service provider from which the e-mail was sent, as described later in this section. Responsibly administered mailing lists will remove your name from their subscriber list if you ask them to do so. Not all lists, however, will honor your request.

ITS uses robust hardware and software to control spam on all e-mail services provided centrally by ITS. Specific questions about spam can be addressed to the ITS Help Desk (https://www.utexas.edu/its/helpdesk/forms/emailform.php?url=forms/mailform.html).

Repeated incidents involving offensive e-mail may become harassment. If you feel this is occurring, write security@utexas.edu (http://security@utexas.edu). If you feel threatened, call UT Police, 471-4441.

### 7.2.3. Breaches of "netiquette"

Disagreements between people, even heated arguments, unless threatening or otherwise unlawful, are not considered violations. UT Austin does, however, strongly encourage all its users to be polite and courteous.

A well-known problem with e-mail, blogs, and social networks is that it's easy to fire off a quick, angry response that you'll later wish you hadn't sent. In doing so, should you cross the line beyond merely being rude or stating an unpopular, offensive view, you may run the risk of violating criminal laws or inviting an action in civil court. "Counting to ten" before saying something you may later regret applies in cyberspace too.

### 7.2.4. Off-topic postings

Off-topic postings to blogs, social networks, etc., are breaches of network etiquette, but are not against university rules unless the content of the posting itself is a violation. Find out what is appropriate for each group before you post messages. If someone else posts an off-topic message and you decide to write them about it, be polite. Many such postings are not intentional.

### 7.3. How do I report an incident?

Note: Before you report an incident involving what you believe to be a misuse of information resources, see Section VI of this document. That section lists activities that do not violate laws or policies.

How you report an incident involving the misuse of IT resources depends upon the nature of the incident:

- If you believe that your personal safety is threatened, call UT Police, 471-4441.
- For others incidents, contact the Information Security Office at security@utexas.edu (mailto:abuse@utexas.edu) or the UT Austin compliance hotline (via helpline@compliance.utexas.edu (mailto:helpline@compliance.utexas.edu) or 1-877-507-7321). You will receive an acknowledgment, and the incident will be handled by staff at the appropriate university office, such as Student Judicial Services or the Office of the Provost.  Alternatively, you may also use the following form to report matters to University Compliance Services (https://www.reportlineweb.com/utaustin (https://www.reportlineweb.com/utaustin)).
- For reporting problems with "spam" or unsolicited mail, you may want to notify the Internet service provider (ISP) from which the mail was sent. Send a simple, polite note to the ISP, including a complete, unaltered copy of the spam (including the e-mail headers (https://www.spamcop.net/fom-serve/cache/19.html)) for them to analyze. Don't expect a personal reply, because the ISP will probably be awash in complaints just like yours.

# 8. AUTHORITATIVE SOURCE

The authoritative source on this policy and responsibility for its implementation rests with the Office of the Associate Vice President and Chief Information Officer (https://www.utexas.edu/cio/).

# 9. REVISION HISTORY

Revision History

| Version | Date | New | Original |
|---------|------|-----|----------|
| | 8/24/2015 | Aligned with AUP changes to IRUSP | |
| | 06/24/2013 | Reviewed and fixed broken links. | |
| | 5/28/2013 | Converted back to HTML | No change |
| | 2/24/2011 | Created PDF of web version | No change |
| | 2/23/2009 | Updated example in Section V.4 to read, "Examples include, attempting to sell football tickets or used text books via the UT course management service or advertising a "Make Money Fast" scheme via a newsgroup. Such promotions are considered | For example, you cannot advertise a "Make Money Fast" scheme. Such promotions are called |

| | | | |
|---|---|---|---|
| | | unsolicited commercial spam and may be illegal as well." | "chain letters" and are explicitly illegal. |
| | 11/10/2007 | During the annual review of this document, a number of wording changes were made to align the language with the expectations outlined in the Information Resources Use and Security Policy. In addition, the following changes were made:<br>1. Policy moved from Information Technology Services site to Vice President for Information Technology site.<br>2. Formatted document to conform to other policy documents. Added section II. Audience.<br>3. From "What can I expect?":<br><br>• Changed heading to "III. Privacy Expectations."<br>• Consolidated "What can I do about being harassed?" into section VI. Disciplinary Actions.<br>• Removed "What happens if someone complains about me?"<br><br>4. Updated Privacy Expectations (**Sec III**) to make mention of the U. T. Austin Network Monitoring Standards (http://security.utexas.edu/policies/monitoring.html).<br><br>5. Updated Requirements (**Sec V**) to more directly cover copyright violations associated with peer-to-peer misuse (**Rule #7, Rule #9**) | |
| | 4/9/2007 | Section II, change requested by Compliance Office and Legal Affairs:<br>"Furthermore, the university will comply with the lawful orders of courts, such as subpoenas and search warrants. This compliance has included providing, when required, copies of discussions on university operated mailing list servers, discussion threads on university operated news servers, e-mail content stored on university IT resources, or other information ordered by the court." | "Furthermore, the university will comply with the lawful orders of courts, such as subpoenas and search warrants. This compliance has included providing, when required, copies of discussions on university operated mailing list servers, discussion threads on university news servers, or other |

| | | | |
|---|---|---|---|
| | | | information ordered by the court." |
| | 4/9/2007 | Removed language about Brightmail and IronPort technologies from section VI, "Spam" #3. Replaced with "ITS uses robust hardware and software to control spam on all e-mail services provided by ITS. Specific questions about spam can be addressed to the ITS Help Desk." | "ITS uses a combination of Ironport appliances and Brightmail software to control spam on all e-mail services provided by ITS. Specific questions about spam can be addressed to the ITS Help Desk." |

# 10. APPROVALS

Approvals

| Name | Role | Members | Date |
|---|---|---|---|
| Chief Information Security Officer | Approval | Cam Beasley | September 24, 2015 |



(https://www.facebook.com/UTAustinISO/) (https://twitter.com/ut_iso/) (https://www.instagram.com/ut_iso/)

# INFORMATION SECURITY OFFICE

Copyright © 2006-18, Information Security Office. All rights reserved.

**Privacy Policy** (https://www.utexas.edu/web-privacy-policy)  |  **Accessibility Policy** (https://www.utexas.edu/web-accessibility-policy)

 (https://www.utexas.edu/)

# Exhibit C

# 2018 — 2019
# Residence Hall Manual

Aug. 7 2018



# RESIDENCE HALL MANUAL

The rules and regulations in this manual were developed to serve the community's best interests and are an integral and binding part of your residence hall terms and conditions. In addition, you are responsible for the information contained in your University Residence Halls Contract Terms and Conditions. Our ability to discipline students for failure to adhere to the rules and regulations is given in the Institutional Rules on Student Services and Activities from the General Information Catalog. We hope that you will find your residential community supportive and responsive to your needs.

## Table of Contents

INTRODUCTION TO THIS MANUAL AND UHD ........................................................................................... 1

    University Housing and Dining (UHD) ........................................................................................ 1

        Vision ............................................................................................................................ 1

        Mission ......................................................................................................................... 1

        Core Values .................................................................................................................. 1

        Strategies That Educate and Engage our Residents (S.T.E.E.R.) .................................. 1

        Living Learning Communities (LLCs) ............................................................................ 2

        Our Staff ...................................................................................................................... 2

        Residence Hall Front Desks ......................................................................................... 2

HOUSING AND PAYMENT INFORMATION ............................................................................................. 3

    Payments .................................................................................................................................. 3

        Three Options .............................................................................................................. 3

        Summer Payments ....................................................................................................... 4

        Late Fees and Service Charges ..................................................................................... 4

        Methods of Payment ................................................................................................... 4

        How to Pay .................................................................................................................. 4

        Frequently Asked Payment Questions ......................................................................... 5

    Contracts for Housing .............................................................................................................. 5

    Contract Release ...................................................................................................................... 5

    Terms and Conditions .............................................................................................................. 6

DINING ......................................................................................................................................... 6

    Dining Overview ....................................................................................................................... 6

    Dining Center Conduct and Dining Locations ........................................................................... 6

        Buffet Locations .......................................................................................................... 7

        A la Carte Locations .................................................................................................... 7

    Dine In Dollars and Bevo Bucks ............................................................................................... 8

Dine In Dollars ........................................................................................................................... 9

Bevo Bucks ................................................................................................................................ 9

Dining Events ................................................................................................................................ 9

UHD Sustainability Programs ....................................................................................................... 10

On-Campus Gardens ................................................................................................................ 10

UT Farm Stand .......................................................................................................................... 10

UHD Nutrition Services ................................................................................................................ 10

UHD Foodies ............................................................................................................................. 10

Dine with a Dietitian ................................................................................................................ 11

Lite Bites ................................................................................................................................... 11

Online Menus ........................................................................................................................... 11

Food Identification Icons .......................................................................................................... 11

Allergen Disclaimer .................................................................................................................. 12

Food Allergies and Special Diets .............................................................................................. 12

Dining Accommodations ........................................................................................................... 12

Food Allergy Support Team ...................................................................................................... 12

Fresh and Simple Tastes (FAST) ............................................................................................... 13

Vegetarian and Vegan Dining ................................................................................................... 13

Religious Dietary Practices ....................................................................................................... 13

Sick Trays ..................................................................................................................................... 13

Dining Hall Tours ......................................................................................................................... 13

Services for Students with Disabilities ......................................................................................... 14

Suggestions for Dining ................................................................................................................. 14

PERSONAL RESPONSIBILITY AND STUDENT CONDUCT ................................................................................ 14

Personal Responsibility ............................................................................................................... 14

Alcohol ......................................................................................................................................... 14

Drug Use ....................................................................................................................................... 15

Naloxone ...................................................................................................................................... 15

Failure to Comply/Identify ........................................................................................................... 15

Guests .......................................................................................................................................... 16

Behavior of Guests ................................................................................................................... 16

Accompanying Guests ............................................................................................................... 16

Overnight Guests ...................................................................................................................... 16

Minor Overnight Guests ........................................................................................................... 17

Restricted Guest Visitation for Prather and Littlefield Halls ........................................ 17

Housing Family Members from Evacuated Areas ........................................ 18

Harassment ........................................ 18

Incivility ........................................ 18

Pranks ........................................ 19

Quiet Hours ........................................ 19

Sexual Assault and Sexual Harassment ........................................ 19

If You are Sexually Assaulted ........................................ 20

Social Networking and Internet Use ........................................ 24

Cyber-Stalking and Bullying ........................................ 24

Vandalism ........................................ 24

Conduct Process ........................................ 24

Housing Conduct Board Conference ........................................ 25

Administrative Conference ........................................ 26

Evidence ........................................ 26

Appeal Process ........................................ 26

Housing Sanctions ........................................ 27

GENERAL COMMUNITY POLICIES AND GUIDELINES ........................................ 28

Abandoned Property ........................................ 28

Campaigning and Election Activities and Student Advocacy ........................................ 28

Donation Drives ........................................ 29

Email ........................................ 29

Filming in University Residence Halls ........................................ 29

Hammock Policy ........................................ 30

Keys and ID Cards ........................................ 31

Lost and Found ........................................ 32

Mail ........................................ 32

Hall Addresses ........................................ 32

Mailbox ........................................ 34

Mail ........................................ 34

Special Deliveries ........................................ 34

Missing Persons Notification Procedure ........................................ 34

Motorcycles and Mopeds ........................................ 35

Musical Instruments ........................................ 35

Personal Property ...................................................................................................................... 35

    Retrieval of Personal Property ........................................................................................... 35

    Damage of Personal Property or Injuries (University Liability and Resident Responsibility)........ 36

Pets ...................................................................................................................................... 36

Posters ................................................................................................................................. 37

    Student Room Window and Door........................................................................................ 37

    Residence Hall Public Areas ............................................................................................... 37

    Posting with Civility and Respect ....................................................................................... 37

Room Change ....................................................................................................................... 38

Room Entry........................................................................................................................... 38

Roommate Agreement ......................................................................................................... 38

Security ................................................................................................................................ 39

    Card Swipe ....................................................................................................................... 39

    One Swipe, One Entry ....................................................................................................... 39

    Lock Your Doors ............................................................................................................... 39

Services for Students with Disabilities ................................................................................... 40

    Service or Emotional Support Animals................................................................................ 40

Solicitation............................................................................................................................ 40

Sports in the Halls ................................................................................................................ 40

Transportation Devices ......................................................................................................... 40

Street Signs and State and Local Property .............................................................................. 40

Storage ................................................................................................................................. 40

Surveys ................................................................................................................................. 41

Tables in Lobbies .................................................................................................................. 41

Table Tents ........................................................................................................................... 41

Tobacco Free Campus ........................................................................................................... 41

Welfare Concern ................................................................................................................... 41

FACILITIES ................................................................................................................................ 41

Facility Usage ....................................................................................................................... 41

Care of Facilities................................................................................................................... 42

Asbestos and Lead-Based Paint ............................................................................................. 43

Bathrooms ............................................................................................................................ 43

    Community Bathrooms ...................................................................................................... 43

    Gender Inclusive Bathrooms .............................................................................................. 43

Connecting/Private Bathrooms .................................................................................................. 43

Bedbugs.......................................................................................................................................... 43

Bicycle Storage ............................................................................................................................. 43

Cable TV ........................................................................................................................................ 44

    How to Get Video: ................................................................................................................... 44

    Stream 2/IPTV......................................................................................................................... 45

    Information Channel ............................................................................................................... 45

Computer Labs .............................................................................................................................. 45

    Computer Lab Assignments.................................................................................................... 45

    Computer Lab Policies ............................................................................................................ 46

    Computer Lab Hours .............................................................................................................. 46

    Computer Resources .............................................................................................................. 47

Door Access .................................................................................................................................. 47

Drain Cleaners .............................................................................................................................. 48

Elevator Safety.............................................................................................................................. 48

Furniture ....................................................................................................................................... 48

    Features.................................................................................................................................. 49

    Cost ........................................................................................................................................ 49

Laundry ......................................................................................................................................... 49

Maintenance Request ................................................................................................................... 50

Recycling ....................................................................................................................................... 50

Refrigerator / MicroFridge ........................................................................................................... 51

Room Painting ............................................................................................................................... 51

Sharps Containers ......................................................................................................................... 51

Vending Machines ......................................................................................................................... 51

Water Conservation ...................................................................................................................... 52

Windows and Screens ................................................................................................................... 52

FIRE AND LIFE SAFETY ............................................................................................................................ 52

Fire Safety Awareness................................................................................................................... 52

    Residence Hall Fire Alarm System ......................................................................................... 53

    Exit Strategy............................................................................................................................ 53

    Fire Evacuation ...................................................................................................................... 53

    Fire Safety Equipment ............................................................................................................ 54

Fire and Life Safety Inspections .................................................................................................... 55

Fire and Life Safety Violations ........................................................................................... 55

    Notice: Senate Bill 1334 ................................................................................................ 56

Appliances ......................................................................................................................... 57

    Common Appliances and Objects Approved for the Residence Hall ........................... 57

    Banned Objects and Appliances ................................................................................... 58

Decorations ....................................................................................................................... 59

Door Propping .................................................................................................................... 59

Electrical Extension Devices .............................................................................................. 59

Explosives, Fireworks, and Weapons ................................................................................ 60

License to Carry Handgun Policy for Residence Halls ........................................................ 60

Lighting ............................................................................................................................... 60

Open Flames (i.e. Candles and Incense) ............................................................................ 61

Trash .................................................................................................................................. 61

EMERGENCY INFORMATION ..................................................................................................... 61

Emergency Communications .............................................................................................. 61

    Emergency Websites ..................................................................................................... 61

    Campus Siren and Residence Hall Emergency Communication System ...................... 61

    Message Board ............................................................................................................. 61

    Email .............................................................................................................................. 61

    Information Channel ...................................................................................................... 62

    Campus Text Service ..................................................................................................... 62

    UHD Emergency Text Service ........................................................................................ 62

Building Evacuation ........................................................................................................... 62

    Evacuation Procedure ................................................................................................... 62

    Evacuation Assistance ................................................................................................... 63

    Evacuation Route .......................................................................................................... 63

Campus Evacuation ........................................................................................................... 65

    Evacuation Route .......................................................................................................... 65

Shelter in Place .................................................................................................................. 65

    Non-Weather Emergencies/Security Alert .................................................................... 65

    Weather Emergencies/Tornado .................................................................................... 66

INDEX ..................................................................................................................................... 67

# Introduction to this Manual and UHD

This manual is designed to be functional and is organized into sections based on the included content. The policies within this manual have been organized this way for readability. For your convenience, an alphabetical index is offered at the end of the manual to aide in looking up specific sections.

Additionally, there are two ways to search this manual:

1. Click on the "Page Thumbnails" button which will show the pages in sequence and will allow someone to jump to a certain page. Click on the section you are interested in and it will be displayed in the body.
2. Select Edit and then click on the Find option. Type the keyword you are looking for in the "Find" box and the word will be highlighted in the manual.



## University Housing and Dining (UHD)

### Vision
To create transformative living and learning environments where students feel safe, involved, and inspired to change the world.

### Mission
University Housing and Dining cultivates inclusive learning communities that foster student engagement, growth, and success.

### Core Values
- *Learning* – A caring community, all of us students, helping one another grow
- *Discovery* – Expanding knowledge and human understanding
- *Freedom* – To seek the truth and express it
- *Leadership* – The will to excel with integrity and the spirit that nothing is impossible
- *Individual Opportunity* – Many options, diverse people and ideas, one university
- *Responsibility* – To serve as a catalyst for positive change in Texas and beyond

### Strategies That Educate and Engage our Residents (S.T.E.E.R.)
The UHD staff employs intentional educational strategies to promote continuous learning within our residence halls in every interaction, program, and process. By actively participating in the residential meetings, discussions, and events at UT Austin, each resident will be able to (1) use appropriate self-management strategies, (2) engage in community, and (3) demonstrate cultural competency.

## Living Learning Communities (LLCs)

Living Learning Communities (LLCs) are residential communities that introduce and integrate academic and social learning through faculty/staff involvement and holistic education. LLCs at UT are designed to create a greater sense of community through increased opportunities for faculty and peer interaction around specific topics. Students in LLCs live together in the same area of a residence hall and share experiences that reinforce the theme of their LLCs. LLCs provide students and faculty with opportunities for connection outside the classroom and support networking across common interests. For more information on the current LLCs and where they are located, visit http://housing.utexas.edu/future/living-learning-communities.

## Our Staff

University Housing and Dining has five units: Facilities, Residence Life, Dining, Business Services, and Human Resources. **There are Master's-level professionals who live in the residence halls and trained professional staff who are on call 24/7 to address any concerns in the halls.** For more information **about our staff, visit** http://housing.utexas.edu/about-us/org-charts**.**

## Residence Hall Front Desks

Every campus residence hall is served by a 24-hour front desk. Between 8 a.m. and 11:59 p.m. residents can check out equipment, movies, and board games purchased by their Residence Hall Council. For all residence halls except Jester, which has the Mail Center located in the Jester Academic Center, packages can also be picked up during those times.

| If Your Room Is In... | Your Front Desk Is Located At: |
|---|---|
| Andrews, Blanton, Carothers, or Littlefield (also known as Honors Quad) | Carothers Residence Hall (CRD) 2501 Whitis Ave. Austin, TX 78705 (512) 471-3646 |
| Whitis Court (also known as Living Learning Halls) or Duren | Almetris Duren Residence Hall (ADH) 2624 Whitis Ave Austin, TX 78705 (512) 232-4233 |
| Kinsolving | Kinsolving Residence Hall (KIN) 2605 Whitis Ave. Austin, TX 78705 (512) 471-1767 |
| Jester East | Jester East Residence Hall (JSM) 201 East 21st Street Austin, TX 78705 (512) 471-1652 |

| Jester West | Jester West Residence Hall (JSW)<br>201 E. 21st Street<br>Austin, TX 78705<br>(512) 471-3944 |
|---|---|
| Brackenridge, Roberts, or Prather | Prather Residence Hall (PHD)<br>305 E 21st Street<br>Austin, TX 78705<br>(512) 471-3714 |
| Moore-Hill or Creekside | Moore-Hill Residence Hall (MHD)<br>204 E 21st Street<br>Austin, TX 78705<br>512-471-1462 |
| San Jacinto | San Jacinto Residence Hall (SJH)<br>309 E 21st Street<br>Austin, TX 78705<br>(512) 232-9050 |

# HOUSING AND PAYMENT INFORMATION

## Payments

Payments are due on the 15th of the month, beginning in September and ending in April (excluding December and January).

### Three Options

You may prefer to pay in six equal monthly installments (there is a $50 charge per semester for this option), half of the total bill at the beginning of each semester, or all at once.

1. Pay in full the total amount due for the long session by September 15.
2. Pay the total amount due for each semester. The fall semester payment is due September 15, and the spring semester payment is due February 15.
3. For an additional charge of $50 each semester, pay in six installments. The installments are due September 15, October 15, November 15, February 15, March 15, and April 15.

You will receive an email reminder before each date that your housing payment is due. Please keep your email address up to date on your student record. Any amount owed is still due whether you receive a reminder or not.

Your billing statement is available online. It reflects current activity on your housing account as well as the amount due. Housing charges for the fall will be available for you to view and/or pay starting in mid-August. Your first payment is due September 15.

## Summer Payments

Payment for Summer bills are due in June and July (Summer Second Session only). Installments are not offered in the summer. A $25 late fee is added after the payment deadline.

## Late Fees and Service Charges

A $25 late fee will be added to your account each time the minimum amount due is not paid on time. For Fall and Spring semesters, payments are considered late after the 15th of each month. A $50 service charge is added to the second statement of each semester if the total semester balance is not paid in full by the first payment date of each semester. The semester payment dates are September 15 and February 15. A University financial bar is placed on your account when payments are late. The bar is cleared when the account is made current. You will not receive a bill. You can view the amount due from the What I Owe page.

## Methods of Payment

### Cash or Check

Make checks payable to The University of Texas at Austin and include your UT EID on the check. There is a $25 returned check fee on all checks with insufficient funds.

### E-check

E-check is accessed from the What I Owe page and deducts funds from your checking account. Your bank account information is not stored. E-checks can be used by students or anyone acting as an eProxy.

### Electronic Funds Transfer

The Electronic Funds Transfer (EFT) option allows the university to withdraw funds from your bank account upon your request via the What I Owe web page. Set up your EFT payment from the web. Withdrawals normally take place within 24 hours, but can take up to three business days to process. EFT payments returned unpaid are charged a $25 returned check charge.

### MasterCard, Discover, or American Express

Payments by MasterCard, Discover, or American Express can be made online from your My Housing page with an added convenience fee of 2.3% of the payment amount. University Housing and Dining and the Bursar's Office do not accept credit cards in person or over the telephone.

### Financial Aid

Unpaid housing charges will be automatically deducted from your financial aid each semester when your aid is released. Be sure to check your housing statement to see if a balance remains on your account after your financial aid has been applied. Late fees and service charges apply as stated above if your account is not paid in full by your financial aid disbursement.

## How to Pay

### In Person

The Bursar's Office in Room 8 of the Main Building accepts cash and checks.

### Online

Go to the What I Owe page and pay by Electronic Funds Transfer or eCheck from a bank account or by American Express, MasterCard, or Discover.

### Mail

Put a check with the student's EID written on it and payable to The University of Texas at Austin, along with the coupon printed from the web, in an envelope and mail it to:

University Housing and Dining, PO Box 7666, Austin, TX 78713.

### Frequently Asked Payment Questions

**Where do I send an overnight delivery payment that requires a physical location?**

University Housing and Dining
200 W. Dean Keeton
Austin TX 78712

**Will I receive a bill?**
You will receive an email reminder that your payment is due. You can view your bill online and use the payment methods described above to make your payment.

**How will I know if you received my payment or if my financial aid has been applied?**
You can view your statement online.

## Contracts for Housing

Your contract is the document you signed or agreed to in order to reserve space in the residence halls. It is a legally binding contract containing important information, and you are expected to be familiar with all of the contract provisions. Here are a few important business details, some of which come from your contract.

For the Long Session, residence halls will close at 9 a.m. the day following the last day of final exams of the spring semester. Students graduating at the end of the fall and spring semesters will be provided housing without additional charge until 9 a.m. the day following commencement. Seniors must send a written request or email to the UHD Occupancy Management Team by the required deadline in December. After that date, requests will be accepted if space is available. Dining centers may be closed during these times. The contract also entitles UHD to mandate a resident change rooms or halls as well as terminate the contract based on the contract's provisions.

## Contract Release

Residents will not be released from their room and board contract except for reasons described in the Terms and Conditions. Release from your residence hall contract is granted only if you are no longer enrolled with the university. The Terms and Conditions of the contract should be reviewed for specific details. If you leave the residence halls, you are still liable for all room and board charges per the Terms and Conditions of your contract. If you have additional questions, contact the UHD Occupancy Management Team at (512) 471-3136 or email housing@austin.utexas.edu with questions. If you are

asking to be released from your contract based on what the Terms and Conditions allow, please fill out the Housing Contract Release Request and send it to our office at PO Box 7666, Austin, TX 78713-7666.

## Terms and Conditions

The Terms and Conditions are part of the contract you sign to live in on-campus housing. Please read them carefully to ensure that you understand the expectations, policies, deadlines, etc.

# DINING

## Dining Overview

University Housing and Dining (UHD) offers a wide variety of dining options for students. Every day, the hardworking staff at our UHD dining venues prepares thousands of meals and provides quality service for hungry students, faculty, and staff at The University of Texas at Austin. A team of trained chefs, experienced dining managers, and a Registered Dietitian work together to develop innovative, trendy, and nutritious menus that offer a wide variety of taste sensations to customers.

UHD offers two unique types of on-campus dining: "all-you-care-to-eat" and "a la carte" meal service. Jester 2nd Floor (J2) and Kinsolving Dining are the two "all-you-care-to-eat" or buffet-style dining facilities that are available at reduced pricing for residents. Our "a la carte" locations give students the chance to mix and match menu items by choosing exactly what they want from the individual dining stations within each venue. Students have numerous "a la carte" dining options to choose from across campus, including Jester City Limits, Cypress Bend Café, Littlefield Patio Café, Jester Java, Jesta Pizza, Jester City Market, Kin's Market, and KINs Coffee.

Students who live in a University Residence Hall can use their UT ID card to access both Dine In Dollars and Bevo Bucks to pay for meals on campus. Dine In Dollars are accepted in all UHD-operated locations at each meal. Bevo Bucks can be used on and off campus at participating locations.

## Dining Center Conduct and Dining Locations

It is your responsibility to conduct yourself in a mature manner at all times while in the dining center. Your cooperation is fully appreciated by your fellow residents. Meals served in the Kinsolving and J2 (Jester Second Floor) dining centers are buffet-style; however, all food items must be eaten in the dining center unless you are using the Eco2Go container. Use the tongs provided; do not handle food with your hands. To reduce food waste, only take food from the serving line that you think you will eat. You can always return to get more food or ask the servers to serve you less food. Only items that you are eating may be carried out of the dining center (e.g., ice cream).

You are expected to help dining center staff provide better service by bussing your own dishes, including disposing of paper waste in the trash and recycling receptacles and putting silverware in the containers provided. Please pick up newspapers and reading materials. Please be considerate of other diners. Due

to limited space between 11 a.m. and 2 p.m., we ask you to please leave the dining room after finishing your meal.

Tables and chairs should not be rearranged, and should be returned to the original position when you finish your meal. Shirts and shoes must be worn in the dining center. Creating unnecessary mess, not properly bussing dishes, and wasting food increases staff and food costs. If you see a diner engaging in these behaviors, please ask them to stop, or notify a dining center supervisor or Resident Assistant (RA).

### Buffet Locations

There are two "all-you-care-to-eat" or buffet-style dining facilities at reduced pricing for residents. All-you-care-to-eat meals are served in Kinsolving and J2 (Jester Second Floor) Dining Rooms. J2 offers unlimited buffet-style dining with exceptional service, featuring different daily specials and an assortment of entrees, salads, soups, fruits, vegetables, and sides. One vegetarian soup option and one gluten-free entrée are offered at every meal at J2. Enjoy unlimited buffet dining at Kinsolving as well with daily entrée and side specials, hamburgers, salads, soups, pastas, eggs cooked to order, breakfast tacos, and even Texas-shaped Longhorn waffles!

### A la Carte Locations

Dine In Dollars may be used in all a la carte locations. You receive a 10 percent discount on food items at the following locations:

### *Jester City Limits Food Court*

 Located on the first floor of Jester Residence Hall, Jester City Limits offers an extensive variety of breakfast, lunch, and dinner dishes, along with quick grab-and-go snacks to satisfy cravings. The dining area is divided into nine distinct food stations, each with its own theme and menu selection, ranging from vegetarian fare at the "Chickpea" to Tex-Mex at "South of the Border." Southern comfort favorites are served up daily at "Country Fixin's" and Pan Asian cuisine is cooked to order at "The Wok." Classic favorites can be found at the "Corner Grill" and exciting new flavors can be explored at "Innovative Tastes." If you're looking for lighter choices, check out the deli for made-to-order wraps and sandwiches or the salad bar for fresh produce and hearty soups. With so many options, it's no wonder JCL is the busiest location on campus. To top it off, JCL is open late, offering students one last chance to grab a snack (or an entire meal) before the day ends.

Other food and drink stores are also located around the Jester City Limits Food Court:

- **Jesta Pizza** - Sink your teeth into a piping hot slice of pizza or a freshly made calzone, or choose from a wide variety of grilled paninis.
- **Jester Java** - Proudly brewing warm Starbucks coffee, Jester Java features hot drinks, iced drinks, blended drinks, and baked goods for fuel in the morning or for a pick-me-up between classes.



- **Jester City Market** - Located on the ground floor of Jester Center, JCM provides everything you could want from a combined convenience and grocery store. The market has provisions for your room, fresh groceries, and delicious study snacks. Stop in to grab the items imperative to your daily routine or the necessary fuel for acing your next midterm. 
- **Jesta Gift Shop** - Find the perfect gift for that special Longhorn or treat yourself to UT-branded apparel at Jester's official UT souvenir store.

### *Littlefield Patio Café*

 Littlefield Patio Café is a bistro-style retail location open for breakfast, lunch, and dinner. For a quick bite, pick up a breakfast taco before class or choose a grab-and-go salad, wrap, or sushi for lunch. If you're looking for a traditional dinner, you can enjoy a customized deli sandwich, pizza, pasta, or grilled selection while dining at one the umbrella-covered tables on the patio. Don't forget to try one of the daily manager's specials, featuring authentic New Orleans dishes such as gumbo and jambalaya from NOLA native Chef Ernest.

### *Kin's Market*

 Conveniently located in Kinsolving Residence Hall, Kin's Market offers plenty of groceries, grab-and-go food items, an extensive fresh produce section, house-made hummus, pasture-raised eggs, a variety of yogurt, and school supplies to satisfy customers with a busy schedule. Kin's Market also sells hot and ready breakfast tacos each morning for busy students on the go.

### *Kin's Coffee*

 Kin's Coffee, the newest hot spot on campus, features Starbucks™ coffee, house-made pastries, and a delicious variety of grab-and-go meals.

### *Cypress Bend*

 Located in San Jacinto Residence Hall, Cypress Bend caters to every customer – featuring a café and convenience store all in one. Cypress is open seven days a week serving breakfast, lunch, and dinner on the weekdays and lunch and dinner on the weekends. Get a healthy start during the week with made-to-order breakfast favorites like multigrain pancakes, eggs to order, breakfast tacos, and a build-your-own-yogurt bar. For lunch and dinner, choose from innovative salad specials, customized deli sandwiches and wraps, and cook-to-order grill offerings – like the infamous Cypress Burger. Get your Tex-Mex fix at the Super Burrito Bar or spice it up and try the burrito of the month! Cypress Bend is conveniently located across from the stadium. Make sure to visit Cypress for their game day barbecue specials in the fall.

## Dine In Dollars and Bevo Bucks

For an academic year (fall and spring), each resident receives 1,600 Dine In Dollars and 200 Bevo Bucks.

Hand your UT ID card to the cashier of each participating location to use your Dine In Dollars or Bevo Bucks. The cashier will swipe your card and your account will be deducted for the amount charged. You may view or download your transactions from the web.

When a University ID is used in University Housing and Dining locations, the ID card photo should match the individual who is receiving goods or services. If the photo does not match, University Housing and Dining staff will confiscate the ID card and turn it in to the appropriate residence hall desk, where the ID card owner can retrieve it by showing valid identification *(exception: see Sick Tray Policy)*.

### Dine In Dollars

- Dine In Dollars are accepted in most UHD locations and you receive a 10 percent discount on food items.
- You are charged the reduced residential price when you use Dine In Dollars at buffet dining centers in Kinsolving Dining and J2 (Jester Second Floor).
- Add funds to your account at any time. Students should keep track of their Dine In Dollars balance. When the system finds a zero or near-zero balance in Dine In Dollars, Bevo Bucks will be deducted at the register. It is the student's responsibility to transfer funds from Bevo Bucks to Dine In Dollars to continue to receive the reduced residential price.
- After you leave the residence halls, your remaining Dine In Dollars are transferred to a non-resident plan that is called a rollover plan. The rollover plan may be used for one semester at UHD locations before they are forfeited. This plan will receive a 10% discount on food items. Students returning to live in the residence halls the following semester may continue to use their remaining Dine In Dollars.

### Bevo Bucks

- Bevo Bucks are accepted by participating merchants on or off campus for purchases.
- Bevo Bucks are used at vending machines in the residence halls.
- Receive a 10% discount on food items in all UHD dining centers.
- Funds can be transferred to your Dine In Dollars account.
- Add funds to your account at any time.
- Funds are refundable after graduation.

Your meal plan includes Dine In Dollars and Bevo Bucks. Amounts in each plan will vary depending on semester.

Bevo Bucks are included as a portion of your meal plan; however, you must join the Bevo Bucks program if you wish to add Bevo Bucks.

**Keep track of your Dine In Dollars and Bevo Bucks through the UHD website.**

## Dining Events

UHD works hard to ensure students have fun with their dining experience. That's why we host exciting dining events every semester. During these specials, we transform the dining locations into places far away from home, creating special menus and serving up delicious dishes that are in sync with the

theme. Be on the lookout for special events featuring our expertly crafted decor, music, games, trivia, and prizes, including free food and t-shirts! For more information, connect with us on Facebook: UniversityHousingandDining and Twitter: @UTexasDining.

## UHD Sustainability Programs

### On-Campus Gardens

As a student living on campus, you are invited to volunteer in our two on-campus gardens alongside UT Green Corps, a team of students employed by UHD to carry out sustainability projects within the dining and residence halls.

Volunteers can assist Green Corps in planting, cultivating, and harvesting vegetables planted at both the Jester and Kinsolving Gardens. You can also attend monthly seminars hosted by Green Corps to gain a greater understanding of gardening and living sustainably in the residence halls and beyond.

### UT Farm Stand

Twice a month, you can purchase local and sustainably grown produce, bread, and honey at this on-campus farmer's market-style event. UT Farm Stand is held just outside Jester Residence Hall and offers a wide variety of produce sourced from nearby farms and vendors. The event also serves as an educational platform for students interested in sustainable agriculture, nutrition, and sustainability. UT Farm Stand accepts volunteers for anyone interested in further supporting the local food system.

## UHD Nutrition Services

UHD Nutrition Services is honored nationally for implementing unique and effective nutrition programming. UHD won awards for Most Innovative Wellness and Nutrition Program in 2015 (Gold winner) and 2014 (Bronze winner) from The National Association of College and University Dining. UHD Nutrition Services is comprised of the Registered Dietitian and the student Nutrition Team. Together they provide nutrition education to the campus community, regulate dining menus and the corresponding nutritional database, and assist students with nutritional concerns.

If you have any questions or concerns regarding nutrition, food allergies, or dining accommodations, contact the Registered Dietitian at either (512) 232-5636 or dietitian@austin.utexas.edu.

Follow UHD on Twitter @UTexasDining and be on the lookout for our #UTHealthTips hashtag with helpful hints throughout the year on how to stay healthy on campus.

### UHD Foodies

The UHD Foodies are a group of student ambassadors who help create an educated and active student dining community for residents by promoting positive customer relations, wellness, and sustainability, while engaging in a team dynamic that proudly promotes a diverse dining environment. If you have feedback about campus dining that you'd like to share, look out for their Foodies t-shirts and friendly faces.

## Dine with a Dietitian

Ever wondered what a Registered Dietitian eats? The "Dine with a Dietitian" program allows students to meet and dine with the UHD Registered Dietitian or Nutrition Team for tips and tricks to make healthy choices in the dining halls. Keep an eye out for scheduled monthly events.

Students can also contact the Dietitian to schedule a personal nutrition consultation. Basic nutrition topics should be related to on-campus dining, such as special dietary needs (food allergies, celiac disease, vegan dining, etc.) and assistance in making healthier choices in the dining halls. Students seeking more in-depth guidance with their diet, such as a diet analysis, a customized meal plan, or weight loss guidance, are encouraged to schedule an appointment with the University Health Services Nutritionist at (512) 475-8216.

## Lite Bites

If you're looking for healthy options in the dining locations, keep an eye out for our "Lite Bites" logo on the online menu and digital menu boards for a guide to smart choices. You can also check out the Lite Bites better-for-you snack sections in Jester City Market and Kin's Market.

## Online Menus

Not sure what to eat on campus? Check out dining hall menus online at http://hf-food.austin.utexas.edu/foodpro/location2.asp. To access full ingredient listings and nutrition information for the menu items, simply click on the "Nutrition" tab above each menu category, then select any menu item for detailed information about your favorite food items. Menu information can also be accessed in each dining location via nutrition information centers. In the residential dining venues, digital menu boards above each serving line display identification icons for a quick guide to appropriate choices. Menu information is also available via the UT app, excluding the food identification icons.

## Food Identification Icons

UHD has an icon labeling system to identify the top eight food allergens*, as well as special dietary restrictions. Be on the lookout for these icons in the dining halls on the digital menu boards above each serving line, as well as on the online menu and prepackaged grab-and-go foods in the retail venues.

| | |
|---|---|
| Contains Eggs | Gluten-Free Friendly** |
| Contains Fish/Shellfish | Contains Pork |
| Contains Milk | Contains Beef |
| Contains Soy | Contains Nuts (peanuts and tree nuts) |

*All allergen information is based on manufacturer provided data.

** Items labeled "gluten-free friendly" are prepared with no gluten-containing ingredients.

## Allergen Disclaimer

University Housing and Dining aims to identify ingredients that may cause allergic reactions for those individuals with food allergies. Consideration is taken with regards to method of preparation and staff are trained on food allergies. But due to potential product changes from our vendors and the potential for cross-contact within our kitchens due to mass production, we cannot guarantee that every allergen in the food served will be identified and labeled.

## Food Allergies and Special Diets

University Housing and Dining is dedicated to providing support to students with food allergies through education, staff training, and reasonable accommodations in an effort to create a safe and inclusive collegiate dining experience.

Students have responsibilities when it comes to managing their food allergies. One of the foremost principles requires being proficient in the self-management of your food allergy(ies). It is recommended that all students with a food allergy notify the UHD Registered Dietitian so that support and guidance can be offered with the management of your diet.

## Dining Accommodations

If you have a life-threatening food allergy or multiple food allergies, you may need additional support in managing your dining experience. Students have the ability to request dining accommodations through the Services for Students with Disabilities (SSD) office. Please note that documentation of a disability does not guarantee that your request will be approved. Requests are initiated by indicating the need for accommodations on the Housing Application. Students must then complete the Request for Housing and Food Accommodations Form and supporting documentation (Housing and Food Verification Form), which are to both be submitted to the SSD office. In order to receive priority consideration for fall accommodations, all documentation must be received by July 1st.

SSD and UHD review requests on a case-by- case basis, with decisions made based on documented need and availability of the requested arrangement. A response from the SSD office will be sent to the student once all documentation and paperwork are processed. If SSD verifies a documented need for dining accommodations, it is the responsibility of the student to contact the UHD Registered Dietitian prior to signing a Housing Contract to determine if the requested dining accommodation(s) can be provided and to coordinate the logistics of the accommodation. For more information and to access required forms, please visit http://diversity.utexas.edu/disability/housing/.

## Food Allergy Support Team

When college life speeds up, it can be tough to dine safely with a food allergy, but luckily, students don't have to do it alone. The Food Allergy Support Team at University Housing and Dining is here to help, offering educational materials, staff training, and potential dining and living accommodations to make managing a food allergy a little easier. FAST members receive in-depth training on food allergies and are ServSafe Allergen certified through the National Restaurant Association. Students needing help or advice can find a team member by looking for the FAST logo on employee uniforms. Students can stay a step ahead of food allergies with support from FAST!

### Fresh and Simple Tastes (FAST)

Fresh And Simple Tastes (FAST) is the newest line at Jester 2nd Floor Dining (J2), having opened in Fall 2016 to accommodate students with food allergies. The entire line is free of the top eight allergens and features lean proteins, gluten-free whole grains, and heart-healthy fats. Each dish is freshly prepared in a top eight allergen-free environment and cooked right on the serving line using in-season produce from the UHD campus gardens and local Austin farms. The FAST line has a rotating menu, with a variety of options at lunch and dinner to offer students a safe and quality dining experience. Anyone is welcome to dine at the FAST line!

### Vegetarian and Vegan Dining

To make dining selections easier, UHD identifies vegetarian and vegan menu items with easily recognizable icons.

Vegetarian: Does not contain meat, poultry, fish, or their by-products.

Vegan: Does not contain dairy, eggs, meat, poultry, fish, or their by-products.

UHD proudly promotes a Meatless Monday initiative, in which students are encouraged to skip meat at least one day of the week to promote their health and that of the planet! Vegetarian and vegan options are readily available at every meal in the residential dining halls. These options can be easily identified by either a vegetarian or vegan icon to make plant-based dining easy.

For students interested in learning more about a plant-based diet or looking for meatless comradery, UHD hosts a Vegetarian Focus Group the first Wednesday of every month during the academic year. Attendees receive free entry into the dining hall, engage in a nutrition presentation, hear updates from the UHD Director of Dining, sample new food items, and share their opinions about sustaining a plant-based diet on campus. Events are advertised on weekly table tents in the dining venues and on our University Housing and Dining Facebook page.

### Religious Dietary Practices

Students should be advised that UHD does not serve food that adheres to specific religious dietary practices, such as kosher or halal.

Please note that UHD dining venues do not open early or remain open late for students observing Ramadan. Therefore, UHD offers meal accommodations for students observing Ramadan who attend Orientation or summer camps and conferences. Contact the Registered Dietitian for more information or to place a request for accommodation.

## Sick Trays

Your roommate or friend may request a sick tray permit from your residence hall office by presenting your ID. The permit and your ID must be presented in the dining room to pick up the sick tray; the dining staff will fill the order. For health reasons, you are not allowed to get a sick tray for yourself.

## Dining Hall Tours

Groups conducting tours of the residence halls may also request a tour of a dining location by asking for the supervisor of that dining location. The supervisors will be happy to assist and to answer any questions.

## Services for Students with Disabilities

If you have a medical or disability-related need that impacts your dining experience, you will need to submit a request and medical documentation to Services for Students with Disabilities (SSD). They will review the documentation you provide and forward our office the recommendations regarding your dining accommodations. All disability information will be kept confidential within the SSD office. Please read and complete the procedures found on the SSD website.

## Suggestions for Dining

We are always open and encourage new suggestions. Suggestion forms are available at each dining location. If you have any concerns, notify us immediately and detail your problem to a dining room supervisor.

# PERSONAL RESPONSIBILITY AND STUDENT CONDUCT

## Personal Responsibility

You will be held responsible for any activities or damages that occur in your assigned room. You are also responsible for your guests' behavior as outlined in the Guest Procedure. You are responsible for respecting the rights of your roommate. You also have the right and responsibility to confront others, in a polite manner, who are violating residence hall procedure or University policy, especially if the individuals are not residents. It is also your responsibility to report violations of university or residence hall regulations.

Personal responsibility includes:

- Reporting damages to your RA immediately.
- Treating residence hall property with as much respect as you would your own home.
- Speaking up and discouraging others from behaving irresponsibly in your hall.
- Encouraging a positive floor that builds community spirit, emphasizing concern and respect for others.

## Alcohol

Alcoholic beverages may be consumed and stored in resident rooms if all occupants and guests are 21 years of age or older. Residents of legal age who transport alcohol within a residence hall must use a closed, opaque container. Responsible use of alcohol is expected. Residents found to be intoxicated or potentially harmful to themselves or others may be detained for an assessment before being allowed into the residence hall; this assessment could include a call to emergency response or local law enforcement officials.

Drinking is not permitted in hallways, lounges, lobbies, or other public areas of the residence halls. Alcohol is not permitted at any University Residence Hall-sponsored program or event.

Large containers or volumes of alcohol are not permitted in the University Residence Halls. This includes

kegs, cases, party balls, and other containers larger than one gallon. Empty alcohol containers will be viewed as evidence of consumption and may subject individuals to the University disciplinary process.

Providing alcohol to individuals less than 21 years of age or possession of alcohol by individuals under age 21 are violations of criminal law and University policy. Any resident suspected of violating any University rule pertaining to alcohol or a City or State law may be subject to disciplinary action by the University and/or response from local law enforcement. Disciplinary action on the part of the University could include adjudication by UHD staff or a referral to the Office of the Dean of Students.

## Drug Use

The possession or use of illegal drugs or drug paraphernalia, as well as the illegal use of medically prescribed drugs, is prohibited in or about the residence halls and is considered a violation of the Institutional Rules. The possession or use of illegal drugs may result in suspension from the University, removal from the residence hall, and suspension of other rights and privileges.

Any student in violation of the University's regulations pertaining to drugs who is not suspended or expelled should expect that they will, at minimum, be referred to the Office of the Dean of Students and be subject to disciplinary action. Additionally, since the possession or use of illegal drugs is a violation of criminal law, it is possible for a violator to be subject to criminal action.

## Naloxone

In an effort to be proactive and prevent a drug overdose from being fatal, and in compliance with Texas Senate Bill 1462 (S.B. No. 1462), naloxone will be available at the Pharmacy in the University Health Center on campus in the Student Services Building (SSB) during normal business hours and at front desk locations in the residence halls. Residence Life Staff who manage emergencies in the residence halls (or serve as first responders) will be allowed to access and administer naloxone to students or guests who are experiencing a medical emergency that is thought to be a result of a drug overdose. The medication will be administered through a nasal spray and is non-reactive if given to a person who is not suffering from a drug overdose.

Residence hall front desk locations where naloxone will be available 24/7 are Jester East and West, San Jacinto, Moore-Hill, and Prather on the south side of campus, and Carothers, Kinsolving, and Duren on the north side of campus.

**Source:** Texas S.B. No. 1462:
http://www.legis.state.tx.us/tlodocs/84R/billtext/pdf/SB01462F.pdf#navpanes=0

## Failure to Comply/Identify

Students are expected to comply with all reasonable requests and instructions of University officials and UHD staff members in the performance of their duties. Students must cooperate with staff, provide accurate information, and properly identify themselves to a University official when those staff members are in the performance of their duties. Students who fail to identify themselves with their student IDs or who are disrespectful to staff (including Resident Assistants, Desk Assistants, Maintenance staff, Complex Coordinators, and Admins) are subject to disciplinary response.

## Guests

Only residents and their guests are permitted in the residence halls. Residents can host other students from different floors, other residence halls, or off campus as long as they are properly accompanied *(see the Accompanying Guests and Overnight Guests sections below)*.

All residence halls will be locked by midnight, seven days a week. Residents returning to the residence halls will be admitted upon presentation of their University ID. All guests staying beyond midnight must be registered at the 24-hour desk within the host resident's community *(see Overnight Guests)*.

### Behavior of Guests

Host residents are responsible for their guests' behavior. Guests are subject to the policies and procedures under which University Residence Halls operate. It is the host resident's responsibility to inform their guests of residence hall policies and procedures and to encourage compliance. While a host resident cannot control another person's behavior, they can control who they choose to have as a guest.

For their own protection, residents are urged to tell their roommate(s) and/or RA about unusual destinations and expected times of return.

### Accompanying Guests

Guests must be accompanied by their host resident at all times. Guests should not be left alone in a residence hall or residence hall room. This applies to same-sex and opposite-sex students from the same hall or from other residence halls, as well as off-campus visitors. All persons entering any residence hall may do so only if on official business with the hall desk or to visit residents. There are telephones located in each of the residence hall main lobbies and in each elevator lobby in Jester Center. The phones should be used by guests to alert you of their arrival.

The requirement that guests be accompanied protects residents from unwanted solicitation as well as preserves the safety and security of the residence hall community. It is important that residents and their guests understand and comply with these procedures. It is the right of any resident to ask individuals for identification and whether they belong in the building. This includes unaccompanied guests and individuals who tailgate or follow residents into the building. Noncompliant individuals should be reported to the desk or a residence hall staff member.

Residents who do not accompany their guests are subject to disciplinary action and forfeiture of guest privileges.

### Overnight Guests

An overnight guest is any guest staying past midnight. Overnight guests may be invited to spend a maximum of 72 consecutive hours in the hall in any given seven-day period *(see Restricted Visitation for Prather and Littlefield)*. No more than two overnight guests will be allowed per room. The decision to have an overnight guest must be mutually agreed upon by the host resident and their roommate(s) *(see Roommate Agreement)*.

Overnight guests must enter through the front entrance of the respective residence hall. Entering or allowing others to enter through a side entrance is a policy violation.

The host resident must register overnight guest(s) at the 24-hour desk for their hall. The guest must be able to provide a photo ID at the time of registration. By registering a guest, the host resident is affirming that the stated individual is their guest and not the guest of another resident. It is a violation of university policy to register a guest under false pretenses in order to bypass existing guest policies. When the overnight guest is registered, the host resident must accompany the guest at all times within the building *(see Accompanying Guests).* Host residents are responsible for the behavior of their guest *(see Guest Behavior)*.

Mattresses or other bedding materials are not available for check-out. Sleeping bags, foam pads, and air mattresses may be rented through Recreational Sports.

If a residents wants to host an overnight guest who is under the age of 18, consent must be provided to the Residence Hall Complex Coordinator prior to the visit.

Failure to follow overnight guest procedures will result in disciplinary action and forfeiture of guest privileges.

### Minor Overnight Guests

If a resident wants to host an overnight guest who is under the age of 18, parental/guardian consent must be provided and approval from a Residence Hall Complex Coordinator must be granted.

### Restricted Guest Visitation for Prather and Littlefield Halls

Both Prather and Littlefield Residence Halls offer additional guest hour restrictions to our residents who prefer this option. Guest hours for the Prather and Littlefield Residence Halls are:

- Sunday – Thursday: 10:00 a.m. – 11:30 p.m.
- Friday – Saturday: 10:00 a.m. – 1:30 a.m.

To alter guest hours, two-thirds of all residents in the designated living group must vote by secret ballot in favor of any change. A floor meeting will be held during the first week of classes to provide information about the policy and how it affects the living environment. You are encouraged to promote a positive community atmosphere in the living unit and are responsible for enforcing the policies that have been established. Residents may only vote at the start of each semester to increase guest hours, but may vote at any time during the semester to reduce guest hours.

After the 12th class day of the fall semester, guest hours may be reduced or expanded within the following maximum times:

- Sunday – Thursday: 10:00 a.m. – 1:00 a.m.
- Friday – Saturday: 10:00 a.m. – 2:30 a.m.

During these times, residents may have guests from other floors, from other residence halls, or from off campus as long as they are accompany their guest at all times *(see Accompanying Guests)*.

Guests who are men are not permitted to visit Prather or Littlefield residence hall common spaces or rooms at any time other than during designated guest hours.

Guests who are women (including, but not limited to, cisgender and transgender women and gender-nonconforming women) and nonbinary people may be invited to be an overnight guest in Prather or Littlefield *(see Overnight Guests)*.

Residents who violate the restricted visitation policies for Prather and Littlefield are subject to disciplinary action and forfeiture of guest privileges.

### Housing Family Members from Evacuated Areas

The University, in conjunction with the City of Austin and County resources, will implement an Emergency Operations Center to respond to the situation. The University residence halls will open their doors to family members of residents who live in areas most impacted by adverse weather conditions. Other accommodations will need to be made for family pets.

- Family members will stay with the host resident *(see Guests)*.
- The host resident must register family members at the residence hall desk *(see Overnight Guests)*.
- Family members should supply their own bedding materials. Limited supplies of mattresses are available from the Kinsolving, Jester West, and San Jacinto Desks.
- The host resident is responsible for accompanying their family members in the building, to bathrooms, etc. *(see Accompanying Guests)*.
- Keys and access cards will not be provided to family members.
- Family members of any gender may stay with the host resident during this time. Existing procedures apply to guests who are not immediate family members.
- Patience is the key to accommodating and helping out our friends and neighbors.

## Harassment

Members of an educational community should adhere to standards of civility and good taste that reflect mutual respect. A respectful environment is free of harassment, violence, and verbal abuse. It is the policy of the University to maintain an educational environment free from harassment and intimidation.

In an effort to foster an environment free from harassment and intimidation, Residence Life is committed to responding appropriately to acts of racism, sexism, heterosexism, cissexism, ageism, ableism, and any other force that seeks to suppress another individual or group of individuals. When acts of harassment or intimidation occur in the residence hall environment, the Residence Life staff, in conjunction with the Residence Hall Council, may lead a floor or hall meeting to discuss the incident and decide, as a community, appropriate steps that need to be taken to address the incident.

Residents who are suspected to have engaged in harassment as defined in the Institutional Rules will be referred to the Dean of Students for possible disciplinary action.

## Incivility

Students are expected to behave in a civil manner that is respectful of their community and does not disrupt academic or residential activity. Uncivil behaviors and language that interfere with the privacy, health, welfare, individuality, or safety of other persons are not permitted.

## Pranks

Pranks are considered a serious offense to community living. Individual or group activities that result in disturbances or distress to others, or that cause damage or destruction to property, are prohibited. Using or attempting to use University property in a manner inconsistent with its designated purpose is also prohibited. Residents who participate in pranks are subject to disciplinary action.

## Quiet Hours

Quiet hours are enforced in all University Housing and Dining spaces, including residence halls, lounges, and other spaces, from 10 p.m. to 9 a.m. The noise level during these hours should be such that if the room door is closed, a person walking down the hall could not hear anything. The use of headphones is strongly encouraged for music and video games. Beginning the week before final exams through the end of final exams, a 24-hour quiet period is expected. It is essential that residents' sleep and study needs are particularly respected during final exams.

In order to create an environment where a student's right to sleep and study is given priority, general courtesy hours are in effect at all times in all University Housing and Dining spaces. The noise level should be such that it does not interfere with the rights of others. Students are expected to respect the requests of others in regards to noise level and approach and respond to requests in a respectful and civil manner.

Playing musical instruments is permitted within the living area, as long as it is not disturbing others. The guidelines for quiet hours and courtesy hours apply to the playing of musical instruments.

Students who continuously fail to maintain appropriate quiet hour standards may be reassigned to another area and may be subjected to disciplinary actions. Residents who violate quiet and courtesy hours are subject to disciplinary action.

## Sexual Assault and Sexual Harassment

It is the policy of the University to foster a campus environment free from discrimination and one in which students may be educated to their fullest potential. Therefore, the University will not tolerate sexual misconduct, sexual harassment, interpersonal violence (including dating and/or domestic violence), stalking, or any form of sexual assault.

Sexual Assault and Sexual Harassment involves unwelcome advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when:

1. Submission to such conduct is made an explicit or implicit term or condition of employment or one's status as a student in a course, program, or activity;

2. Submission or rejection of such conduct is used as a basis for employment or educational decision affecting an individual, or

3. Such conduct has the purpose of effect of unreasonably interfering with an individual's work or educational performance, or creates an intimidating environment.

## If You are Sexually Assaulted

### *You are not alone.*

There are people on campus and in the community who can provide valuable support.

The University offers a wide range of services for students dealing with sexual assault or harassment, and students are encouraged to speak with appropriate officials and discuss available options. The **UT Austin Title IX Resource Guide** has been designed for students at UT Austin so they are aware of their options and resources following a sexual assault. These include access to safety planning, reporting, counseling, and long-term healing. The purpose of the resource guide is to provide a roadmap of offices on campus as well as local and national organizations that can assist you as you make informed decisions.

You can access the UT Austin Title IX Resource Guide online at https://titleix.utexas.edu/.

Sexual violence can happen to anyone, no matter their age, gender-identity, race, ethnicity, nationality, sexual orientation, class background, religion, or ability.

Sexual violence, including sexual assault, is a choice one person makes to ignore or deny someone else's wishes and autonomy through violent sexual means. **Sexual assault is never the fault of the person experiencing harm,** no matter the circumstance or the type of relationship between those involved.

Common feelings shared by sexual assault survivors is they must somehow have been to blame for what happened. If you are having similar thoughts and feelings, it is important to remember no one ever asks to be raped or sexually assaulted.

### *You are not to blame, even if you:*
- had too much to drink.
- used drugs.
- froze in response to what was happening.
- did not fight back.
- have little or no memory of what happened.
- have had sex with this individual or someone else before.
- said "yes" to one type of sexual intimacy but not to what happened.
- were sexually assaulted by someone who:
  - is popular/influential.
  - has the same gender identity as you.
  - you know and trust.
  - is related to you.
  - you did not know.

How you choose to move forward following an experience of sexual assault is a personal journey.

There is no right or wrong decision when seeking help and support. You have the right to choose who to tell your story to and if/when to pursue support from resources on and off campus. UT Austin supports the right of survivors to choose the options that best meet their needs. Below are possible next steps to take after experiencing an assault:

*Consider making an advocacy appointment.*

UT Austin offers three different advocacy options for students seeking information and support surrounding an assault:

1. **VAV Advocacy at CMHC** is a confidential meeting meant to provide a student with information about their rights and options. This informational appointment assists survivors in identifying which choices make the most sense for them.  All VAV Advocacy appointments are held in the Counseling and Mental Health Center, on the fifth floor of the SSB during business hours (8 a.m.-5 p.m., M-F). CMHC appointments, including VAV Advocacy, are confidential and not part of the academic record. Students seeking VAV Advocacy do not need to disclose the details of their experience in order to access support.

   (512) 471-3515
   24/7 Crisis Line (512) 471-2255

2. **Advocates** are a private resource providing support and accommodations to students who have been impacted by interpersonal violence. Advocates are full-time staff members who can offer emotional support, discuss reporting options, and explore campus and local resources. In addition, Advocates can also offer academic accommodations, emergency housing, financial assistance, and ongoing support through the formal reporting process. UT Austin currently has two campus Advocates – one located in Student Emergency Services in the SSB and the other located in the Title IX Office at UTA. Advocate are available during business hours (8am-5pm, M-F). Students seeking support from an Advocate do not need to disclose the details of their experience in order to access support.

   (512) 471-5017
   https://deanofstudents.utexas.edu/emergency/advocacysupport.php

3. **The Interpersonal Violence Peer Support Program** offers private, peer-to-peer support to students who have been impacted by interpersonal violence. Peer Supporters provide a safe space for students to talk, learn about their reporting options, as well as identify supportive resources on and off campus. All Peer Supporter appointments are held in the IVPS Office on the ground floor of the SSB. Students seeking support with IVPS do not need to disclose the details of their experience in order to access support. Please check the website for office hours, as they may vary by semester.

   (512) 471-6147
   https://deanofstudents.utexas.edu/emergency/advocacysupport.php

*Seek immediate medical attention.*

Even if you do not notice obvious injuries to your body, it is highly recommended you seek medical care as soon as possible after a sexual assault. You may have internal injuries or be in shock, which might prevent you from fully realizing the extent of any injuries. Immediate medical attention will also provide you with more options to prevent the risk of sexually transmitted infections (STIs) and pregnancy.

It is helpful to preserve evidence in case you wish to pursue a criminal, civil, or University investigation.  The main way evidence is collected is through a Sexual Assault Forensic Exam (SAFE).  SAFE is an option for survivors of **all genders**.  These exams are available on campus at University Health Services (UHS) in the Student Services Building for students, and off campus at Eloise House, a program of the SAFE Alliance. A SAFE is available whether or not you file a report with law enforcement.  The exam can only occur within the first 120 hours (five days) after a sexual assault if a police report is filed, and 96 hours without a police report. The non-report option preserves the evidence for two years, during which time a complainant can make the decision about whether to report the incident to law enforcement.  The exam can include:

- medical care
- medicines to prevent infection and/or pregnancy
- talking about the assault
- checking for and photographing injuries
- swabbing the skin
- collecting clothing
- taking blood and urine samples

For more information about SAFE exams, please visit
https://healthyhorns.utexas.edu/hs_uhssexualassaultforensicexams.html.

*Reporting options*
- Survivors have the right to report what happened to them under federal law.
- Survivors have the right to report to University offices, law enforcement, both, or neither.
- If the incident occurred on campus, a report may be filed with the UT Police Department (UTPD) by calling 911 or visiting UTPD headquarters at 2201 Robert Dedman Drive (across from the Manor Garage and the football stadium).
- At the time of the incident, if the accused was a current UT Austin student at the time of the incident, you may report the incident to be investigated by the Student Conduct and Academic Integrity in the Office of the Dean of Students or in the Office for Inclusion and Equity if the accused was a current UT Austin employee.
- If the accused has no connection to the University, you may choose to report to UTPD by calling 911.
- You can report online (anonymously if you choose) at https://titleix.utexas.edu/file-a-report.
- You can reach the Title IX Coordinators at:

  o Institutional Title IX Coordinator, University Compliance Services
    1616 Guadalupe Street
    2.507A University Administration Bulding
    512-232-3992
    titleix@austin.utexas.edu

  o Deputy Title IX Coordinators
    ▪ Associate Director of Student Emergency Services,  Office of the Dean of Students  4.104 Student Services Building (SSB)  512-471-5017 studentemergency@austin.utexas.edu
    ▪ Deputy Title IX Coordinator for Employees, Visitors and Contractors, Office for Inclusion and Equity 3.212 Student Services Building 512-471-1849 equity@utexas.edu

### *Confidentiality and mandatory reporting*

Due to federal law, many UT employees, including Resident Assistants, Complex Coordinators, and Assistant Directors in University Housing and Dining, are considered responsible employees of the University. Depending on the amount of detail you share with a 'responsible employee,' such as the name of the accused, whether the accused is an employee or student of UT Austin, and/or the location of an incident, you may provide enough information that they are required to report it to the Title IX Coordinator.

Confidential and private support options provide space for you to discuss your experience without filing an official report with the University.  This is a good option if you do not know how to label your experience, do not know whether it falls under Title IX, or are only interested in emotional support or medical assistance without pursuing an investigation.

Confidential resources are privileged and confidential, as outlined by federal and state law:

- licensed mental health practitioners (i.e. licensed clinical social workers, licensed counselors, psychologists, psychiatrists) at the UT Counseling and Mental Health Center (CMHC)
- licensed medical staff (i.e. nurses and doctors) at University Health Services (UHS)

UT also offers private resources who are not confidential but are non-mandatory reporters of Title IX incidents. These services will not share any identifiable information with Title IX, the police, parents, or anyone else without permission first, except in cases where there is concern of imminent harm to yourself, someone else, or the campus community.

- Advocates at Student Emergency Services and the Title IX Office
- Interpersonal Violence Peer Support at Student Emergency Services

If you are not sure or not ready to report to the University, please consider speaking with a Counseling and Mental Health or University Health Services employee, an Advocate, or an Interpersonal Violence Peer Supporter to discuss your options in a private and confidential setting.

### *More University resources*

For the full University policy, please refer to the General Information Catalog: Appendices D and H.

For more information on the discipline process for sexual harassment, sexual discrimination, and sexual assault, please refer to the General Information Catalog: Appendix C, Chapter 11.

- http://catalog.utexas.edu/general-information/appendices/appendix-d/
- http://catalog.utexas.edu/general-information/appendices/appendix-h/
- http://catalog.utexas.edu/general-information/appendices/appendix-c/student-discipline-and-conduct/

For more information about issues of interpersonal violence, including risk reduction and prevention, please see the Voices Against Violence website at www.cmhc.utexas.edu/vav. Voices Against Violence is a program of the Counseling and Mental Health Center.

## Social Networking and Internet Use

University Housing and Dining advises all UT residents to be responsible for the information they post online in electronic communities. We recommend that students monitor their own personal activities to ensure that their safety and reputation are not compromised.

While it is not our practice to go "surfing" for resident information, Housing staff may take into account information posted on online communities (e.g. Facebook, Instagram, Twitter, etc.) during Conduct investigations.

## Cyber-Stalking and Bullying

Using electronic media, such as the internet, email, or other electronic communications devices, to repeatedly threaten or harass another person is a crime. Cyber-stalking is similar to physical stalking in that the stalker's intended purpose is to exert or maintain control over their victim. In many cases, the person being stalked is familiar with the stalker. Cyber-bullies send hateful emails, postings, or text messages to taunt their targeted victims.

Residents who are suspected to have engaged in cyber-stalking or bullying will be referred to the Dean of Students for possible disciplinary action.

## Vandalism

Your active involvement in reducing damages within your community is encouraged as this damage may cause injury or inconvenience to other members of the community and reduce the amount of money available for hall improvements. Vandalism includes, but is not limited to, damaging residence hall property, graffiti, placing trash in the hallways, damaging bulletin boards, and other destructive activities not appropriate for the residence hall community.

When responsible individuals cannot be identified, the community may be charged the cost to repair the vandalism. If and when necessary, a reward may be offered to the person(s) with information that leads to the identification of the responsible person. Reward information will be posted in the residence hall.

If vandalism is suspected to be connected with any hate or bias judgements, it will be reported to the Campus Climate Response Team via their website: http://diversity.utexas.edu/ccrt/.

Residents who vandalize residence hall property are subject to disciplinary action.

## Conduct Process

The Dean of Students has primary authority and responsibility for the administration of student conduct. The Dean works cooperatively with faculty members in the disposition of scholastic violations, with appropriate staff members in University Housing and Dining in the disposition of residence halls violations, and with other appropriate staff members in the disposition of other types of violations. More information on the disciplinary authority of the Dean of Students may be found in Chapter 11 of the *Institutional Rules on Student Services and Activities*.

All residents are expected to abide by all city, state, and federal laws/statutes, all regulations of the University and University of Texas System, as well as all specific Housing policies articulated in the

Residence Hall Manual.  Failure to abide by such laws and rules subjects the student to possible disciplinary action by the University and/or criminal prosecution if warranted.  In some situations, a specific act (such as underage consumption of alcohol) could be a violation of city law, University rules, and Housing policy.  In the context of suspected rule violations occurring in campus residence halls, alleged misconduct will be documented and referred to the Complex Coordinator of that area. Depending on the nature of the allegation and the totality of the circumstances, the Complex Coordinator may refer the allegation to the Dean of Students for resolution or adjudicate the matter through the residence hall conduct process.  Cases referred to the Office of the Dean of Students will be resolved according to the provisions of Chapter 11 of the *Institutional Rules on Student Services and Activities*.  The residence hall conduct process involves the student alleged of misconduct holding an administrative conference with the Complex Coordinator or Assistant Director for the Area, as well as the possibility that the case will be referred to the Housing Conduct Board.

In cases that remain in Housing for adjudication, the Complex Coordinator will send the resident an email message that gives the date, time, and location of a disciplinary conference that will take place at least two business days after the date of the message. The disciplinary conference will be either a Housing Conduct Board conference or an administrative conference with the Complex Coordinator. Both processes are designed to provide residents with due process and are considered equivalent methods of resolution for conduct cases. The Housing Conduct Board or Complex Coordinator retain the right to refer a case to the Assistant Director for the Area.

Failure to attend the scheduled conference or reschedule in advance, as outlined in the Notice of Incident and Conference, may result in the case being adjudicated *in absentia*, or may result in a bar being placed on the student's record through the Office of the Dean of Students. Failure to complete required sanctions may also result in a bar being placed on the student's record.

### Housing Conduct Board Conference

The UHD Housing Conduct Board provides residence hall students a means to have disciplinary cases adjudicated in a peer-level environment. The Housing Conduct Board does not hear conferences that involve policy and procedure violations allegedly committed by student staff members, as alleged policy and procedure violations by student staff members are addressed through the UHD employee discipline process. The Housing Conduct Board conducts itself as a formal conference process for UHD. The unique advantage of a Housing Conduct Board lies in the ability of its members to influence the attitudes and subsequent behavior of other students through a formally constituted conduct mechanism. UHD holds that, peer influence, exercised through the conduct process, can often be more effective in redirecting the behavior patterns of students than any other method of discipline within the institution. Housing Conduct Board members live in the residence halls and undergo a rigorous application and interview process in order to be chosen as a Housing Conduct Board member. Once chosen, each Housing Conduct Board member attends training to prepare them for their role as student conference officers.

At a Housing Conduct Board Conference, the student(s) present their evidence to the Housing Conduct Board and respond to the questions from the Housing Conduct Board, who determine whether the greater weight of credible evidence supports a finding that the student(s) violated the rule under consideration and, if so, what sanction(s) are appropriate. The Housing Conduct Board is composed of

student volunteers who reside in the halls. Accused students in a Housing Conduct Board Conference reserve the right to call witness on their behalf and also hear all testimony presented against them during the conference. If a student fails to attend a Housing Conduct Board Conference or disputes the Housing Conduct Board's finding by electing not to sign the case summary form, the Housing Conduct Board Chairperson will send the student written notice of findings and sanctions when they are issued. A resident has the right to appeal the decision.

### Administrative Conference

At an administrative conference, the Complex Coordinator, Assistant Director for the Area, or other designee appointed by the Director of Residence Life (hereinafter "Housing Conduct Administrator") meets personally with the student accused of misconduct and provides the opportunity for the student to respond to the allegations under consideration.  The Residence Hall Conduct Administrator maintains the right to consider all relevant evidence including, but not limited to, documents, witness statements and/or interviews, as well as hearsay evidence.  After completing the investigation, the Housing Conduct Administrator will determine whether the greater weight of credible evidence supports a finding that the student violated the rule(s) under consideration and, if so, what sanction(s) are appropriate. With an administrative conference, the accused student does not retain the right to personally hear all testimony or call witnesses as with the Housing Conduct Board.

If a student fails to attend a Housing Conduct Administrative Conference or disputes the Residence Hall Conduct Administrator's finding by electing not to sign the case summary form, the Residence Hall Conduct Administrator will send the student written notice of findings and sanctions when they are issued. A resident has the right to appeal the decision.

### Evidence

The Housing Conduct Board and Residence Hall Conduct Administrator use "the Greater Weight of Credible Evidence" in order to determine whether an accused student violated the rule(s) under consideration. As in a court of law, the resident is always innocent unless proven otherwise; however, unlike a court of law, the standard of evidence that must be presented to the Housing Conduct Board or Residence Hall Conduct Administrator in order to prove that a resident violated procedure is less stringent. "The Greater Weight of the Credible Evidence" refers to the measure of credible proof on one side of a dispute as compared with the credible proof on the other. The weight of evidence is based on the believability or persuasiveness of evidence. Evidence that is indefinite, vague, or improbable will be given less weight than evidence that is direct and not refuted.

The Housing Conduct Board and Residence Hall Conduct Administrator will consider evidence that possesses probative value and is commonly accepted by reasonable people in the conduct of their affairs. Irrelevant, immaterial and unduly repetitious evidence may be excluded.

### Appeal Process

A resident had the right to appeal the decision issued by the Housing Conduct Administrator or Housing Conduct Board.  Resident appeals must be submitted in writing to the Assistant Director for the respective Area within 48 hours of the decision. If the original Residence Hall Conduct Administrator was the Assistant Director for the Area, the appeal should be submitted to the Director of Residence Life.

The Director of Residence Life is the final arbiter in the appeal process for cases resolved by the Housing Conduct Board or Housing Conduct Administrator.  Written appeals should include:

- A short summary of the alleged violation and resulting disciplinary sanction
- Whether you are appealing the violation, the sanction, or both
- A short, clear explanation of why you feel you are not responsible for the violation and/or why you feel that the sanction is not appropriate
- A brief explanation of your desired course of action

## Housing Sanctions

A sanction is an educational measure implemented by the Housing Conduct Board or Residence Hall Conduct Administrator designed to affect a change in behavior and to help the student understand how their behavior impacted others in the residence hall community. In addition to the loss of privileges, educational sanctions may be assigned that are reasonably designed to positively impact the student's understanding of the rule under consideration and/or responsibility as a member of the residence hall community.  Examples of educational sanctions include, but are not limited to, on-line educational modules, meetings with University staff members, educational/reflection papers, poster assignments, or presentations at hall meetings.

### Standards for completing an assigned sanction

#### Educational paper standard requirements
1. Topic, completion date, and length will be included in the Notice of Sanction email sent by the Complex Coordinator or Housing Conduct Board.
2. All papers should be in 12-point, Times New Roman font.
3. All papers should have 1-inch margins.
4. All papers should be double-spaced.
5. All papers should be of University caliber (meeting all University standards for a paper).
    a. Quality comparable to that of an academic assignment.
    b. To University academic honesty standards regarding plagiarism and citing sources.
6. Work should be returned by email as an MS Word document to the contact person identified in the Notice of Sanction email.

#### Poster assignment
1. Topic and completion date will be included in the Notice of Sanction email.
2. Size should be 11" x 8".
3. Coordinate with RA for approval and location to be displayed.
4. The Complex Coordinator or Housing Conduct Board Chair identified in the Notice of Sanction email must be notified by upon completion. The student should include the name of their RA in the correspondence. The sanction will not be complete until this is done.

#### Failure to complete sanctions by due date
1. Failure to complete required sanctions may also result in a bar being placed on the student's record.
2. Bars will restrict access to University services including libraries and registration.

Additional possible administrative sanctions are outlined below:

| | |
|---|---|
| **Reprimand** | Verbal or written notice that resident was found in violation of policy/procedure |
| **Conditional Probation** | Status in effect until sanctions are completed |
| **Residence Hall Probation** | Status extends for set period of time and may involve loss of a privilege |
| **Forced Room Change** | Used in conjunction with Residence Hall Probation and involves relocating the resident to another living area |
| **Fine/Restitution** | Requires the resident to pay a pre-established fine for a particular violation and/or repay the amount (including labor costs) of actual damages to university or personal property |
| **Bar** | Bar on the student's record remains in effect until the student resolves the disciplinary matter |

# GENERAL COMMUNITY POLICIES AND GUIDELINES

## Abandoned Property

Property left in a residence hall room after a resident has checked out will be removed and stored for 30 days. The resident will incur improper checkout charges. The resident will be notified in writing and given 30 days from date of notification to claim all items in person. To claim items, the resident will need to provide proper identification. The items will only be released to the resident to whom they belong unless the resident has provided written notification to UHD to have another individual retrieve the items. Items will not be mailed. If items are not claimed within 30 days, UHD will dispose of these items in accordance with University policy *(see Lost and Found)*.

## Campaigning and Election Activities and Student Advocacy

Speakers' forums on political issues may be held in designated public areas of residence halls when co-sponsored by the University Residence Hall Association or the Residence Hall Council of the building where the event is held. Only registered student organizations can sponsor advertisements in the University Residence Halls. Organizations may not campaign in public areas of the halls or door-to-door.

Display of signs and posters in the window of individual student rooms is permissible provided they are not in violation of the Institutional Rules on Student Services and Activities.

A student or student organization not affiliated with the University Residence Hall Association may not distribute petitions, handbills or literature in any residence hall or dining room. Residence Hall Councils may distribute information with approval. Institutional Rules on Student Services further defines student advocacy.

## Donation Drives

Campus and non-campus organizations may request approval to conduct donation drives (blood, books, clothing, canned goods, etc.) in lobby areas of the University Residence Halls when the collection directly benefits a charitable organization. Door to door collections are not permitted. Donation drives may not be conducted in residential dining halls or convenience stores.

Individual Residence Hall Councils (RHC), in conjunction with approval from the building Complex Coordinator, may sponsor collections in their own residence hall. When a group is requesting that collections be made in every residence hall, the University Residence Hall Association (URHA), in conjunction with approval from the URHA advisor, may sponsor the collection. Only one organization will be approved to collect items during any one given time period.

The approved organization is responsible for providing the collection bins, signs on the bins indicating the name of the sponsoring organization (including the sponsoring building's RHC or URHA, if applicable) and identifying which charity benefits from the collection, and regular pick-up of the collection bins. The collection period is limited to a maximum of one week.

## Email

Email is a mechanism for official University communication to students. The University will exercise the right to send email communications to all students, and the University will expect that email communications will be received and read in a timely manner. Every student must provide the University with their official email address using the online Address Change form in UT Direct. The student's official email address is the destination to which the university will send official email communications.

It is the responsibility of every student to keep the university informed of changes in their email address. Consequently, email returned to the University with "User Unknown" is not an acceptable excuse for missed communication.

All admitted and enrolled students may claim an email address at no additional cost as provided by Information Technology Services. See the UT mail website for information on obtaining an email address.

University Electronic Mail Student Notification Policy (Use of Email for Official Correspondence to Students)

## Filming in University Residence Halls

University Housing and Dining will make reasonable efforts to assist University of Texas at Austin students with their film production assignments by making residence hall space available for the film production. Before University Housing and Dining can approve the filming request, the student(s) need to request and secure filming permission from Office of University Communications.

Generally, the residence halls are available for student film projects that are:

- Academically related projects
- Not intrusive to the operation and use of facilities by residents

- Less than four hours in duration
- Limited to public areas or a residence hall showroom (available in Kinsolving, Jester or San Jacinto)

Please submit a description of your film project to: housing@austin.utexas.edu and allow at least five working days for review.

Your description should include the following:
1. Subject Line : Request to Film in Residence Hall
2. Overview of film production, i.e. what you are doing
3. Requested residence hall and specific location
4. Faculty sponsor
5. What is required for your production - any special things for example, do you need to keep residents from using this area while filming, will you be altering the physical location in any way, which items located at the physical location will be included in the shoot (e.g., picnic tables, grill, doorway)
6. Requested date(s) to film
7. Requested time period - how long will it take, number of hours you will be filming
8. Equipment/production crew - What equipment will you use, does it require electrical connections, number of people in film crew

PLEASE NOTE THE FOLLOWING RESTRICTIONS
- Use of residence hall facilities for film projects that are not consistent with the mission of The University of Texas at Austin will not be approved.
- Various locations may require a UHD staff member to be present during the entire shot. Cost per hour: $40.
- Depending on location and operation of facility, filming may be restricted to normal business operating hours.
- Filming that requires physical alterations to the site will not be approved. Lighting and electrical power is limited what is available at the requested site. UHD will also not install additional lighting or electrical outlets. The film crew may provide additional portable lighting if necessary.
- Residence Hall space need to be returned to the condition in which it was found. If damage is done to the space or items are removed the requestor will be billed for the cost of repair or replacement.
- Filming in Jester City Limits, Littlefield Patio Cafe and Cypress Bend is allowed. Filming in Jester Second Floor Dining (J2) or Kinsolving Dining Hall is not permitted.
- Residential hallways are considered private areas. Filming in these areas is generally not permitted.

## Hammock Policy
Hammocks are defined as any hanging length of canvas, cloth, heavy netting, or any other material suspended between two trees or other supports, and used as a seat, bed, or platform.

Hammocks shall not:

- Be placed in locations that will interfere with entrance or egress from buildings (crossing sidewalks or blocking doors).
- Impede landscape maintenance (mowing, edging, trimming).
- Cause harm to University property or landscaping.
- Be left unattended when not in use (take down when no residents are present).

All hammocks must be:

- In good condition with no signs of undue wear and tear.
- Attached to supports at least six (6) inches in diameter.
- Attached/supported no higher than four (4) feet above the ground surface.
- Removed before nightfall (overnight use is not allowed).

It shall be the resident's responsibility to use and maintain hammocks in a safe manner per the manufacturer's specifications.  University Housing and Dining reserves the right to remove hammocks from use for any violation of this policy.

## Keys and ID Cards

Room keys will only be issued to the contract holder. University keys may not be duplicated. Possession or use of university keys other than those officially issued, tampering with university locks, or loaning your key to another individual are violations of residence hall procedure and are subject to disciplinary action. Keys must be turned in to the 24 hour desk of the hall when checking out of the hall.

Residents who lose or temporarily misplace their room key and/or university ID should immediately go to the appropriate 24 hour desk to check out a temporary key and/or ID card to gain access to residential living areas and dining facilities. A temporary key and/or ID card may be checked out for a maximum of 72 hours.

For safety and security reasons, upon immediate request of the resident or if the original key is not returned within 72 hours, a lock change will be ordered and charged to the resident.

There is a $75 charge to pay the cost of labor and materials for lock changes. Once the Maintenance Request has been entered, there can be no reversal of the order and the resident will be required to pay the full amount. A bent or broken key will be replaced at no charge as long as there is no evidence of vandalism. The bent or broken key must be turned in with your request to replace it. If the bent or broken key is not returned, the resident will be charged $75 for a lock change.

One of the wonderful aspects of your UT ID card is that it can be used at your own personal convenience. However, if it is lost, stolen or permanently misplaced, it is critical that you deactivate your ID online or by contacting your residence hall desk. The residence hall desk will provide you with a temporary card for purchases (in UHD locations only, including vending machines) and door access. You will need to get a new UT ID at the ID Center. The ID Center is located on the main floor of the Flawn Academic Center. There is a replacement card cost of $10.

For security purposes, obtaining a temporary ID card disables your university ID for door access, Dine In Dollars, and Bevo Bucks. You can deactivate your university ID card online (https://utdirect.utexas.edu/idcenter/lostid/lostid.WBX). If you choose this method of deactivation, you

must get a new ID card from the ID Center and pay them $10. For more ID Information, visit the ID Center (http://www.utexas.edu/its/idcenter). The ID Center is located on the main floor of the Flawn Academic Center.

If the temporary card is not returned within 72 hours, the temporary card will be deactivated and the resident will be charged a $10 replacement fee. The resident will also receive an email reminder to return the temporary card. Residents are responsible for obtaining a replacement University ID card from the University ID Center, located in the Flawn Academic Center.

Each resident is permitted a total of four temporary key and/or temporary ID card checkouts per year. Subsequent key and/or ID checkouts may result in disciplinary action and a $10 charge being assessed per occurrence.

When a University ID is used in University Housing and Dining locations, the ID card photo should match the individual who is receiving goods or services. If the photo does not match, University Housing and Dining staff will confiscate the ID card and turn it in to the appropriate residence hall desk, where the ID card owner can retrieve it by showing valid identification *(exception: see Sick Tray Policy)*.

Residents found in violation of the temporary ID, University ID, or temporary key procedure are subject to disciplinary action.

## Lost and Found

Lost items found in the residence halls will be brought to either the 24-hour desks for that residence hall or respective Area Office. If items are not claimed within 30 days, UHD will dispose of these items in accordance with University policy. *(See Abandoned Property)*.

## Mail

### Hall Addresses

Do not insert "The University of Texas at Austin" in the address. This will result in your mail being delayed. Your mail should be addressed as follows:

**Whitis Court residents:**

[Your full name]
2610 Whitis Avenue
[LLA, LLB, LLC, LLD, LLE or LLF] [Your room number]
Austin, TX 78705-9009

**Andrews residents:**

[Your full name]
2401 Whitis Avenue #   [Your room number]
Austin, TX 78705-9010

**Blanton residents:**

[Your full name]
2500 University Avenue #   [Your room number]
Austin, TX 78705-9012

**Brackenridge residents:**

[Your full name]
303 East 21st Street #   [Your room number]
Austin, TX 78705-9006

**Carothers residents:**

[Your full name]
2501 Whitis Avenue #   [Your room number]
Austin, TX 78705-9011

**Creekside residents:**

[Your full name]
2500 San Jacinto Blvd. #   [Your room number]
Austin, TX 78705-9002

**Duren residents:**

[Your full name]
2624 Whitis Avenue #  [Your room number]
Austin, TX 78705

**Jester residents:**

[Your full name]
201 East 21st Street #  [Your room number]
Austin, TX 78705-5965
(Jester residents should include an "M" for East or
a "W" for West before the room number.)

**Kinsolving residents:**

[Your full name]
2605 Whitis Avenue # ____ [Your room number]
Austin, TX 78705-9009

**Littlefield residents:**

[Your full name]
2503 Whitis Avenue #  [Your room number]
Austin, TX 78705-9008

**Moore-Hill residents:**

[Your full name]
204 East 21st Street #  [Your room number]
Austin, TX 78705-9005

**Prather residents:**

[Your full name]
305 East 21st Street #  [Your room number]
Austin, TX 78705-9004

**Roberts residents:**

[Your full name]
303 East 21st Street #  [Your room number]
Austin, TX 78705-9003

**San Jacinto residents:**

[Your full name]
309 East 21st Street #  [Your room number]
Austin, TX 78705

Mail is delivered to your residence hall daily except Sundays, national holidays, and university holidays.
Residence hall mailrooms and desks will only accept mail and packages delivered by the U.S. Postal
Service or a certified shipping company. Only packages that do not require a 21+ signature will be
accepted by the mailrooms and desks. If you receive registered mail or a package, you will receive
written notification from your residence hall staff by email, text, and/or a notice placed in your mailbox.
Present your notification with your ID at your residence hall's mail center when you pick up the
packageYou may not pick up or sign for a package under a different or assumed name. Packages cannot
be delivered to your room. Refer to your specific residence hall for hours during which you can retrieve
packages. If your package is missing, notify your front desk and file a report with University Police
Department at 512-471-4441.

### Mailbox

Mailboxes are provided for distribution of U.S. Mail, Campus Mail and official residence hall announcements. It is a student's responsibility to regularly check their mailbox. Residence Hall Councils may request permission from the Assistant Director for the Area to distribute information. Individual students and non-resident student organizations may not request information to be distributed.

### Mail Forwarding

It is YOUR responsibility to change your local address with the university when you leave the residence hall. You can change your address on the UT Direct Page at https://utdirect.utexas.edu/apps/utd/all_my_addresses. Your residence hall staff will forward first-class mail for 30 days following check out. Letters from the Office of Financial Aid are not forwarded and will be returned to the Office of Financial Aid. If you have not updated your local address with the university by checkout time, your mail will be forwarded to your permanent address on file. If you have updated your local address by check-out, we will forward mail to your new local address.

Due to the limited forwarding policy, it is imperative that you promptly notify all correspondents of any planned address change. After 30 days, all mail, including first-class mail, will be returned to the U.S. Postal Service and marked "Return to Sender." No mail will be forwarded during holidays and university breaks. It is your responsibility to contact newspaper and magazine vendors to update addresses.

### Special Deliveries

Residence hall mailrooms and desks will only accept mail and packages delivered by the U.S. Postal Service or a certified shipping company. It is the responsibility of the delivery/courier service to contact the resident to arrange pick-up. There is a telephone located in the lobby of each residence hall that can be used. University Housing and Dining is not responsible for special items such as flowers, cakes, and fruit baskets delivered to desks by vendors. Concerns regarding delivery should be addressed directly to the vendor.

## Missing Persons Notification Procedure

On August 14, 2008, the Higher Education Opportunity Act was signed into law. As a direct result of this act, a Missing Student Notification Procedure was created to address appropriate response to reports of missing students. The Missing Student Notification Procedure applies to all students who reside in on-campus housing.

All students who reside in on-campus housing must designate another individual as a "Missing Person Contact". This individual will be notified by the university if the student is determined to be missing for more than 24 hours. A list of titles of the persons or organizations to which students, employees, or other individuals should report that a student has been missing for 24 hours is below:

- Any Residence Life Staff member (i.e. Resident Assistant, Complex Coordinator, etc.)
- Any Office of the Dean of Students staff member
- Any UTPD officer

Notification will be made to the designated missing student contact and UTPD for students of any age who reside on campus and are determined to be missing for more than 24 hours. The Missing Student Notification Procedure also covers emancipated students under 18 who reside on campus, and stipulates that the student's custodial parent or guardian must be notified within 24 hours after

the student is determined to be missing. Your contact information will be registered confidentially and accessible to authorized campus officials only. This information may not be disclosed except to law enforcement personnel in furtherance of a missing person investigation.

Many missing person reports in the university environment result from someone changing their normal routine and failing to inform others of this change. Students can take a proactive role in supporting the Missing Student Notification Procedure by:

- Keeping emergency contact information up-to-date on a semester basis with your institution via UT Direct
- Updating friends and family members with changes to email, phone number, and other contact information
- Making sure that a roommate, designated friend, and/or family member knows how to reach you and what your routine is
- Establishing a habit of "checking in" with family and friends on a regular basis

If you believe a student who resides in on-campus housing is missing, please notify your Resident Assistant, Complex Coordinator, member of the Office of the Dean of Students, or UTPD immediately.

For additional information, please reference Appendix A (Emergency and Missing Student Notification Policy) of the General Information Catalog 2014-2015.

## Motorcycles and Mopeds

Motorcycle and moped parking areas are located near each residence hall. Motorcycles and mopeds must be registered with Parking and Transportation Services to be parked on campus. Mopeds may not be chained to sign posts, railings, bicycle racks or any other university property. Due to fire hazards and concern for the general safety of residents, motorcycles, mopeds, motor scooters, and other combustible engine vehicles are not permitted in the residence halls. Students who bring motorcycles or mopeds into residence halls are subject to disciplinary action *(see also Sports in the Halls)*.

## Musical Instruments

Playing musical instruments is permitted within the living area, as long as it is not disturbing others. The guidelines outlined under Quiet Hours apply to the playing of musical instruments. Residents who violate the musical instrument procedure are subject to disciplinary action.

## Personal Property
### Retrieval of Personal Property

If you drop something down an elevator shaft, plumbing fixture, heating or cooling unit, or if you need an item retrieved for any other reason, fill out a Maintenance Request Form. A maintenance technician will attempt to retrieve your belongings as soon as possible. If it is a valuable item and it can be lost if not retrieved immediately (e.g., jewelry dropped down the drain), contact your front desk and ask for an emergency work order. Maintenance staff will respond as soon as possible. Emergency work orders after hours will have a longer response time. Items will be retrieved at your expense. A charge will apply whether or not the worker is successful in retrieving the lost item. A minimum charge of $20 will apply. An actual charge will apply if retrieval takes longer than 30 minutes. For after-hours emergencies, a minimum charge of $100 will apply.

### Damage of Personal Property or Injuries (University Liability and Resident Responsibility)

In the event of a theft, UTPD should be contacted immediately and the incident should also be reported to a Residence Life Staff Member (i.e. your Resident Assistant, Complex Coordinator, or Staff at the 24-hour desks). University and Housing and Dining will not process any claims resulting from theft as that is the function of UTPD.

The University and UHD are not responsible for loss or damages to personal property by theft, fire, or other casualty, whether such losses occur in your room, public areas, or elsewhere in the residence hall. The University and UHD do not assume any liability for personal injury or personal property damage resulting from mechanical failure of the water, gas or electrical system; or for negligence by building occupants. The University and UHD are not responsible for loss or damage to personal property as a result of fumigation or pest control. If you wish to protect yourself from the possibility of such losses or injury, it is your responsibility to secure an insurance policy that will meet your individual needs.

While the University and UHD do not assume any liability, UHD may review on a case-by-case basis claims for personal property damage resulting from mechanical failure (as defined above.) You must report the damage or injury to your Resident Assistant within 24 hours following the incident. A Preliminary Summary Report must be submitted by your Complex Coordinator to UHD within three (3) business days of the incident. You are required to present your complete claim for damages within thirty (30) days of the incident resulting in the damages. No claims will be considered if presented after thirty (30) days of the incident resulting in the damages.

The following criteria must be met for consideration of a claim:
- Damage or Injury is beyond your control.
- Damage or Injury reported to your RA within 24 hours following the incident.
- RA to inform Complex Coordinator so they can prepare a Preliminary Summary Report and submit to UHD within three (3) business days of the incident. Complex Coordinator will copy the Assistant Director for the Area when the Preliminary Summary Report is submitted.
- Complete claim for damages must be submitted within thirty (30) days of the incident. No claims will be considered for payment if submitted after thirty (30) days of the incident.
- Do not throw away your damaged property. Damaged personal property must be turned in to UHD for inspection.
- Original or duplicate purchase receipts must be submitted with the personal property. In lieu of a receipt, documentation of pricing for a new item may be considered.

If the personal property is salvageable, UHD has the option to return the property and take no further action or launder and/or repair the property and return to you.

If upon UHD inspection the personal property is deemed a total loss and UHD pays you for the personal property, the property will not be returned to you; upon payment by UHD it becomes property of the University and UHD. If reimbursement is approved, remuneration may be for a depreciated value.

## Pets

Residents are permitted to have fish in small aquariums in their rooms. Any other animals found in the residence hall must be immediately removed. The removal and any necessary cleaning, repairs, and/or pest control will be done at the expense of the responsible resident(s), who will also be subject to

disciplinary action. Residents who have pets or animals other than fish in their rooms may face disciplinary action.

Students are permitted to have one aquarium per residence hall room provided that the aquarium is stocked with (non-dangerous) fish only. Aquariums must be no larger than five gallons. Snakes, turtles, salamanders, newts, frogs, and rodents are specifically prohibited. Remember to plan for your fish over break periods. Aquariums must be unplugged before you leave. The temperature of the water will fluctuate, thus putting your fish at risk.

## Posters

### Student Room Window and Door

Residents may display signs and posters in their residence hall room windows as long as the signs/posters comply with University policies regarding Prohibited Expression and Signs and Banners. Postings must also comply with fire and life safety codes *(see Decorations and Banned Objects)*. Posters or other flammable materials may cover no more than 20 percent of any one wall; that 20 percent may include the window. Residents may post two 8.5" x 11" flyers on their room doors or adjacent tack boards; Housing staff may post nametags on doors. Residents and Housing staff should use appropriate posting adhesive *(see Decorations)* to protect the finish of the door and wall surfaces. Students should use tack boards in the room and on the door where available. Resident room doors may not be used for solicitation.

### Residence Hall Public Areas

Housing staff may post flyers and bulletins, using appropriate posting adhesive, as needed in residence hall public areas. Two 8.5" x 11" flyers concerning University and residence hall policies or announcements are allowed on doors leading from public areas (e.g., main thoroughfares, leading from main building entrances or elevator landings) to private areas (e.g., residential living area hallways). Two 8.5" x 11" flyers for pertinent announcements, policies, deadlines, etc., are allowed on community bathroom doors. Floor bulletin boards are for use by Housing staff and Residence Hall Councils. With approval of the area desk, registered student organizations may post signs on bulletin boards located in the public lobbies of residence halls, as directed by residence hall staff. Alcohol may not be mentioned or represented in any way. Bulletin boards may not be used for solicitation or sale of items. Signs may not violate any state or federal law or University regulation, including solicitation procedures. Signs that are improperly hung, have not been approved, or do not follow these guidelines will be removed. Housing staff may post directional signs, announcements, and information in residence hall public areas and floor bulletin boards concerning conferences and meetings held in the building. Residents who violate the posting procedures are subject to disciplinary action.

### Posting with Civility and Respect

Postings, whether on doors or windows, should respect the mission and values of the university residence halls, which include providing all residents with a "comfortable, friendly environment" and "sense of community." Posters should not engage in gratuitously offensive expression that might be destructive of the desired community. Gratuitous insult is seldom persuasive. Nevertheless, the University encourages all members of its community to support the freedom of speech. Students are free to communicate their ideas vigorously; those who are exposed to such ideas, whether in the classroom, the grounds of the campus, or in the residence halls, should tolerate the expression even of

views that they find offensive or unacceptable. Students who passionately disagree about important matters should be able to confront one another civilly and to recognize that, despite profound differences, they are engaged in the common pursuit of truth. The best response to offensive speech is more free speech.

## Room Change

Each student living in the University Residence Halls is expected to respect individual rights and follow community living standards. The behavior of students who choose to disregard residence hall community standards and roommate contracts agreed upon by both roommates will be addressed through the disciplinary system. If warranted, the student may be required to change rooms, be removed from university housing, or be barred from contracting for future premises and services.

University Housing and Dining is responsible for approving all assignments and reserves the right to reassign individuals to other rooms or residence halls in event of roommate or hall conflict, pending disciplinary action and non-compliance with university regulations. Unauthorized room changes are subject to improper checkout charges and cancellation of the move.

Resident Assistants are available to discuss room assignment problems and future room change requests. Room change requests during the semester must be submitted through the Resident Assistant to be approved by the Complex Coordinator. Room changes must be completed within 48 hours after receiving approval or move may be cancelled or resident will be charged for both rooms. Except for extenuating circumstances, no room changes are made during the first 12 days of a new session or the last two weeks of a session.

## Room Entry

While respecting your personal privacy at all times, the University reserves the right to authorize entry into your room by UHD or emergency response staff for the following reasons:

- To investigate violations of University regulations or federal, state, or local laws
- For fire and life safety room inspections *(see Fire and Life Safety)*
- When your welfare and/or that of the residence hall is at risk *(see Welfare Concern)*
- To ensure proper care, maintenance, and safety of the facilities, as well as make necessary repairs. Every effort will be made to give advance notice.
- When the door is open and a violation of University policies or Residence Hall procedures is in plain view, observed or alleged contraband will be confiscated.

## Roommate Agreement

University Housing and Dining is committed to making residence hall living an enjoyable and growth-filled experience. All student residents who share a room or living quarters (roommates) will complete a Roommate Agreement within two weeks of moving into the space in order to ensure a positive and respectful interaction between roommates.

If conflict between roommates occurs, the Residence Life staff will first seek to empower the residents to manage the conflict on their own. The Residence Life staff may offer to assist in the mediation of the conflict or in helping roommates come to a compromise.  Roommates may be asked to update their "Roommate Agreement" to address specific concerns.

If the conflict between roommates becomes difficult to resolve, or when an aggressive roommate is involved, the Residence Life staff may remind all parties involved of their room change request options. It is the prerogative of the Complex Coordinator to move one or both residents from the room.

An aggressive roommate is one whose acts or communication are intended to harass, intimidate, or humiliate. One or both roommates may be moved under the following circumstances:

- One of the roommates is an aggressive party and the person(s) being harassed refuse(s) to pursue appropriate action
- Both roommates are violating each other's rights
- One or both roommate(s) refuse(s) to complete a Roommate Agreement or adhere to agreements contained within the Roommate Rgreement
- A violation of UHD procedure(s) has occurred

University Housing and Dining may recommend sending a case to the Office of the Dean of Students and may elect to cancel a resident's contract should the resident be involved in similar circumstances after a move has occurred.

If a resident harasses another resident in the course of a roommate conflict, the resident is subject to disciplinary action.

Visit the UHD website for more resources regarding Roommate Conflicts and Roommate Success.

## Security

### Card Swipe

For the safety and security of our residents, all residence hall buildings have access points that require a UT ID to be swiped. Only the residents of a building have swipe card access to private residence hall spaces, hallways, and rooms.

For additional security for our residents after hours, access points are limited between midnight and 8 a.m. We require all residents to be additionally verified by a UHD staff member at a front desk or checkpoint.

### One Swipe, One Entry

As part of the UT Be Safe Campaign and in adherence with the University Housing & Dining Safety Review Task Force (August 2017), all residence hall entrances have "One Swipe, One Entry" signs that encourage each resident to NOT hold open doors for person(s) they cannot verify live in the building.

### Lock Your Doors

To best ensure the safety and security of yourself and your belongings, UHD encourages all residents to lock their doors when they leave their room.

## Services for Students with Disabilities

If you have a medical or disability-related need that impacts where you will live and dine, you will need to submit a request and documentation to Services for Students with Disabilities (SSD). They will review the documentation you provide and forward our office the recommendations regarding your housing and dining accommodations. All disability information will be kept confidential within the SSD office. Please read and complete the procedures found at on the SSD website.

### Service or Emotional Support Animals

Students with specific disabilities may have service animals if the need is documented through the SSD Office. SSD and UHD will also consider on a case by case basis, requests for an emotional support animal. For more information please read the Service and Emotional Support Animal Policy.

## Solicitation

Solicitation (including non-commercial solicitation), political campaigning, selling, or any business activity in the residence halls or dining rooms is not permitted unless specifically authorized. Invited, non-disruptive solicitation conducted in an individual residence hall room is permitted. Institutional Rules on Student Services further defines permissible solicitation.

## Sports in the Halls

Sports should be played in designated recreational areas and facilities. Residents may not engage in sports or sports-related activities within residence hall rooms, lounges or other public areas.

Sports include, but are not limited to, playing Frisbee, tossing balls, wrestling, rollerblading, and skateboarding *(see also Transportation Devices)*. Playing sports in confined areas such as rooms and hallways can lead to student injury, activation of sprinkler system, and/or damage to personal and University property.

Residents who play sports inside the residence halls are subject to disciplinary action.

## Transportation Devices

Although personal hover boards and electric scooters may be stored in residence hall rooms, they may not be ridden inside the residence hall buildings. Commercial electric vehicles, which includes scooters, are prohibited in the residence halls. Students are prohibited from utilizing any common areas within the residence halls to charge electric vehicles such as hover boards and scooters.

## Street Signs and State and Local Property

Displaying street or traffic signs in the residence halls is prohibited. Notwithstanding any action taken by civil authorities or agencies charged with the enforcement of criminal laws on account of the violation, residents found in possession of unauthorized University, state or city property are subject to disciplinary action.

## Storage

No storage is available for luggage or resident possessions. If you need storage space, you must make your own arrangements. You may find the Yellow Pages helpful in finding nearby storage facilities.

## Surveys

University Housing and Dining must approve all research studies involving surveys of residence hall students. UHD will not send mass emails to residents for class surveys.  All research projects must be sponsored by a UT academic department or faculty member. The academic department and/or faculty member, along with the student, are responsible for complying with UT Institutional Review Board (IRB) policies and procedures and student class project guidelines as outlined by the Office of Research Support. University Housing and Dining has no control over random telephone surveys, email surveys or those mailed through the U.S. Postal Service.

## Tables in Lobbies

With approval of the appropriate Assistant Director for the Area, UHD staff members and Residence Hall councils may set up tables to collect or distribute information within the lobby area of each residence hall. At various times of the year, UT departments, with approval of the Director of Residence Life, may set up a table in residence hall lobbies to distribute information that pertains to university residence hall students. Student organizations not affiliated with the University Residence Halls Association may not set up tables inside of residence hall lobbies. With approval of Student Activities and Leadership Development (SALD), student organizations may set up tables in the Jester Concourse.  Tables must not block any exit or means of egress.

## Table Tents

Table tents are limited to UHD staff or University Residence Hall Association sponsored or co-sponsored programs. Individuals or non-resident student organizations may not advertise on table tents.

## Tobacco Free Campus

The University of Texas at Austin is tobacco-free. The use of any tobacco products is prohibited in university buildings and on university grounds within the state of Texas, including parking areas, sidewalks, walkways, attached parking structures, and university-owned buildings. "**Tobacco products**" means all forms of tobacco, including but not limited to cigarettes, cigars, pipes, water pipes (hookah), bidis, kreteks, electronic cigarettes, smokeless tobacco, snuff, and chewing tobacco. The full text of the policy is available on the University Policies website.

## Welfare Concern

A Residence hall staff may stop by to check on a resident or may require a meeting with a resident if a concern for the welfare of a resident is reported or if a resident is transported to the hospital for safety or health concerns. The check-in or meeting will occur as soon as possible after the concern has been report or the resident has returned to the halls. *(See also Room Entry)*.

# FACILITIES

## Facility Usage

UHD spaces, including but not limited to lounges and common areas within the residence halls, outdoor patios, and courtyards and amphitheaters directly outside the residence halls, are for the use of residents and invited guests. Lounges may only be reserved for residence hall activities and only by

residence hall staff and residence hall associations. Note that quiet hours and courtesy hours must be followed in all University Housing and Dining spaces.

Priority for use of facilities is given to activities and/or programs that are officially reserved, benefit all residents and the participating audience is comprised of 75 percent residence hall students.

NOTE: Programs or activities co-sponsored by residence hall staff and/or residence hall association officers must comply with UHD Co-sponsorship Procedure.

Students may not use property, buildings, facilities or University resources to operate a for-profit business. Authorized use must be conducted in compliance with applicable Regents' Rules and Regulations, rules of the institution, University computing policies, and federal, state, and local laws and regulations. Residents who use residence hall facilities for unauthorized purposes are subject to disciplinary action.

## Care of Facilities

Students are responsible for maintaining their rooms in a neat and orderly fashion at all times. "Neat and orderly" includes maintaining an acceptable level of cleanliness and a room free of mold, mildew, trash, and debris. Residence Life and Building Services staff conducts fire and life safety room inspections twice each semester. Students found in violation will be given 48 hours to remedy the situation. Failure to take corrective actions will result in disciplinary action, including a room-cleaning fee of $50 for each resident. Cleaning of private or connecting bathrooms is subject to an additional fee of $120 (divided by the number of residents using the bathroom).

Students are encouraged to personalize their room. When personalizing the room, students should take into account the following guidelines:

- Students should not drill or nail holes in walls, ceilings, doors or furniture.
- Tack strips, bulletin boards or removable adhesive tape should be used to mount items on walls, doors, and furniture.
- Decals, posters, tacks, adhesive tape or other items should not be affixed to the ceiling.
- Students may not paint rooms.
- No more than 20 percent of any wall may be covered with posters or other flammable materials, including curtains.
- Cloth or paper materials should not be used to cover lighting.
- Furniture may not be disassembled unless specifically designed for this purpose.
- Stickers should not be adhered to furniture, walls, doors or ceilings.
- Students should be familiar with residence hall guidelines pertaining to approved and non-approved items *(see Banned Objects and Appliances)*.
- Street signs, cones, barricades, etc. that have been illegally acquired are prohibited.
- Residence hall rooms must be returned to their original condition upon check-out, including removal of adhesive tape, cleaning, and furniture arrangement.

Residents who violate these policies are subject to disciplinary action and charges.

## Asbestos and Lead-Based Paint

Some areas in the residence halls have asbestos-containing materials (ACM) and lead-based paint present. Portions of Jester Center and Whitis Court have a low percentage of ACM present in the ceiling texture. Most of the other residence halls have intact ACM associated with floor tile and pipe insulation. Lead-based paint may be present in doorframes, window frames or other painted surfaces. Students should not disturb sprayed-on ceiling materials, drill holes in walls or the ceiling, or otherwise disturb room finishes and pipe insulation. If cracked or deteriorated materials are present in a room, fill out a Maintenance Request Form. It will be determined if asbestos or lead-based paint is present and, if so, what measures are needed to correct the situation. ACM and lead-based paint are managed by the University's Office of Environmental Health and Safety (EHS) Operation and Maintenance Program.

## Bathrooms

### Community Bathrooms

It is the responsibility of each resident to help keep the community bathrooms clean and usable for other residents between scheduled cleaning by Building Services Staff. Toilet paper is provided in community bathrooms. Community bathrooms are designated as women's or men's bathrooms and are for use by people who are cisgender or transgender, and people who are gender nonconforming. Community baths with locking devices should remain locked and are accessible by entering your bathroom code. To ensure the safety and privacy of your floor community, do not share the bathroom code.

### Gender Inclusive Bathrooms

There are gender inclusive bathrooms in some of our residence halls. You can see a list of gender inclusive bathrooms on the UT campus and find the one closest to you with the InclusiveU app or on this website: http://diversity.utexas.edu/genderandsexuality/gender-inclusive-restrooms/.

### Connecting/Private Bathrooms

It is the responsibility of each resident in the room or suite to clean and maintain the connecting or private bathroom facility. Toilet paper is not provided in connecting or private bathrooms. Cleaning of private or connecting bathrooms is subject to an additional fee of $120 (divided by the number of residents using the bathroom). Toilet tissue and other convenience items are available for purchase at the convenience stores located in San Jacinto Hall, Jester, and Kinsolving.

## Bedbugs

Immediately report any suspected bedbugs to your Resident Assistant or your front desk. UHD Building Services personnel will thoroughly examine the suspected area, determine whether bedbugs are present, and decide what actions should be taken to properly address the situation. For more detailed information, see http://housing.utexas.edu/sites/default/files/bedbug_fact_sheet.pdf.

## Bicycle Storage

Bicycle racks are located near each residence hall. Lock bicycles on the racks provided. Bicycles may not be chained to sign posts, railings or any other University property. Upon mutual consent of roommates, bicycles may be stored in residence hall rooms provided the exit from the room is not obstructed. Bicycle hooks or other physical alterations to the ceilings, walls, closets or furniture may not be made to accommodate bicycle storage and if found within the room, will be removed at the resident's expense.

Freestanding bicycle-storage units available from retailers are permissible. Bicycle storage in hallways, lounges, stairwells or other public space is not permitted. Bicycles secured in public areas will be removed by University staff and impounded by the UTPD. The removal charge is $50.

Pedals and other protruding parts may scratch walls and cause personal injury to others. When transporting your bicycle indoors, you should avoid causing congestion or tracking dirt into the hall. Bicycles may not be ridden indoors. Violations of the Bicycle Storage Policy may result in disciplinary action and loss of privilege to store your bicycle indoors. The owner of the bicycle will be responsible for all expenses and fines associated with facilities damage and/or removal of the bicycle *(see also Sports in the Halls)*.

## Cable TV

University Housing and Dining has partnered with Apogee to provide a cable TV package designed exclusively for UT Austin.  Some of the features include:

- HD channels
- HD quality at 1080i
- Premium channels (HBO and Cinemax)
- Comprehensive line-up
- 24/7 premium support

The entire channel lineup is available on the University Housing and Dining website.

### How to Get Video:

- In order to receive video, you will need to supply a cable jumper to connect your television to the wall jack. Our cable provider recommends a cable jumper with the following specifications: Size RG-59 or RG-6; Impedance: 75 OHMs; Shielding: Foil with 67 percent braid. Push-on connectors are not recommended.
- You will also need a TV with a built-in QAM tuner or you will need to purchase a QAM tuner to interface between the wall outlet and your television.  QAM tuners can be purchased for approximately $30 online or in a local store.  Apogee offers a QAM tuner for $100 and will deliver and install it. (This tuner can be purchased through Apogee with a credit card.)

Please refer to the following procedure to receive your video signal:

- Screw the coax cable directly into the "Cable In"port on the back of your TV.
- In the Menu or Set-Up options on the TV, verify that the TV is set to CABLE or CATV.
- Run a channel scan. (This can also be done if you are missing channels.)  This setting is normally located in the menu or set-up option.  However, it varies depending on the TV make and mode**l.**
- Ensure that all cables are connected securely.

Need help? Apogee is available 24/7/365.
- Call 844-283-6498.
- Chat MyCampusVideo.com/support.
- Text "MyVideo" to 84700.

## Stream 2/IPTV

Stream2 Internet Protocol Television (IPTV) is included in the housing rate and is available to all on-campus residents. Stream2 enables you to watch entertainment programming on several of your devices. With DVR capabilities, it allows you to record all of your favorite programming and watch at your convenience. This feature includes a 24-hour window of replayable content plus 20 hours of storage per user.

You can register for an account with your UT email address at www.MyCampusVideo.com. Once your account has been created, download the Stream2 app to your devices. Go to http://help.mystream2.com for download, installation, and set-up instructions. Use your MyCampusVideo username and password to login to the app once the app has successfully downloaded to your device. If you need any help connecting your devices, a support representative is available 24 hours a day to assist you.

- Call Apogee support at (844)283-6498.
- Text "MyStream2" to 84700.
- Chat live at www.MyCampusVideo.com.
- FAQ's – Go to http://help.mystream2.com.

## Information Channel

University Housing and Dining Information Channel (Channel 15.2) is broadcast throughout the University Residence Halls 24 hours per day. Tune into the Information Channel to receive residence hall program information, dining menus, campus events, and other important information.

# Computer Labs

## Computer Lab Assignments

| Residence Hall | Labs to Use |
| --- | --- |
| Andrews | Andrews, Kinsolving |
| Blanton | Andrews, Kinsolving |
| Brackenridge | San Jacinto, Creekside, Jester West |
| Carothers | Andrews, Kinsolving |
| Creekside | San Jacinto, Creekside, Jester West |
| Duren | Andrews, Kinsolving |
| Jester East | Jester West, San Jacinto, Creekside |
| Jester West | Jester West, San Jacinto, Creekside |
| Kinsolving | Andrews, Kinsolving |
| Littlefield | Andrews, Kinsolving |
| Moore-Hill | San Jacinto, Jester West |
| Prather | San Jacinto, Jester West |
| Roberts | San Jacinto, Jester West |
| San Jacinto | San Jacinto, Jester West |
| Whitis Court | Andrews, Kinsolving |

The University Residence Hall Computer Labs are an environment which strives to provide a quiet setting that supports the academic programs of the University. By entering the lab, users agree to follow normal standards of ethics and polite conduct in their use of shared computing resources. Priority is given for academic-related purposes.

Computer labs are located in Kinsolving, Andrews, Creekside, San Jacinto, and Jester West. All equipment and software are provided free of charge to residents. Each lab has computers and a multipurpose laser printer copying functionality. Laser color printers are located in the Kinsolving, Jester West, and San Jacinto computer labs. Microsoft Office suite, graphics, desktop publishing, C++ and Java compilers, and internet access software are provided.

Computer labs are not staffed. You will need your University ID to access all computer labs. You must have Bevo Bucks to print in the UHD computer labs.

## Computer Lab Policies

1. Most of the labs require patrons to swipe into the lab using their University ID Card. Users agree to abide by University and UHD policies regarding network usage.
2. A USB flash drive or web storage is required to save your work or downloads. Users may not permanently save or download files onto the hard drives. Files will be erased upon logout.
3. All users are subject to the University of Texas IT Policies posted at http://www.utexas.edu/its/policies.
4. Users may not make copies of lab software. Violators are subject to permanent expulsion from University Residence Hall Computer Labs and disciplinary action.
5. The lab can only be open during hours previously approved by UHD.
6. Only residents of the University Residence Halls are allowed in the lab. Non-residents may not enter the labs for any reason.
7. Respect others' privacy.  Don't access their files and email, or send harassing and objectionable messages.
8. Network access may not be used for monetary gain or for business activities of groups or organizations.
9. Follow the same standards of conduct on the network as you would in the residence halls.
10. Don't modify or tamper with network services, wiring, or lab ports.
11. Don't access materials that may be distracting or offensive to other users.
12. Don't remove any lab materials.
13. Be courteous to other users. Always use headphones when listening to music or sound files.
14. Tobacco use, eating, and drinking are not permitted in the labs.

## Computer Lab Hours

The Residence Halls Computer Labs are open 24 hours a day, seven days a week to provide greater convenience and service to our users. To enter a computer lab, please swipe your UT ID in the card reader. The labs may be closed or operate on reduced hours during university recognized holidays (e.g., Spring Break). Our labs are monitored 24 hours a day, so please be respectful of our rules and policies.

## Computer Resources

The university offers a wide range of computer services to students, from email accounts to internet connectivity. These computer resources exist to complement the educational mission of the university and must be used appropriately. You are responsible for any network activity that takes place from the ports located in your room. Each resident has the obligation to ensure that he or she uses university computer resources (including university equipment, networks, user accounts, and Ethernet connections) in accordance with university policy and applicable laws. Many of these policies can be found on the ITS website.

It is a violation of university policy and federal law to participate in copyright infringement. Copyrighted materials include, but are not limited to, computer software, audio and video recordings, photographs, and written material. Violators are subject to university discipline, including suspension and legal liability.

## Door Access

All residence halls are equipped with card reader access. To enter the residence halls, you must have a University ID card programmed for your specific card reader access. These may be obtained at the University ID Center at 512-471-4334 and programmed by UHD for card reader access. You can increase your safety by using the residence hall access system properly. This includes not allowing others to gain access through a door you have opened, securing your card, and not propping doors open.

**After midnight, residents must enter through the following doors or by using an ID card. It is a policy violation to circumvent monitored access points to residence halls.**

| | |
|---|---|
| Andrews: | use Carothers lobby door |
| Brackenridge: | use Roberts north or south lobby door |
| Blanton: | use Carothers lobby door |
| Carothers: | use Carothers lobby door |
| Creekside: | front and rear door |
| Duren: | front door |
| Jester East: | main and south lobby of Jester East ** |
| Jester West: | main and south lobby of Jester West ** |
| Kinsolving: | front door |
| Littlefield: | use Carothers or Littlefield lobby door* |
| Moore-Hill: | front door |
| Prather: | front door |
| Roberts: | use Roberts north or south lobby door |
| San Jacinto: | front door |
| Whitis Court: | front door |

**\*Littlefield door accessible until 4 a.m.**
**\*\* Jester East and Jester West south lobby doors accessible until 4 a.m.**

## Drain Cleaners

Drain cleaners should not be used to unstop a clogged drain, as they can cause additional damage. If you have a drain problem, a plumber needs to make necessary repairs. Fill out a Maintenance Request Form to report slow drainage. Report an overflowing drain directly to the area desk.

## Elevator Safety

- If someone in the elevator with you makes you feel uneasy, get off at the next floor.
- If you are accosted in an elevator, hit the alarm button and as many floor buttons as possible.
- Report incidents to your RA and UTPD immediately.
- If you are stuck in the elevator, use the phone inside the elevator to contact the 24 hour desk and notify them of the elevator problem.
  - o Inform the desk staff member which elevator is stuck. The elevator number is located on the inside panel of the elevator.
  - o Inform the desk staff member on which floor the elevator is stuck, and how many people are inside the elevator.
  - o Desk staff will notify emergency personnel of the problem.
  - o Wait for emergency staff assistance. Remain calm. Do not attempt to pry the elevator doors open.

## Furniture

Common areas are furnished with tables and lounge furniture for your comfort and enjoyment. Televisions are also provided in selected areas for your use. Furniture or equipment owned by the University may not be moved around in the public areas or removed from the public areas. Furniture that is provided in student rooms must remain in the room and cannot be moved from one student room to another or removed from the residence hall. You are subject to disciplinary action as well as a $50 charge for the unauthorized movement of furnishings or equipment belonging to the residence halls, including dismantling of University-owned furniture, in addition to any necessary repair or replacement costs of moved furniture.

Residents may bunk or loft their beds if they have furniture designed to allow it. Pins for bunking or lofting are available at the front desk. Facilities staff can perform this work for a standard charge by submitting a Maintenance Request online. The beds must be returned to their original position at the end of the semester unless they were bunked or lofted prior to resident occupancy. Failure to return the bed to the original position will result in a standard charge. Only University-provided beds designed for bunking or lofting may be arranged in such positions. A standard charge of $50 will be assessed for staff to bunk or loft a bed; to return a bed to its original position; or to otherwise move a bed.

Safety rails for bunked or lofted beds are included in each room with furniture that can be bunked or lofted.

Larger beds may be available for residents who have documented proof that they meet the required criteria or have a documented medical need. Large beds are on a first come/first served basis and are only available in certain buildings/rooms due to the size of the student room or the type of construction and may require relocation of the resident to a building/room that will accommodate a larger bed. Documented proof of height and weight is verified by information on the resident's driver's license or state issued identification card or documentation from a licensed physician. The Standard Bed is 39" x

80" (3'3" x 6'8"). Beds may be smaller in certain buildings due to the size of the student room or type of construction.

Students may not construct their own lofts or beds or arrange room furnishings using residence hall furniture or structure or other construction materials (e.g., cinder blocks, wood, etc.) in such a way that furniture is supported by other residence hall furniture or residence hall structure. Water-filled or home-made furniture is not permitted.

Residents who damage or use University property without authorization are subject to disciplinary action.

## Internet (Res Net)

Resnet (Residence Hall Network) is an internet network that brings both wired Ethernet and encrypted wireless connectivity to residence halls.  This service connects to the campus network, as well as to the internet. Resnet service is supported by subscriber fees that cover the cost of internet bandwidth, operating the network and the installation of wireless connectivity in the residence halls.

### Features
- Wired and wireless access to the campus network and the internet from your dorm room
- Four service plans, tiered to match how you use the internet

### Cost
The cost of your Resnet subscription depends on which tier of service you choose and when you subscribe.

Tier 1 Resnet subscriptions are included in your housing rate. If you need more bandwidth, you can upgrade your subscription after you check into your room.  For more information on subscriptions, please refer to the Resnet Subscription Options page.

## Laundry

Laundry services are available to residents and are included in the housing rate.  Washers and dryers, as well as ironing boards, are provided in each residence hall.  You will need to supply your own iron. The washers and dryers are designed to save water and energy.  Our front-load washers use 11.7 gallons of water per cycle and spin at up to 1200 rpm's, which helps reduce drying time.

For best results, please follow these guidelines:

- Check the labels on clothing and follow the directions for proper cleaning.
- Follow the directions on the front of the machines and the signs in the laundry rooms for proper operation. Front-load washers use less detergent than top-load washers.
- Use a low-sudsing detergent specifically designed for High Efficiency front-load washers. Using too much detergent causes excess suds and may result in the detergent not completely rinsing out of clothing.
- We recommend using ¼ cup of liquid HIGH-EFFCIENCY (HE) detergent.  Add the liquid detergent in the dispenser compartment.

- Detergent PODS may also be used. However, PODS may not dissolve completely in our low water use washers.  For best results, PODS must be placed directly into the tub <u>prior</u> to placing clothing.  DO NOT USE THE DISPENSER COMPARTMENT.
- The use of powder detergent is <u>not recommended</u>, as it does not perform well in low water use washers.  If you are using powder detergent, it must be placed directly into the tub <u>prior</u> to placing clothing.  DO NOT USE THE DISPENSER COMPARTMENT.
- The lint trap inside the dryer must be cleaned before each use. Make sure the lint trap located behind the door of each machine is clean before use. A clogged lint trap will not allow the dryer to operate properly. Please do not remove the actual lint trap from the dryer.

Notify your area desk or complete a Maintenance Request Form if machines are not operating properly. The desk can report malfunctions and assist you in reporting damaged belongings.

## Maintenance Request

To report non-emergency repairs, submit a Maintenance Request online. You may also fill out a Maintenance Request Form at residence hall desks or area offices. Emergencies should be reported directly to the residence hall desk. Every effort will be made to expedite the work. Since the residence halls are self-supporting, funds are available only for routine maintenance and replacement. Therefore, if you are responsible for damages to the building, furniture, or equipment, damage charges will be assessed to you.

## Recycling

A single-stream recycling program is provided. Recycling bins are located in each student room. Please deposit your recyclables in the large collection containers located in restrooms and trash rooms. Please follow the instructional signs on the collection bins for sorting and collection instructions. Please do not contaminate the recycling stream by miss-sorting your trash. All food and drink containers must be empty and clean. Pizza boxes cannot be recycled.

In an effort to reduce the environmental impact as well as help UT Austin reach its goal of zero-waste (90% of waste diverted from the landfill) by the year 2020, recycling bins have been provided in each student room. Please deposit your recyclables in the large collection containers in the restrooms and trash rooms. Follow the instructional signage on or near the collection bins. It is important to correctly sort non-recyclable waste from the recycling bins.

The following items are NOT recyclable and should be thrown away:

- Film plastic
- Pizza boxes
- Styrofoam
- Food waste

The following items ARE recyclable:

- Cardboard (break down boxes)
- Paper
- Aluminum cans
- Glass bottles
- Hard plastics

Some residence halls also provide electronic waste recycling for old cell phones, iPods, batteries, cords, etc. Ask your front desk if your hall participates in the electronic waste recycling program. If not, you are welcome to bring your electronic waste to one of the participating halls.

## Refrigerator / MicroFridge

Only MicroFridge® units provided by UHD are permitted. MicroFridges® must remain on the floor at all times and be plugged directly into a wall outlet (not into a power strip).

Do not detach the microwave unit from the refrigerator as this overrides the power coordination function of the MicroFridge® unit. A $30 fee will be assessed to reattach the units.

The microwave oven is equipped with patent-pending, built-in 1st Defense™ Smoke Sensor to automatically shut off the oven before excessive smoke can occur. Should the oven shut off due to excessive smoke, the display will show "Err1" and the oven will beep three times.

## Room Painting

Residents may not paint their rooms. Murals, wallpaper, and contact paper may not be placed on the walls. Residents who violate these policies are subject to disciplinary action.

## Sharps Containers

The proper handling and disposal of medical waste is essential to the safety of those living and working in our residence halls. UHD encourages residents to separate sharps from other trash and dispose of them in designated areas.  Items for disposal in these sharps containers include loose razor blades, needles (hypodermic, sewing, etc.), and blood test lancets.  These items should not be placed in the regular trash.  Designated areas for sharps disposal are located at the following locations:

- Jester West Desk
- Jester East Desk
- Prather Desk
- Moore-Hill Desk
- San Jacinto Desk
- Kinsolving Desk
- Almetris Duren Desk
- Carothers Desk
- Creekside Desk

Please look for the red box with the biohazard label mounted on the wall.

## Vending Machines

Vending machines for soft drinks, candy, and other snacks are provided in each hall. Inoperative or empty machines should be reported online by submitting a Vending Machine Service Request. Jester residents can report losses to the East or West desks. Waller Creek residents can report losses to the Roberts, Moore-Hill, or San Jacinto Desk. Whitis Residence Halls residents can report losses to the Duren, Kinsolving, or Quad Desk. You may use your Bevo Bucks in many vending machines.

It is a violation of university policy and state law to tamper with or vandalize a vending machine. Theft of product or vandalism will be investigated through the University Police Department.

## Water Conservation

As part of UHD's overall energy reduction effort, low flow showerheads and faucet aerators have been placed on fixtures in all bathrooms to conserve water. You should not tamper with or remove showerheads or faucet aerators. Staff will check for UHD showerheads and faucet aerators during Fire Life and Safety Inspections.

Residents will be charged to replace or reinstall these in private or connecting bathrooms. If the shower head and/or faucet aerator provided by UHD is removed, replaced or missing, the resident is given 48 hours to reinstall the UHD provided device.  If the device is not reinstalled within 48 hours, UHD staff will replace at the resident's expense.  Replacement cost of the showerhead is $35 and replacement cost of the faucet aerator is $20.

Community bathrooms in select halls are equipped with dual-flush toilet valves. These are intended to reduce the amount of water required to flush liquid waste. Instructional signage is included at each valve.

## Windows and Screens

Window screens may not be removed. Removal and replacement of screens is often dangerous, and a charge will be assessed for reinstallation or replacement. Throwing things out of windows or using your window for an entry or exit from your room will result in referral through the disciplinary process with possible removal from the residence halls. Opening windows is a safety and security risk. For reasons of safety and security, windows in buildings are not to be opened unless authorized. A $25 charge will be assessed for windows opened in violation of this policy. Residents found in violation of the window and screens policy are subject to disciplinary action.

Any malfunction of the air conditioning system should be reported immediately to your residence hall office. Adjustments in the air conditioning systems are made daily on Monday through Friday.

# FIRE AND LIFE SAFETY

Fire and life safety is of paramount importance within the residence halls. Please be aware of your actions and observe fire and life safety policies. To enhance fire and life safety within the residence halls, certain appliances and items are prohibited. If you are not sure about an item, please ask your Resident Assistant, Complex Coordinator, or send your question to UHD (housing@austin.utexas.edu). Your questions will be presented to the University Fire Marshal's office for a response.

## Fire Safety Awareness

Tampering with fire and life safety equipment is a violation of state law and University regulations and will result in University disciplinary action, including fines and removal from the hall and/or possible legal action. Tampering is defined as any action that may damage or interfere with the normal functioning of the fire and life safety system. Tampering includes, but is not limited to, disconnecting,

intentionally damaging, covering, or vandalizing in any way smoke alarms, fire sprinklers, alarm horns, pull stations, fire extinguishers, door closers, or exit signs. Covering or hanging anything on fire sprinkler heads or pipes is NOT permitted at any time. No storage less than 18 inches from light fixture or ceiling is permitted.

Any malfunction of fire safety equipment, including room smoke alarms or fire sprinkler equipment, should be immediately reported to your 24-hour desk. University Housing and Dining is committed to the prevention of tampering with fire safety equipment and will work with staff, students, and University Police to identify responsible individuals. All students with information that can assist in the investigation are encouraged to contact a residence hall staff member or the University Police. If and when necessary, a reward may be offered to the person(s) with information that leads to the identification of the responsible person(s). Reward information will be posted in the residence hall.

Residents should also be aware that some objects in the room have the potential to be fire hazards when handled improperly. This includes flammable liquids such as hairspray and paint, as well as common appliances such as popcorn poppers, electric blankets, irons, hair dryers, etc. All such appliances should be unplugged when not in use.

### Residence Hall Fire Alarm System
Residents and their guests must evacuate the building and comply with staff instructions any time a fire alarm is activated. By order of the University Fire Marshal and in accordance with NFPA 101 Life Safety Code, fire drills will be conducted on a regular basis throughout the school year by Residence Life staff and Fire Prevention Services. Failure to evacuate will result in disciplinary action, including a fine. This includes fire alarms in dining centers. Residents and guests will be permitted to re-enter the dining center at no additional charge for up to 10 minutes following the reopening of the dining facility.

### Exit Strategy
Have an Exit Strategy! A building map showing fire exits is located on the inside of your room door. Review this plan and walk down the hallway and find the closest fire exits and fire safety equipment. It is a violation to cover up the instructions and evacuation map with any item.

Each semester, including both summer school sessions, every open and occupied building conducts planned, unannounced fire drills.  It is imperative that residents do not disregard the fire alarm, since you cannot distinguish a drill from an actual fire. If the fire alarm and strobe lights activate in your area, exit the building immediately and report to the evacuation area listed for your building *(see Evacuation Route)*.

### Fire Evacuation
Upon hearing the fire alarm and/or evacuation instructions over the intercom, students should put on appropriate clothing for outside weather conditions, turn off room lights, and lock the room door. If smoke is visible, students should take a dampened towel to cover their mouth and nose. Calmly and quietly follow the nearest illuminated exit sign to the building exit. Do not use elevators for evacuation. Proceed to a safe zone. Watch out for prevailing winds to avoid smoke and burning embers that may exist. Stay off the streets to allow easy access to the building by emergency personnel. Failure to evacuate could result in serious injury. Residents who fail to evacuate during an emergency are subject to disciplinary action.

Always have a secondary exit identified in the event that your primary means of egress is blocked by hazardous conditions. For more information, please see the Building Evacuation section.

## Fire Safety Equipment

### *Use of Fire Extinguishers*

Fire extinguishers are located in select areas in the residence halls. Do not place yourself in danger trying to put out a fire.  If you must use a fire extinguisher, direct its stream toward the base of the fire. To operate a fire extinguisher, remember the word "PASS":

- **P**ull the pin. Hold the extinguisher with the nozzle pointing away from you, and release the locking mechanism.
- **A**im low. Point the extinguisher at the base of the fire.
- **S**queeze the lever slowly and evenly.
- **S**weep the nozzle from side to side.

For more information on fire extinguishers, see Fire Extinguishers.

### *Smoke Alarms*

Smoke alarms are located in each resident's room. Do not cover or hang items from them. Smoke alarm malfunctions should be reported immediately. If your smoke alarm emits a short beep in a regularly timed pattern, your smoke alarm needs to be serviced. Submit a Maintenance Request Form online or report the problem to your 24-hour desk to have the unit serviced.

### *Fire Alarm Pull Stations*

Upon seeing smoke or flames, go to the nearest fire alarm pull station, activate the alarm, and evacuate the building. The activation of a fire alarm pull station when no emergency exists is a violation of state law and University regulations. The initiation of a false alarm will result in University disciplinary action, including fines and removal from the hall and/or possible legal action.

Tex. Penal Code Section 42.06 provides that "a person commits an offense if he knowingly initiates, communicates or circulates a report of a present, past, or future bombing, fire, offense, or other emergency that he knows is false or baseless." A false report made to a college or university is a state jail felony.

- (a) A person commits an offense if he knowingly initiates, communicates or circulates a report of a present, past, or future bombing, fire, offense, or other emergency that he knows is false or baseless and that would ordinarily:
  - (1) cause action by an official or volunteer agency organized to deal with emergencies;
  - (2) place a person in fear of imminent serious bodily injury; or
  - (3) prevent or interrupt the occupation of a building, room, place of assembly, place to which the public has access, or aircraft, automobile, or other mode of conveyance.
- (b) An offense under this section is a Class A misdemeanor unless the false report is of an emergency involving a public or private institution of higher education or involving a public primary or secondary school, public communications, public transportation, public water, gas, or power supply or other public service, in which event the offense is a state jail felony.

*Fire Sprinkler System*

Fire Sprinkler Systems are located in each resident's room. If a fire sprinkler system appears to be tampered with or broken this should be reported immediately. To ensure proper functioning of the sprinkler system, please observe the following:

- Items should not be hung or attached to the sprinkler head or piping.
- Sprinkler heads should never be obstructed or tampered with in any manner.
- Items should not be hung or stored within 18 inches of the sprinkler head.
- Balls, Frisbees and other items that can damage the sprinkler head are not to be thrown in rooms, hallways or other public areas.

## Fire and Life Safety Inspections

To ensure safety policies are followed, UHD conducts regular fire and life safety inspections of residence hall rooms. Room inspections are conducted by Residence Life staff, Building Service personnel, or the University Fire Marshal. Inspections focus on the following:

- Prohibited items
- Banned objects and appliances
- Tampering with fire equipment
- Mold, mildew, trash and debris
- More than 20% of wall space covered with posters or other flammable materials

Residents found to be in violation of fire and life safety policies during routine inspections or at other times are subject to disciplinary action, including removal from halls, fines, and possible legal action. Residents who correct violations after a first violation, and before a follow-up inspection, will not receive a fine if they review educational fire and life policy and safety information on the UHD website and take the Residence Hall Fire and Life Safety Quiz on the reviewed material. This option is not available in cases of tampering or vandalism to fire safety equipment, arson, setting off a false alarm, or discharging of fireworks (including poppers), explosives, or weapons. Subsequent violations of policies beyond the first violation, or failure to correct violations before the follow-up inspection, will result in the resident being referred to the Complex Coordinator for disciplinary action, including but not limited to fines or possible removal from the hall.

## Fire and Life Safety Violations

Tampering with fire life safety equipment is considered a Class A misdemeanor subject to fines and imprisonment. At a minimum, students found responsible for tampering with fire and life safety equipment or students found in violation of fire and life safety policies are subject to the penalties listed in the table below. This includes legal action as well as disciplinary action by the University.

Residents found to be in violation of fire and life safety policies during routine inspections or at other times are subject to disciplinary action, including removal from halls, fines, and possible legal action. Residents who correct violations after a first violation, and before a follow-up inspection, will not receive a fine if they review educational fire and life policy and safety information on the UHD website and take the Residence Hall Fire and Life Safety Quiz on the reviewed material. This option is not available in cases of tampering or vandalism to fire safety equipment, arson, setting off a false alarm, or discharging of fireworks (including poppers), or explosives. Subsequent violations of policies beyond the first violation or failure to correct violations before the follow-up inspection, will result in the resident

being referred to the Complex Coordinator for disciplinary action, including but not limited to fines or possible removal from the hall.

| VIOLATION  (This list does not include damage costs, which will be additional) | PENALTY |
|---|---|
| **Setting off a false alarm** | Minimum of $1,000 |
| **Discharging fireworks, explosives, weapons** or other devices that could inflict harm, damage physical property, and/or result in disturbance | $500 |
| **Obstruction of fire sprinkler system.** Includes hanging items from sprinkler head or obstructing proper operation of sprinkler system. Examples include placing or storing items within 18 inches of sprinkler head (including sprinkler heads in closet), and covering or hanging items from sprinkler | $100 plus damage costs |
| **Hanging from or placing items on top of soffit** (sprinkler pipe covering) | $25 |
| **Tampering with fire safety and sprinkler equipment** (including but not limited to tampering with smoke alarms, sprinkler system valves, fire extinguishers, fire hoses, alarm horns, fire doors, door closers, and exit- and safety-related signage, and activating sprinkler heads). | $100 plus damage costs |
| **Open flame** <br> Having an open flame or use of open flame devices within the residence hall or within immediate surroundings outside any residence hall (except outdoor smoking and grilling). | Minimum of $100 plus damage costs |
| **Failure to evacuate during a fire alarm** | $50 |
| **Possession of banned objects** including prohibited appliances, candles, incense, electrical extensions, explosives, fireworks (including poppers), weapons, halogen lamps, neon lights, and other prohibited lighting *(see Lighting)*. Toasters and toaster ovens, which are permitted for professional live-in staff, **are prohibited for resident use.** | $50 per item |
| **Smoking indoors** or in other designated no-smoking areas | $50 |
| **Obstructing a route of fire egress** including trash, debris, and other physical barriers to egress from room, hallway, or stairwell | $50 |
| **Covering evacuation diagram or excessive wall coverings** (more than 20% of wall space) | Verbal warning for 1st offense. $25 for each subsequent offense |

### Notice: Senate Bill 1334

Tenant shall not disconnect or intentionally damage a smoke detector or remove the battery from a smoke detector without immediately replacing it with a working battery. Tenant may be subject to damages, civil penalties, and attorneys' fees under Section 92.2611 of the Texas Property Code for not complying with the foregoing notice.

NOTE: State laws, amended in 2001, upgrade the penalty for discharging fireworks and explosives within educational facilities, assemblies and residence hall occupancies from a misdemeanor to a state jail

felony offense. Any student found discharging fireworks or explosives is subject to university disciplinary action, fines, and criminal prosecution (including jail time).

## Appliances

Most electrical appliances will place strain on the wiring system which creates a fire hazard. All appliances used in residence halls must be UL-listed and should be properly maintained by the student. By order of the University Fire Marshal, the use of any appliance with open heating coils is prohibited. Students found in violation of policy will be directed to immediately remove prohibited items and may be subject to disciplinary action.

### Common Appliances and Objects Approved for the Residence Hall

Blenders
Coffee grinders
Coffee pots (12 cups and under)
Electric blankets and heating pads
Electric can openers
Food dehydrators
Hot pots
Juicers
Lava lamps
Clothes irons and clothes steamers with auto shut-off feature
Hot air popcorn popper
Battery operated air freshener

*Note: these appliances must be UL-listed.*

## Banned Objects and Appliances

The following objects and appliances are banned under fire and life safety regulations as determined by the University Fire Marshal and the University Housing and Dining staff. The items are determined to be a threat to the safety of the resident or the residential community considering the close living quarters. The objects and appliances listed use excessive energy, are a risk to personal safety, and/or are a potential fire hazard. Residents found in possession of banned objects or appliances must remove the item within 24 hours and are subject to disciplinary action or fines.

| | |
|---|---|
| 3D printers | Electrical appliances, equipment, or other devices that are not UL-listed |
| Extension cords without a built-in circuit breaker | Excessive amounts of paper on door or wall (larger than two 8" x 11" sheets) |
| Decorative lighting *(see Lighting)*<br>• Black light bulbs<br>• Glow lights<br>• Halogen lamps<br>• Holiday lights<br>• Incandescent bulbs<br>• Lanterns with bulbs<br>• Neon lights<br>• Paper lamp shades<br>• Rope/string/strip lights (including LED)<br>• Torchiere lamps<br><br>Unauthorized furniture or appliances<br>• Lofted furniture not supplied by UHD<br>• Homemade furniture<br>• Microwaves or Refrigerators (other than those provided by UHD)<br>• University furniture not assigned<br>• Water-filled furniture | Any appliances with open heating element/coils<br>• Bread makers<br>• Broilers<br>• Camp stoves<br>• Coffee/drink warmers<br>• Convection ovens<br>• Crock pots<br>• Deep fryers<br>• Egg cookers<br>• Electric sandwich makers/presses<br>• Electric skillets, griddles, or waffle makers<br>• Electric woks<br>• Induction cooking appliances<br>• Hamburger cookers<br>• Hot cutters<br>• Hot oil popcorn poppers<br>• Hot plates<br>• Rice cookers<br>• Soldering irons<br>• Space heaters<br>• Toasters / Toaster ovens<br>• Warmers (e.g. wax or potpourri) |
| Plug-in air fresheners | Multi-USB plugs |
| Open flames<br>• Candles with or without burned wicks<br>• Incense | Grills<br>• George foreman style grill<br>• Propane, charcoal, wood-fired |
| Toxic chemicals<br>• Flammable or combustible liquids, solids, gases<br>• Hazardous materials | Explosives, fireworks, or weapons *(see License to Carry Handgun Policy for Residence Halls)*<br>• Ammunition<br>• Facsimiles of weapons<br>• Weapons |

## Decorations

Some decorations ignite easily and allow a fire to spread rapidly. These include holiday decorations, large posters and flammables. Inside resident's rooms no more than 20 % of wall space may be covered with decorations, poster, or other flammable materials. During holiday seasons, door decorating contests or special occasions; doors, lobbies and floor lounges may be decorated. Decorations must be removed within five days of the day areas are decorated. However, lights, candles and other flammable materials may not be used. Due to fire safety hazards, fresh cut Christmas trees are not allowed in the buildings. By order of the University Fire Marshal, holiday lights are prohibited *(see Lighting)*.

## Door Propping

Doors should never be propped. Propping doors is a not allowable by NFPA 101 Life Safety Code, and is prohibited by the University Fire Marshal. This includes room doors, locked doors to hallways, bathroom doors and exterior doors. The lock disabled or the door held open for an unknown person creates a safety risk to all residents. Doing so is a violation of residence hall policy and subject to disciplinary action.

## Electrical Extension Devices

The University Fire Marshal has indicated that uses of some electrical extension devices are approved. Extension cords, power strips and multi-plug devices are acceptable only if they are Underwriter's Laboratory (UL)-listed and have a built-in circuit breaker. Extension cords, power strips, and multi-plug devices without circuit breakers are prohibited.

**Approved electrical extension cords, power strips, and multi-plug devices must:**

- Be UL-listed with a built-in circuit breaker (note: these will usually have a red or green indicator light)
- Be constructed from heavy-duty materials, consisting 12-, 14- or 16-gauge wire.
- Have a three-wire grounded plug.
- Be rated for a maximum of 15 amps and 1875 watts.
- Be designed for indoor use only – extension cords designed for outdoor use are prohibited

**Other approved electrical extensions:**

- **Universal or Uninterrupted Power Supply Device (UPS).** A UPS protects your computer from power surges and failures and allows you to "run" the attached device safely during these times.

No other electrical extension devices are allowed. All extension cords, power strips and multi-plug devices must be plugged directly into a wall outlet. Plugging a device into another device or "daisy chaining," is not allowed. Extension cords, power strips, and multi-plug devices are limited to one per wall outlet.

**NOTE:** Due to limited electrical outlets in each room, residents of Brackenridge, Prather, Roberts and Creekside may plug a power strip into both receptacles in the wall outlet.

Use of unauthorized extension devices presents a fire hazard. Students found in possession of unauthorized electrical devices will be directed to immediately remove the item and will be subject to disciplinary action.

## Explosives, Fireworks, and Weapons

Fireworks, chemicals, lighter fluid, gasoline, other explosives and flammables, and any weapons that could inflict bodily harm or result in disturbances of the peace are prohibited in the residence halls and on the university campus, with the exception of handguns carried by holders of a license to carry. For information on rules regarding concealed carry of handguns by license holders in residence halls and elsewhere on campus, see Handbook of Operating Procedures 8-1060 (https://www.policies.utexas.edu/policies/campus-concealed-carry). Facsimiles, including water guns and air guns, are also prohibited on campus. The prohibition applies to all persons, students, faculty, staff, and campus visitors, and it applies to all areas of the university. Texas law states that illegal possession of firearms, illegal knives, clubs or prohibited weapons on a college campus is a third-degree felony. Residents or any student found in possession of prohibited weapons, or of explosive or flammable materials, are subject to disciplinary action, removal from the residence hall and/or arrest.

Controlled substances and/or the storage or use of chemicals that generate EPA regulated classified wastes (this includes photography development) are prohibited in the residence halls.

Fireworks (pyrotechnics) of any kind are not permitted in the residence halls or on the UT campus under any circumstances. Fireworks can be construed to include, but is not limited to, pyrotechnic devices that make loud noises and/or exude some kind of spark.

## License to Carry Handgun Policy for Residence Halls

For more information on the Texas license to carry a handgun, you can visit http://campuscarry.utexas.edu.

## Lighting

Residents are required to use compact fluorescent bulbs (CFL's) or LED lights instead of incandescent bulbs for study lamps and other lighting that the student brings for their residence hall room. During its lifetime, a fluorescent bulb requires much less energy to produce the same amount of light. While this is good for the environment, the policy also helps to reduce our electricity bill. The switch to fluorescent bulbs was endorsed by the 2007 – 2008 University Residence Hall Association. CFL disposal bins are available at each 24-hour residence hall desk for proper disposal of spent and/or broken bulbs.

Halogen lamps are not permitted in the residence halls. Torchiere pole lamps are not permitted. Paper lanterns with bulbs and holiday lights are not permitted. Placing cloth or paper over lighting is not permitted. Draperies, clothing, or other cloth materials are not permitted to be placed on or near electrical lighting devices. The heat from the bulbs can emit enough radiant heat to start a fire. Rope lights are not allowed in the residence halls because they represent a form of sub-standard lighting. Residents found in possession of prohibited lighting are subject to disciplinary action and fines.

Any type of lamp or electrical device must have a "UL" or "ULC" tag on the electrical cord or the device itself. The Underwriter's Laboratory or Underwriter's Laboratory Canada places this tag or stamp on the device to indicate that safety testing of the device has been performed. Make sure that the stamp or tag is on the device and that you have accompanying manufacturer information on hand.

## Open Flames (i.e. Candles and Incense)

By order of the University Fire Marshal, candles, incense or other open-flame devices may not be burned in student rooms. Candles are not permitted in student rooms as decoration. LED battery-operated "candles" are permitted. Students found in violation of policy will be directed to immediately remove prohibited items and may be subject to disciplinary action. This includes, but is not limited to, candles or similar devices (e.g., scented candles, candle warmers, etc.).

## Trash

Accumulations of trash and newspapers, especially in corridors and stairways, are fire hazards. Never dispose of hot or lit items in the trash. Place your garbage in the trash collection area on your floor. Excessive trash and debris could potentially block exits in residential rooms and is considered a fire hazard. Residents found with excess trash and debris may be subject to disciplinary action and fines.

# EMERGENCY INFORMATION

## Emergency Communications

In the event of a residence hall or campus wide emergency, University Housing and Dining and the University will use various methods to communicate with students. In most incidents, emergency communications will provide instruction on Shelter in Place or Emergency Evacuation.

### Emergency Websites

When applicable, the UHD emergency and UT websites will be updated with current information. Check back often for updates.

- UHD Emergency Website
  - In the event of an emergency, information will be posted to the main UHD website: http://housing.utexas.edu/
- UT Emergency Website: www.utexas.edu/emergency/

### Campus Siren and Residence Hall Emergency Communication System

The Siren System tests are scheduled to take place at approximately 11:50 a.m. on the first Wednesday of every month. No action is expected during the monthly test. Additional information about the siren system can be found at Campus Safety and Security's Campus Siren System page.

The campus siren system will activate to inform students that a dangerous situation exists. Verbal instructions will accompany the siren.

Residence Life staff will use the building intercom system as a primary method to communicate to all resident of the hall during an emergency situation, including evacuation and shelter in place.

### Message Board

Area desks will utilize message boards to provide information to students.

### Email

UHD will use email as a secondary means to communicate information to students.

### Information Channel

The Information Channel (channel 10) will be updated with emergency information when applicable.

### Campus Text Service

Students may subscribe to Campus Text Alerts to receive text messages. Please keep all phone numbers up to date.

### UHD Emergency Text Service

Students may subscribe to receive formal UHD messaging. Please keep all phone numbers up to date.

## Building Evacuation

If there is a need to evacuate the building, students will be alerted through either the fire alarm system (for fires), or through the intercom system (for other emergencies requiring evacuation of the area). Every time the fire alarm system and/or intercom system is activated, students must immediately evacuate. The fire alarm system is designed to give priority during an evacuation to residents who face the most imminent risk. This means, in some residence halls, the alarm will activate throughout the entire building. In other residence halls, the alarm will activate by sections. By design, if an emergency is detected, in addition to ringing on a floor, the alarm will sound on the floor above and the floor below. The alarm will also sound in the stairwells to alert residents who may be entering the building. The alarm will sound on successive floors as the need arises; therefore, if the fire spreads, additional alarms would sound in areas to where the fire has spread. If an emergency is detected on the main floor or in an elevator shaft, the entire building will alarm. In the event of an emergency, the fire alarm and intercom system will be used to advise residents of appropriate measures to take.

### Evacuation Procedure

If you are able to evacuate the building safely, take the following steps:

- Put on appropriate clothing for outside weather conditions.
- Turn off room lights and lock the room door.
- If smoke is visible, take a dampened towel to cover your mouth and nose.
- Calmly and quietly follow the nearest illuminated building exit.
- Do not use elevators during the evacuation.
- Proceed to a safe zone once outside the building. Refer to the Resident Manual for the evacuation location of your building.
- Watch out for winds to avoid smoke and burning embers that may exist.
- Stay off the streets to allow easy access to the building by emergency personnel.

<u>Note:</u> Failure to evacuate could result in serious injury. Residents who fail to evacuate during an emergency are subject to disciplinary action.

If you need assistance or are unable to evacuate the building safely, take the following steps:

- Evacuate the building if you are able to do so safely with assistance of another person who is willing to help.
- Seek a safe place, preferably a residential room, a room with an exterior window, or near a stairwell. If in a residential room, remain there. Do not use elevators during a fire alarm.

- Call 911 and inform the dispatcher of your location and that you are unable to exit the building due to an impairment. If you are unable to access or use a telephone, attempt to have someone call 911 on your behalf and provide them with information.
- Provide the dispatcher with your building, floor, and room number. Also, provide the dispatcher with your name, a call-back phone number, and any other information requested.
- Remain near or on the telephone, as long as it is safe to do so.
- Notify the dispatcher if the situation becomes hazardous in any way.

<u>Note:</u> Only trained emergency personnel should physically move persons.

### Evacuation Assistance

Students who may need accommodation or assistance during a building evacuation should contact Housing Occupancy Management Office at 512-232-2895. This information will remain confidential and will only be used for the purpose of emergency assistance during an evacuation.

### Evacuation Route

A map listing building exits is located on the inside of your room door. It is a violation to cover up the instruction and evacuation map with any item. Residence Life Staff will assist with directing occupants to the designated assembly points.

### *Andrews Evacuation Areas*

- If exiting the south side of Andrews, proceed to the area near the Geography Building.
- If exiting the north side of Andrews, proceed to the side of the quad that is away from the fire.
- If exiting through Blanton entrance (east side), proceed across University Ave. to Burdine.

### *Blanton Evacuation Areas*

- If exiting the west side of Blanton, proceed to the side of the quad that is away from the fire.
- If exiting the east side of Blanton, proceed across University Avenue to Burdine.

### *Brackenridge/Roberts Evacuation Areas*

- If exiting on the north side of Brackenridge/Roberts, proceed across 21st Street to Moore-Hill.
- If exiting on the south side of Brackenridge/Roberts, proceed to the Prather side of the courtyard.

### *Carothers Evacuation Areas*

- If exiting the west side of Carothers, proceed across Whitis to the Communications Building.
- If exiting the east side of Carothers, proceed to the side of the quad that is away from the fire.
- If exiting through the first floor of Andrews, exit south and proceed to the area near the Geography Building.

### *Creekside Evacuation Areas*

- If exiting on the west side of Creekside, proceed across the bridge to the volleyball court area.
- If exiting on the east side of Creekside, proceed to the parking lot (garage) area.

### *Duren Evacuation Areas*

- If exiting the North side of Duren, proceed across 27th street to the front lawn of Scottish Rite Dormitory.

- If exiting the courtyard area, proceed either north or east through the emergency gates. If existing through the north gate, proceed across 27th street to the front lawn of Scottish Rite Dormitory. Do not cross Guadalupe Street. If existing through the east gate, proceed across Whitis Avenue to sidewalk in front of the church parking lot and the sidewalk in front of Kinsolving.
- If exiting through the main lobby entrance, proceed across Whitis Avenue to sidewalk in front of the church parking lot and the sidewalk in front of Kinsolving.
- If existing the south (alley) exit, proceed east across Whitis Avenue to the sidewalk in front of the church parking and the sidewalk in front of Kinsolving hall.

### *Jester East and Jester West Evacuation Areas*
- If exiting on the west side of Jester, proceed across Speedway to the lawn by the George Sanchez Education Building (SZB).
- If exiting on the south side of Jester, proceed across Jester Circle Drive and go to Clark Field.
- If exiting the east side of Jester, proceed across Jester Circle Drive and go to the courtyard by Prather.
- If exiting the north side of Jester, proceed across 21st Street to the area in front of Gregory Gym.

### *Kinsolving Evacuation Areas*
- If exiting the south side of Kinsolving, proceed across Dean Keeton to Littlefield.
- If exiting the north side of Kinsolving, proceed to the church parking lot area.
- If exiting the east side of Kinsolving, proceed across University Avenue to the area in front of the Student Services Building.
- If exiting the west side of Kinsolving, proceed across Whitis to the parking lot.

### *Littlefield Evacuation Area*
- If exiting the north side of Littlefield, proceed across Dean Keeton to Kinsolving.
- If exiting the south side of Littlefield, proceed to the side of the quad that is away from the fire.

### *Moore-Hill Evacuation Areas*
- If exiting on the south side of Moore-Hill, proceed across 21st Street to Brackenridge/Roberts.
- If exiting on the north or west side of Moore-Hill, follow pathway between pool area and building around to 21st street. Proceed across 21st street to the San Jacinto Plaza.
- If exiting on the east side of Moore-Hill, follow pathway to 21st street. Proceed across 21st street to the San Jacinto Plaza.

### *Prather Evacuation Areas*
- If exiting on the north side of Prather, proceed to the Brackenridge/ Roberts side of the courtyard.
- If exiting on the west side of Prather, proceed across Jester Circle Drive to the parking lot/garage area.

### *San Jacinto Hall Evacuation Areas*
ADA rooms in San Jacinto Hall are considered safe refuge areas for students who may need assistance during an emergency evacuation. Students should contact the San Jacinto Desk to request assistance

during emergency evacuations. Only students who have made arrangements may use the room as a refuge during an alarm.

- If exiting on the north side of San Jacinto, proceed across 21st Street to the area in front of Moore-Hill.
- If exiting on the west side of San Jacinto (main entrance), proceed across the plaza to the Brackenridge-Roberts courtyard.
- If exiting on the west side of San Jacinto (south tower), proceed across Jester Circle drive to the grassy areas south of Jester.
- If exiting on the east side of San Jacinto, proceed south along the creek to the grassy area of Clark Field.
- If exiting on the south side of San Jacinto, proceed to the grassy area of Clark Field.

### Whitis Court Evacuation Area
- Exit the building and proceed through the courtyard or alley toward Whitis Avenue.
- Proceed across Whitis Avenue to the sidewalk in front of Kinsolving.

## Campus Evacuation

If there is a need to evacuate the campus, students will be alerted through the campus siren system or the fire alarm system or through the building intercom system. For additional evacuation procedures, see Building Evacuation.

### Evacuation Route

It is the responsibility of each person to know their building emergency evacuation routes and emergency procedures.

### North Zone Residence Hall Evacuation Areas: Kinsolving, Duren, Littlefield, Andrews, Blanton, Carothers, Whitis Court
- All North Zone Residence Hall occupants will gather in the back parking lot of Scottish Rite Dormitory (210 West 27th Street).

### South Zone Residence Hall Evacuation Areas: Jester East, Jester West, Brackenridge, Roberts, Prather, San Jacinto, Moore-Hill
- All South Zone Residence Hall occupants will gather at the State Parking Lot located across the street from the Brazos Garage.

### Creekside Zone Residence Hall Evacuation Areas
- All Creekside occupants will go to East Park heading North across Dean Keeton Street.

## Shelter in Place

### Non-Weather Emergencies/Security Alert

The campus siren system and residence hall intercom system will be used to notify students when a dangerous situation exists requiring students to go indoors and seek cover. Students should secure themselves in their rooms and stay down and away from windows. Students should limit cell phone usage so that cell phone towers are not overwhelmed and can be used for emergency communications.

Students should monitor the UHD/ UT emergency websites and local news stations for information. Students should remain secure until the "all clear" signal is given.

## Weather Emergencies/Tornado

**"Tornado Watch"** means conditions are right for a tornado to form. Residents should continue to monitor the weather for further developments and be prepared to take cover.

**"Tornado Warning"** means that a tornado has been spotted that poses a threat to the University community. Residents should take immediate action to take cover.

If a tornado warning is issued, the campus community will be warned with siren sounds, indicating that everyone should take shelter. The siren warnings will continue sounding until the threat of dangerous weather has passed. The residence hall intercom system will be used to notify students when a dangerous situation exists that requires students to go indoors and seek cover.

Residence hall students should do the following:

- Exit their rooms and close the doors.
- Take cover in an interior corridor, away from windows.
- Evacuate large lounge areas and large rooms with unsupported spans. (no supports)
- Cover their heads to protect against flying debris if a tornado hits.
- Remain quiet and listen for further instructions from staff.
- Remain on their assigned floors until the "all clear" signal is issued.

# INDEX

*A*

A la Carte ...........................................................7
Abandoned Property .........................................28
Administrative Conference ..............................26
Air Conditioning ...............................................52
Alcohol.........................................................14, 37
Andrews .......................................32, 45, 47, 63
Animals .....................................................36, 40
Appeal...............................................................26
Appliances ........................................................57
Aquariums ........................................................36
Area Assistant Director..............................26, 34, 41
Asbestos...........................................................43

*B*

Banned Objects.................................................58
Banners.............................................................37
Bathrooms ........................................................43
Bevo Bucks.........................................6, 8, 9, 46,51
Bicycle ...............................................................43
Blanton .........................................32, 45, 47, 63
Brackenridge .................................32, 45, 47, 63
Buffet................................................................7

*C*

Cable TV.............................................................44
Campaigning.....................................................28
Campus Carry ...................................................60
Campus Siren ...................................................61
Campus Text Service.........................................62
Candles .............................................................61
Carothers ......................................32, 45, 47, 63
Communication System....................................61
Community .................................................28, 43
Complex Coordinator...........17, 25, 29, 34, 38, 52, 55
Computer....................................................45, 46
Computer Labs...........................................45, 46
Contracts for Housing .........................................5
Contract Release ................................................5
Creekside ......................................32, 45, 47, 63

*D*

Dean of Students ...........................15, 18, 22, 34, 39
Decorations.......................................................59
Deliveries ..........................................................34

Dine In Dollars ........................................6, 7, 8, 9, 31
Dining.....................................................6, 7, 8, 9, 31
Dining Hall Tours..............................................13
Donation Drives ...............................................29
Door Access ......................................................47
Door Propping ..................................................59
Drain Cleaners .................................................48
Drugs.................................................................15
Duren ...........................................35, 45, 47, 63

*E*

Election Activities ............................................28
Elevator Safety...............................................,48
Email ...........................................................29, 61
Emergency ...................................................61, 62
Evacuation .................................................53, 62-65
Exit Strategy.....................................................53
Explosives.........................................................60
Extension Cords ...............................................59

*F*

Facilities .....................................................41, 42
Filming .............................................................29
Fire.............................................................52-61
Fire Alarm ...................................................53, 54
Fire Alarm Pull Stations....................................54
Fire Hazard...................................................57, 58
Fire and Life Safety ....................................52 - 61
Fire Safety Equipment ...............................54, 55
Fireworks ....................................................55-58, 60
Flyers.................................................................37
Food......................................................9-14, 50
Furniture ....................................................48, 58

*G*

Gluten free...................................................7, 11
Guests ........................................................16-18
Guest hours .................................................16-18

*H*

Hall Addresses .................................................32
Harassment..................................................18 - 20
Housing Conduct Board ...............................25, 26

*I*

ID Cards................................................................31
Incense................................................................50
Information Channel.............................................45
Inspections....................................................38, 55
Internet........................................................24, 49

*J*

Jester East.................................................45, 47, 63
Jester West................................................45, 47, 63
Conduct .........................................................24-27
Conduct Board................................................24-27
Conduct Board Conference ....................................24
Conduct process ...........................................24, 27

*K*

Keys...............................................................18, 31
Kinsolving..............................................6-9, 32, 45, 47, 63

*L*

Laundry..............................................................49
Lead-Based Paint ................................................43
Lighting........................................................58, 60
Littlefield .............................7, 17, 32, 45, 47, 63
Lost and Found ...................................................32

*M*

Mail.............................................................32, 34
Mailbox..............................................................34
Maintenance Request..........................................50
Menus................................................................11
MicroFridge........................................................51
Mildew.........................................................42, 55
Missing Persons .................................................34
Mission ...............................................................1
Mission, UHD ......................................................1
Mold............................................................42, 55
Moore-Hill..............................................32,45,47, 63
Mopeds..............................................................35
Motorcycles ........................................................35
Musical Instruments .............................................35

*N*

Nutrition ......................................................10-13
Naloxone............................................................15

*O*

Office of the Dean of Students ..........15, 18, 22, 34, 39

*P*

Paint..................................................................51
Painting.............................................................51
Payments ...........................................................2
Personal Property .............................................35
Personal Responsibility........................................14
Pets...................................................................36
Posters...............................................................37
Pranks...............................................................19
Prather.....................................................32, 45, 47, 63
Prohibited Items...........................................55,57
Property .....................................................28, 35

*Q*

Quiet Hours ...............................................19, 35

*R*

Recycling............................................................44
Refrigerator .......................................................51
Roberts ....................................................32, 45, 47, 63
Room Change..............................................28, 38
Room Entry ........................................................38
Roommate Conflict..............................................39

*S*

San Jacinto ....................................6-9, 32, 45, 47, 63
Security ......................................................31, 39
Services for Students with Disabilities...............14, 40
Sexual Assault .....................................................19
Sexual Harassment ..............................................19
Sexual Misconduct...............................................20
Shelter in Place ...................................................65
Sick Trays ...........................................................13
Signs............................................................37, 40
Smoke Alarms...........................................53,54,56
Smoking..............................................................56
Social Networking................................................24
Soffit..................................................................56
Solicitation ........................................................40
Sports...................................................17, 35, 40
Sprinkler.......................................40, 51, 55, 56
Staff ...............................2, 15, 25, 27, 37
Storage.........................................................40, 43
Student Advocacy ................................................28
Student Conduct..................................................14
Student Discipline..........................................23,25
Suggestions for Dining ........................................14
Sustainability Programs .........................................10
Surveys...............................................................41

*T*

Table Tents ............................................................41
Tables............................................................7, 41
Terms and Conditions...............................................ii, 6
Tobacco ..........................................................41, 46
Tornado ...............................................................66
Tours .................................................................13
Trash ...........................................6, 24, 42, 50, 56, 61


*V*

Vandalism .............................................................24
Vegan..................................................................13
Vegetarian ............................................................13
Vending Machines ......................................................51
Violations...........................................14, 24, 25, 31, 55


*W*

Wall Coverings ........................................................56
Water Conservation....................................................52
Weapons...............................................................60
Weather Emergencies ..................................................66
Welfare Concern.......................................................41
Whitis Court...........................................32, 45, 47, 63
Windows...............................................................52

# Exhibit D





Handbook of Operating Procedures 9-1810

# Hate and Bias Incidents

**Effective March 08, 2017**

Executive Sponsor: Vice President for Diversity and Policy Owner: Vice President for Student Affairs
Community Engagement and Vice President for
Student Affairs

## I. Policy Statement

The University of Texas at Austin ("University") unequivocally condemns and prohibits: acts of intolerance, hate, bias, and prejudice when manifested in threatened or actual violent conduct against a person; harassment; and incitement to imminent violations of law. In accordance with federal law and state law, the University prohibits unlawful harassment on the basis of race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation.

The University is committed to an academic and work environment free from acts of intolerance, hate, bias, or prejudice based on an individual's race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation.

The University is committed to the principles of free inquiry and expression and is dedicated to creating an environment where the expansion of knowledge and the freedom to exchange ideas is safeguarded. As such, members of the University community have the right to hold, vigorously defend, and express their ideas and opinions, and for such ideas and opinions to flourish or wither according to their merits.

## II. Reason for Policy

The principles of free inquiry and expression protect controversial ideas and opinions and differing viewpoints; however, these principles do not protect threatened or actual violent conduct against a person, harassment, or incitement to imminent violations of law.

## III. Scope & Audience

This policy applies to all University students, faculty, and staff, as well as visitors, applicants for admission to or employment with the University, University Affiliates ("affiliates"), and others conducting business on campus.

## IV. Definitions (specific to this policy)

**Actual Violent Conduct:**
an act that causes bodily injury to or harmful, aggressive, or unwelcome physical contact with another.

**Harassment:**
as a form of discrimination is defined as verbal or physical conduct that is directed at an individual or group because of race, color, religion, national origin, gender, gender identity or gender expression, age, disability,

citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation when such conduct is sufficiently severe, pervasive, or persistent so as to interfere with an individual or group's academic or work performance, or to create a hostile work or academic environment.

Harassment can also consist of nonverbal conduct, such as hazing, practical jokes, damage to property, and physical assault. The harassment this policy prohibits does not exhaust the category of speech that is unnecessary and inappropriate to vigorous debate in a diverse community of educated people. An essential part of higher education is to learn to separate substantive argument from personal offense, and to express even the deepest disagreements within standards of civility that reflect mutual respect, understanding, and sensitivity among the diverse population within the University and in the larger society. These are community norms, even though they cannot be enforced by disciplinary rules.

**Threatened Violent Conduct:**
an act that threatens another with imminent bodily injury or harmful, aggressive or unwelcome physical contact.

**Verbal Harassment:**
means hostile or offensive speech, oral, written, or symbolic, that

1. is not necessary to the expression of any idea described in the Institutional Rules on Student Services and Activities ("Institutional Rules"), Appendix C, subsection 13-204(b)(2) (http://catalog.utexas.edu/general-information/appendices/appendix-c/speech-expression-and-assembly/); and
2. is sufficiently severe, pervasive, or persistent to create an objectively hostile environment that interferes with or diminishes the victim's ability to participate in or benefit from the services, activities, or privileges provided by the University; and
3. describes or is directed to one or more specific individuals.

Verbal harassment may consist of threats, insults, epithets, ridicule, personal attacks, or the categories of harassing sexual speech set forth in HOP 3-3031 (http://www.policies.utexas.edu/policies/prohibition-sexual-discrimination-sexual-harassment-sexual-assault-sexual-misconduct) of the *Handbook of Operating Procedures*. Verbal harassment is often based on the victim's appearance, personal characteristics, or group membership, including but not limited to, race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation.

To make an argument for or against the substance of any political, religious, philosophical, ideological, or academic idea is not verbal harassment, even if some listeners are offended by the argument or idea. The categories of sexually harassing speech set forth in HOP 3-3031 (http://www.policies.utexas.edu/policies/prohibition-sexual-discrimination-sexual-harassment-sexual-assault-sexual-misconduct) of the *Handbook of Operating Procedures* are rarely, if ever, necessary to argue for or against the substance of any political, religious, philosophical, ideological, or academic idea.

Verbal harassment has been interpreted very narrowly by the federal courts. Policies on verbal harassment or hate speech at many universities have been held unconstitutional, either because they prohibited harassment only when it was based on race, sex, and similar categories, or because they failed to protect the expression of potentially offensive ideas. This policy should be interpreted as narrowly as need be to preserve its constitutionality.

## *V. Website (for policy)*
https://policies.utexas.edu/policies/hop/9-1810

## VI. Contacts

| CONTACT | DETAILS | WEB |
|---|---|---|
| Office of the Dean of Students | **Phone:** 512-471-5017 **Fax:** 512-471-7833 | **Website:** http://deanofstudents.utexas.edu/ (http://deanofstudents.utexas.edu/) **Email:** deanofstudents@austin.utexas.edu (mailto:deanofstudents@austin.utexas.edu) |
| Office for Inclusion and Equity | **Phone:** 512-471-1849 | **Website:** http://equity.utexas.edu (http://equity.utexas.edu) **Email:** equity@utexas.edu (mailto:equity@utexas.edu) |

## VII. Responsibilities & Procedures

A student who believes he or she has been harassed should report the alleged violation to the Office of the Dean of Students (http://deanofstudents.utexas.edu/).

A faculty member, staff member, or university affiliate who believes he or she has been harassed should report the alleged violation to the Office for Inclusion and Equity (https://equity.utexas.edu/).

Investigation of the information provided, and any remedial or disciplinary proceedings, will proceed under the procedures set out in the harassment policies cross-referenced in Appendix C of the Institutional Rules, Subsection 13–204(c). (http://catalog.utexas.edu/general-information/appendices/appendix-c/speech-expression-and-assembly/)

When the University receives a report of alleged (i) threatened, or actual violent conduct, (ii) harassment, or (iii) incitement to imminent violations of law on the basis of an individual's race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation, it will respond and investigate the allegation in a fair, impartial, and prompt manner.

Depending on the alleged perpetrator's relationship with the University, the investigation will be managed by the Office for Inclusion and Equity or the Office of the Dean of Students according to their respective procedures.

1. No person will make, distribute, or display on the campus any statement that constitutes verbal harassment of any other person. This section applies to all speech on campus, including speech that is part of teaching, research, or other official functions of the University.

2. No person will make, distribute, or display on the campus any statements directed to inciting, or producing imminent violations of law under circumstances such that the statements are likely to actually and imminently incite or produce violations of law.

3. For disciplinary violations motivated by the race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, or sexual orientation, of a student(s) directly harmed by the violation, such a discriminatory purpose will be treated as an aggravating factor for the purpose of determining the resolution timeline and the appropriate sanction(s) under subsection 11-701(a) (http://catalog.utexas.edu/general-information/appendices/appendix-c/student-discipline-and-conduct/) in Appendix C of the Institutional Rules.

4. The University may take disciplinary action in response to incidents that take place during official functions of the University, functions sponsored by registered student organizations, and incidents that have a substantial connection to the interests of the University regardless of the location in which the incident(s) occur.

## A. **Report Against University Students**

Individuals may report threatened or actual violent conduct, harassment, or incitement to imminent violations of law including those incidents based on race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation by a University student to the Office of the Dean of Students. Incidents may be reported by completing the online referral form available at Report an Incident (http://deanofstudents.utexas.edu/conduct/reportanincident.php) or by visiting the Office of the Dean of Students, located on the 4th floor of the Student Services Building (SSB), in room 4.104. Individuals who would like to consult with a staff member prior to reporting the incident to the Office of the Dean of Students may contact Student Conduct and Academic Integrity at (512) 471-2841 or email studentconduct@austin.utexas.edu (mailto:studentconduct@austin.utexas.edu).

Alternatively, any person who believes he or she has been harassed may report the alleged violation to the Office for Inclusion and Equity or to any University official, administrator, or supervisor. A faculty member is not an "official, administrator, or supervisor" for this purpose unless that faculty member holds an administrative position.

Any University official, administrator, or supervisor who receives a report of alleged harassment will promptly refer the report and the complainant to the Office for Inclusion and Equity or to the Office of the Dean of Students as appropriate. A complainant whose report is not forwarded to the Office for Inclusion and Equity or to the Office of the Dean of Students, has not initiated proceedings for providing a remedy to the complainant or for imposing discipline on the alleged harasser.

## B. **Report Against a University Faculty Member, Staff Member, or University Affiliate**

Individuals may report alleged threatened or actual discrimination or violence on the basis of race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation by a University employee, including faculty, staff, and student employees, as well as university affiliates (i.e. visitors, or contractors) to the Office for Inclusion and Equity or to any University official, administrator, or supervisor. The Office for Inclusion and Equity may be contacted directly at (512) 471-1849 or https://www.utexas.edu/equity (https://www.utexas.edu/equity).

Alternatively, any person who believes he or she has been harassed may report the alleged violation to the Office for Inclusion and Equity or to any University official, administrator, or supervisor. A faculty member is not an "official, administrator, or supervisor" for this purpose unless that faculty member holds an administrative position.

Any University official, administrator, or supervisor who receives a report of alleged harassment will promptly refer the report and the complainant to the Office for Inclusion and Equity or to the Office of the Dean of Students as appropriate. A complainant whose report is not forwarded to the Office for Inclusion and Equity or to the Office of the Dean of Students, has not initiated proceedings for providing a remedy to the complainant or for imposing discipline on the alleged harasser.

## C. **Campus Climate Incident**

The University strongly encourages individuals who believe they have been discriminated against or have experienced threatened or actual violence on the basis of their race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, sexual orientation, ideology, political views, or political affiliation to report such incidents as provided in this policy.

Individuals may report a campus climate incident to the University's *Campus Climate Response Team* by clicking on the "Report a Bias Incident Campus Climate Response Team" button, available at http://diversity.utexas.edu/ccrt/reporting/ (http://diversity.utexas.edu/ccrt/reporting/). Individuals may report concerns such as a student organization hosting a party with a racist theme, derogatory graffiti regarding sexual orientation or gender identity and expression, malicious threats that intimidate another person because of his or her religion or concerns that someone has created a hostile or offensive classroom environment.

### D. Interim Measures and Final Sanctions

University students:

As provided by Section 11-502 of Appendix C (http://catalog.utexas.edu/general-information/appendices/appendix-c/student-discipline-and-conduct/) of the General Information Catalog, pending a hearing or other disposition of the allegations against a student, if the continuing presence of the student is a potential danger to persons or property or a potential threat of disrupting the academic process or any activity authorized by the University, or in cases where it is alleged that a University student has engaged in threatened or actual violent conduct, the dean of students may take such immediate interim disciplinary action as is appropriate to the circumstances. Appropriate actions include, but are not limited to, suspending the right of the student to be present on the campus (including to live in campus residence halls) and to attend classes, and otherwise altering the status of the student.

In the event a final determination is made that a student has violated University policy, the University may impose any of the sanctions authorized in the General Information Catalog Appendix C (http://catalog.utexas.edu/general-information/appendices/appendix-c/student-discipline-and-conduct/) (Chapter 11, Section 11-701, *Student Discipline and Conduct*). In addition, Section 11-701(b) of Appendix C of the General Information Catalog provides that if a determination is made that a violation of the University's Institutional Rules is committed because of the race, color, religion, national origin, gender, gender identity or gender expression, age, disability, citizenship, veteran status, or sexual orientation, of a student(s) directly harmed by the violation, such a discriminatory purpose will be treated as an aggravating factor for the purpose of determining the appropriate sanction(s) under 11-701(a) of Appendix C of the General Information Catalog.

University faculty or staff:

In the event a final determination is made that a University faculty or staff member has violated University policy, he or she may be disciplined, up to and including, termination in accordance with applicable policy.

## *VIII. Forms & Tools*

### Behavior Concerns Advice Line (BCAL)

(512) 232-5050 (tel:(512) 232-5050)

Allows members of the University community to discuss their concerns about an individual's behavior

(available 24-hours a day)
https://www.utexas.edu/safety/bcal/ (https://www.utexas.edu/safety/bcal/)

**Campus Climate Response Team**
http://diversity.utexas.edu/ccrt/reporting/ (http://diversity.utexas.edu/ccrt/reporting/)

**Counseling and Mental Health Center**
(512) 471-3515 (tel:(512) 471-3515)
24-hour telephone counseling service at (512) 471-CALL (2255)
http://cmhc.utexas.edu (http://cmhc.utexas.edu)

**Deputy Title IX Coordinator for Faculty/Staff**
Office for Inclusion and Equity
(512) 471-1849 (tel:(512) 471-1849)
http://titleix.utexas.edu/ (http://titleix.utexas.edu/)

**Deputy Title IX Coordinator for Students**
Associate Vice President for Student Affairs and Senior Associate Dean of Students
(512) 471-5017 (tel:(512) 471-5017)
titleix.utexas.edu/ (http://titleix.utexas.edu/)

**Human Resources**
(512) 471-4772 (tel:(512) 471-4772)
hrsc@austin.utexas.edu (mailto:hrsc@austin.utexas.edu)
http://hr.utexas.edu (http://hr.utexas.edu)

**Ombuds - Faculty**
(512) 471-5866 (tel:(512) 471-5866)
Provides faculty members with information about University resources and processes
https://ombuds.utexas.edu/faculty (https://ombuds.utexas.edu/faculty)

**Ombuds - Staff**
(512) 232-8010 (tel:(512) 232-8010)
Provides staff members with information about University resources and processes
https://ombuds.utexas.edu/staff (https://ombuds.utexas.edu/staff)

**Ombuds - Student**
(512) 471-3825 (tel:(512) 471-3825)
Provides students with information about University resources and processes
https://ombuds.utexas.edu/student (https://ombuds.utexas.edu/student)

**Office for Inclusion and Equity**
(512) 471-1849 (tel:(512) 471-1849)
equity@utexas.edu (mailto:equity@utexas.edu)
http://equity.utexas.edu (http://equity.utexas.edu)

**Student Emergency Services in the Office of the Dean of Students**
(512) 471-5017 (tel:(512) 471-5017)
Provides referrals within the University and in the Austin area when necessary
deanofstudents.utexas.edu/emergency (http://deanofstudents.utexas.edu/emergency)

**University Compliance Services**
(877) 507-7321 (tel:(877) 507-7321)
hotline@compliance.utexas.edu (mailto:hotline@compliance.utexas.edu)
http://www.reportlineweb.com/utaustin (http://www.reportlineweb.com/utaustin)

**University Health Services**
Appointments: (512) 471- 4955 (tel:(512) 471- 4955)
24-hour Nurse Advice Line: (512) 475-6877 (tel:(512) 475-6877)
Health Promotion Resource Center: (512) 475-8252 (tel:(512) 475-8252)
http://healthyhorns.utexas.edu (http://healthyhorns.utexas.edu)

**University of Texas Police Department**
Emergencies: 911
Non-emergencies: (512) 471-4441 (tel:(512) 471-4441), enter "9"
http://www.utexas.edu/police/ (http://police.utexas.edu)

**University Title IX Coordinator**
University Compliance Services
(512) 232-3992 (tel:(512) 232-3992)
titleix@austin.utexas.edu (mailto:titleix@austin.utexas.edu)
http://titleix.utexas.edu/ (https://titleix.utexas.edu/)

# IX. Frequently Asked Questions

Student FAQs
(http://deanofstudents.utexas.edu/doscentral/downloads/HateBiasIncidentPolicyStudentFAQ030717.pdf)
Faculty and Staff FAQs (http://equity.utexas.edu/wp-content/uploads/2016/04/Hate-and-Bias-FAQs_3_7_17.pdf)

# X. Related Information

**Students:**

Institutional Rules on Student Services and Activities, Appendix C, Chapter 11 (http://catalog.utexas.edu/general-information/appendices/appendix-c/student-discipline-and-conduct/) (Student Discipline and Conduct)

Institutional Rules on Student Services and Activities, Appendix C, Chapter 13 (http://catalog.utexas.edu/general-information/appendices/appendix-c/speech-expression-and-assembly/) (Speech, Expression, and Assembly)

Institutional Rules on Student Services and Activities, Appendix D (http://catalog.utexas.edu/general-information/appendices/appendix-d/), (Policy on Sex Discrimination, Sexual Harassment, Sexual Assault, Sexual Misconduct, Interpersonal Violence and Stalking)

Institutional Rules on Student Services and Activities, Appendix I (http://catalog.utexas.edu/general-information/appendices/appendix-i/), (Nondiscrimination Policy)

Prohibition of Campus Violence, HOP 8-1010 (http://www.policies.utexas.edu/policies/prohibition-campus-violence)

**University Faculty and Staff:**

Nondiscrimination Policy (HOP 3-3020 (http://www.policies.utexas.edu/policies/nondiscrimination-policy))

Prohibition of Sexual Discrimination, Sexual Harassment, Sexual Assault, Sexual Misconduct, Interpersonal Violence, and Stalking (HOP 3-3031 (http://www.policies.utexas.edu/policies/prohibition-sexual-discrimination-sexual-harassment-sexual-assault-sexual-misconduct))

Policies and Procedures for Discipline and Dismissal of Employees (HOP 5-2420 (http://www.policies.utexas.edu/policies/policies-and-procedures-discipline-and-dismissal-employees))

## *XI. History*
New Policy Adopted: 3/8/2017
Next Scheduled Review Date: 3/8/2019

# Exhibit E



**Division of Diversity and Community Engagement**



The University of Texas at Austin
## Campus Climate Response Team

Search this website

HOME     ABOUT CCRT     REPORTING     REPORTS     POLICIES     RESOURCES     FAQS

# Campus Climate Response Team

- **Do you know of a student organization hosting a party with a racist theme?**
- **Have you seen derogatory graffiti on bathroom walls and buildings regarding sexual orientation or gender identity and expression?**
- **Have you overheard malicious threats intended to intimidate another person because of their religion?**
- **Are you worried that somebody has created a hostile or offensive classroom environment?**
- **Do you have concerns about a campus climate incident but you are not sure what to do?**

If so, please contact the Campus Climate Response Team by submitting your concerns using the Campus Climate Incident Online Report Form.



If you prefer not to report the incident via the online form, other options are available during regular business hours (8 a.m.-5 p.m., Monday-Friday):

- University of Texas at Austin **students** are encouraged to contact the Office of the Dean of Students at 512-471-5017 to report an incident and/or schedule an appointment with a staff member.

- University of Texas at Austin **employees, campus visitors and contractors** are encouraged to contact the Office for Inclusion and Equity at 512-471-1849 to report an incident and/or schedule an appointment with a staff member.

- Reports will be acknowledged within two business days.

# See The Latest Reports

We've added a Reports page to the site to offer transparency regarding campus incidents and actions taken. See the Reports page for a table of incident information from the last few months.

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017925 | October 2 2017 | October 2017 (1) | Online | Social Media Post/Comment | Race/Ethnicity | Unable to Contact Reporter<br>Documented for Identifying Trends |
| 2017924 | October 13 2017 | October 2017 (1) | On Campus | Other | Unsure/Do Not Know | Contacted Incident Reporter<br>Documented for Identifying Trends |
| 2017923 | October 16 2017 | October 2017 (2) | On Campus | Verbal Comment | Sexual Orientation<br>Unsure/Do Not Know | Contacted Incident Reporter<br>Referred to Appropriate Community/University Entity<br>Documented for Identifying Trends |
| 2017922 | October 12 2017 | October 2017 (1) | On Campus | Verbal Comment | Gender | Contacted Incident Reporter<br>Contacted Appropriate Community/University Entity<br>Referred to Appropriate Community/University Entity<br>Documented for Identifying Trends |
| 2017921 | October 10 2017 | October 2017 (1) | On Campus | Other | Gender<br>Race/Ethnicity | Contacted Incident Reporter<br>Contacted Appropriate Community/University Entity<br>Provided Information for Resources<br>Documented for Identifying Trends |

‹ Previous   Next ›

*Anyone encountering a situation that requires immediate police, medical, psychological or other emergency services should call 911 or the University of Texas Police Department (UTPD) at 512-471-4441 for assistance, during regular business hours and during the evening, weekends and holidays.*

*If you have concerns regarding someone's behavior, you may also contact the Behavior Concerns Advice Line (BCAL) 512-232-5050. Trained staff members are available 24 hours a day.*

## REPORT AN INCIDENT



*Add this button* to your site.

## READ THE REPORT

Read the 2015-2016 report.
Read the 2014-2015 report.
Read the 2013-2014 report.
Read the 2012-2013 report.
Get a PDF reader.

## CCRT FEEDBACK?

CCRT welcomes your comments and suggestions. Please submit feedback here.

© The University of Texas at Austin 2016 | Web Privacy Policy | Web Accessibility Policy

Login

# Exhibit F



Division of Diversity and Community Engagement



The University of Texas at Austin
## Campus Climate Response Team

Search this website

HOME      ABOUT CCRT      REPORTING      REPORTS      POLICIES      RESOURCES      FAQS

# About CCRT

In the spring 2011 semester President William Powers Jr. requested that Dr. Gregory J. Vincent, vice president for diversity and community engagement, establish the Campus Climate Response Team (CCRT). The CCRT serves as a university-wide strategy resource team that develops and facilitates the implementation of appropriate responses to campus climate incidents impacting the UT Austin community. The team reports to the Office of the Vice President for Diversity and Community Engagement and is jointly coordinated through the Division of Diversity and Community Engagement and the Division of Student Affairs. The core functions of the CCRT include:

- Gathering information and managing the specific incident
- Supporting individuals involved in an incident
- Providing appropriate and effective education
- Identifying and connecting with appropriate support services
- Evaluating the response process post incident
- Coordinating, when appropriate, activities with other campus-wide entities, especially those involved with crisis management

In addition, through the work of the CCRT, potential gaps in UT Austin policies and procedures that may impede the university's ability to minimize campus climate incidents may be addressed, increasing the likelihood of creating a more welcoming and inclusive environment.

## Membership

Membership of the core team includes representatives from the Division of Student Affairs, Division of Diversity and Community Engagement, and the Division of

University Operations. Depending upon the campus climate incident, representatives from other university offices and departments, as well as the Austin community, may be included in the process of resolving a particular incident.

## Lead Team Members

- **Courtney Chavez**, Associate Director, Office for Inclusion and Equity
- **Edna Dominguez**, Assistant Vice President, Division of Student Affairs
- **Liz Elsen**, Director, Gender and Sexuality Center
- **Brandy Franks-Flunder**, Director, Multicultural Engagement Center
- **Justin Jaskowiak**, Assistant Director, University Housing and Dining
- **Elisa Ramos**, Assistant Director of Student Activities, Office of the Dean of Students
- **Dr. Audrey Sorrells**, Associate Dean of Students for Research, Office of the Dean of Students
- **Dr. Ryan Sutton**, Executive Director, African American Male Research Initiative
- **\*Dr. Betty Jeanne Taylor**, Assistant Vice President, Division of Diversity and Community Engagement

## CCRT Members

- **Leslie Blair**, Executive Director of Communications, Division of Diversity and Community Engagement
- **Stephanie Bullick**, Disability Services Coordinator, Services for Students with Disabilities
- **Brooke Bulow**, Director of Communications, Division of Student Affairs
- **Laura Davis**, Lieutenant, University Police Department
- **Margaret Luevano**, Interim Director of International Student and Scholar Services, International Office
- **Javier Ungo**, Assistant Director Brief Access and Referral, Counseling and Mental Health Center

\*Dr. Taylor serves as CCRT convener and liaison to Dr. Leonard N. Moore,  Vice President for Diversity and Community Engagement



*CCRT team members at a 2016-17 retreat.*

*Anyone encountering a situation that requires immediate police, medical, psychological or other emergency services should call 911 or the University of Texas Police Department (UTPD) at 512-471-4441 for assistance, during regular business hours and during the evening, weekends and holidays.*

## REPORT AN INCIDENT



*Add this button to your site.*

## READ THE REPORT



Read the 2015-2016 report.
Read the 2014-2015 report.
Read the 2013-2014 report.
Read the 2012-2013 report.
Get a PDF reader.

## CCRT FEEDBACK?

CCRT welcomes your comments and suggestions. Please submit feedback here.

© The University of Texas at Austin 2016 | Web Privacy Policy | Web Accessibility Policy

Login

# Exhibit G



Division of Diversity and Community Engagement                              TEXAS



The University of Texas at Austin
Campus Climate Response Team

Search this website

HOME      ABOUT CCRT      REPORTING      REPORTS      POLICIES      RESOURCES      FAQS

# FAQs

- **What is the Campus Climate Response Team?**
- **Why should I report a campus climate incident?**
- **How do I report a campus climate incident?**
- **What will happen to my report form?**
- **Is it possible to remain anonymous?**
- **Will my conversation be confidential?**

**What is the Campus Climate Response Team?**

The CCRT reports to the Vice President for Diversity and Community Engagement and
is jointly coordinated through the Division of Diversity and Community Engagement
and the Division of Student Affairs. It serves as a university-wide strategy resource
team that will develop and facilitate the implementation of appropriate responses to
campus climate incidents impacting the UT Austin community.

**Why should I report a campus climate incident?**

The University of Texas at Austin is committed to addressing incidents that impact our
campus climate, especially those that are bias-related. Your assistance in bringing
these incidents to our attention will enhance our ability to systematically identify and
respond to such events.

In addition, through the work of the CCRT, potential gaps in UT Austin policies and
procedures that may impede the university's ability to minimize campus climate
incidents may be addressed, increasing the likelihood of creating a more welcoming
and inclusive environment.

**How do I report a campus climate incident?**

Campus climate incidents should be reported as soon as possible after their occurrence via the online report form, by phone or in person.



Reports may be submitted by various individuals impacted by the incident, including but not limited to the victim(s), witness(es) or any third party who was informed of the event but was not present at the time of its occurrence.

**What will happen to my report form?**

Once a report is filed, the CCRT Lead Team members will follow standard intake procedures to determine whether the situation, as reported, falls within the parameters of a campus climate incident or whether the incident should be referred to other response teams or offices. For example, the CCRT Lead Team members will assess whether the incident would be more appropriately handled by one of several other response teams on campus, such as the Critical Incident Response Team or the Behavior Assessment Team, and will also determine if there is a possible violation of the university's *Institutional Rules on Student Services and Activities* or other polices outlined in the General Information Catalog.

If it is determined that the situation would best be managed by an entity other than the CCRT, CCRT Lead Team members will address, partner and/or refer the incident appropriately. For example, incidents involving individual students who have allegedly violated institutional rules may be referred to Student Judicial Services; incidents involving student organizations engaged in possible violation of institutional rules may be forwarded to Student Activities. As another example, after consultation a case may be referred to Division of Housing and Food Service staff to determine whether the incident involves university residence hall students. If the situation involves university faculty or staff possibly violating a university policy, the director of the Office for Inclusion and Equity will respond to the incident and refer it to appropriate university offices as applicable.

If it is determined that the situation is best managed by convening a broader group of university representatives from several offices, a CCRT meeting will be organized. The Campus Climate Response Team will evaluate the incident in terms of providing:

- Mediation for impacted student(s), staff and faculty

- Support and information to targeted student(s), staff and faculty
- Support and information to student(s), staff or faculty who initiated the incident
- Educational programming and resources for the community

**Is it possible to remain anonymous?**

Anonymous reports will be accepted, however, in many cases, a more effective response to the campus climate incident can be developed if university staff have the opportunity to ask follow-up questions if necessary.

**Will my conversation be confidential?**

All reports will be kept confidential to the extent possible. If we receive information requesting no further action, please be aware that we do have a legal obligation to respond institutionally to situations that may threaten the safety of the UT Austin community or potentially violate the *Institutional Rules on Student Services and Activities* and university policy.

## REPORT AN INCIDENT



*Add this button* to your site.

## READ THE REPORT



Read the 2015-2016 report.
Read the 2014-2015 report.
Read the 2013-2014 report.
Read the 2012-2013 report.
Get a PDF reader.

# CCRT FEEDBACK?

CCRT welcomes your comments and suggestions. Please submit feedback here.

© The University of Texas at Austin 2016 | Web Privacy Policy | Web Accessibility Policy

Login

# Exhibit H



**Division of Diversity and Community Engagement**



The University of Texas at Austin
# Campus Climate Response Team

Search this website

HOME    ABOUT CCRT    REPORTING    REPORTS    POLICIES    RESOURCES    FAQS

# Reporting

In the event of a campus climate incident, a report may be submitted via a Web-based form on the CCRT Web site.



If an individual chooses not to report the incident via the online form, other options are available during regular business hours (8 a.m.-5 p.m., Monday-Friday).

- University of Texas at Austin **students** are encouraged to contact the Office of the Dean of Students at 512-471-5017 to report an incident and/or schedule an appointment with a staff member.
- University of Texas at Austin **employees, campus visitors and contractors** are encouraged to contact the Office for Inclusion and Equity at 512-471-1849 to report an incident and/or schedule an appointment with a staff member.
- Reports will be acknowledged within two business days.

*Anyone encountering a situation that requires immediate police, medical, psychological or other emergency services should call 911 or the University of Texas Police Department (UTPD) at 512-471-4441 for assistance, during regular business hours and during the evening, weekends and holidays.*

# Helpful hints for responding to or reporting a campus climate incident:

- Campus climate incidents should be reported as soon as possible after their occurrence.
- Reports may be submitted by various individuals impacted by the incident, including but not limited to the victim(s), witness(es) or any third party who was informed of the event but was not present at the time of its occurrence.
- **Pay close attention** to the date, time and location of the incident, providing the facts of the incident in as much detail as possible.
- **Describe** all comments, conduct, gestures, markings, physical injuries, property damage, etc.
- **Identify** alleged offender(s) by name and UT Austin affiliation, if known, or by physical appearance (e.g., age, height, weight, race/ethnicity, clothing, distinguishing characteristics, etc.), if unknown.
- **List** any possible witness(es) by name with contact information, if known, or if unknown, please indicate whether there were any witnesses.

## REPORT AN INCIDENT



*Add this button* to your site.

## READ THE REPORT



Read the 2015-2016 report.
Read the 2014-2015 report.
Read the 2013-2014 report.
Read the 2012-2013 report.
Get a PDF reader.

## CCRT FEEDBACK?

CCRT welcomes your comments and suggestions. Please submit feedback here.

© The University of Texas at Austin 2016 | Web Privacy Policy | Web Accessibility Policy

Login

# Exhibit I



# Campus Climate Incident Online Report Form

The University of Texas at Austin is committed to addressing incidents that impact our campus climate, especially those that are bias-related. Your assistance in bringing these incidents to our attention will enhance our ability to systematically identify and respond to such events. Please use this form to report a bias incident to the Campus Climate Response Team. If you are interested in learning more about the process, please visit the links below:

• Learn about the Campus Climate Response Team and examples of bias incidents

http://diversity.utexas.edu/ccrt/

• Learn about reporting campus climate incidents and how to report incidents by phone or in person

http://diversity.utexas.edu/ccrt/reporting/

• View frequently asked questions about reporting bias incidents

http://diversity.utexas.edu/ccrt/faqs/

Do not use this form if you are currently in a situation where immediate police, medical, psychological or other emergency services are needed. In the event of an emergency, call 911 or the University of Texas Police Department at 512-471-4441 for assistance.

Though every effort will be made to ensure the privacy of enrolled UT-Austin students, the Campus Climate Response Team cannot guarantee confidentiality in every situation. Please be aware that we have a legal obligation to respond institutionally to situations that may threaten the safety of The University of Texas at Austin community or that potentially violate the Institutional Rules on Student Services and Activities and/or university policy.

The Campus Climate Response Team is not a confidential space for reporting incidents related to sexual assault, sexual misconduct, stalking, interpersonal violence (dating and domestic) and sexual harassment, which fall under Title IX federal guidelines. To report sex discrimination, sexual harassment (including sexual violence), interpersonal violence or sexual misconduct by a student, member of the faculty or staff, or campus visitor or contractor, please contact the Institutional Title IX Coordinator.

UT-Austin students can access a confidential space through the Counseling and Mental Health Center (CMHC) and University Health Services (UHS). Voices Against Violence in CMHC offers advocacy appointments where you can talk about reporting options, safety concerns, and access support for any related financial concerns. You can also access advocacy, academic support/professor notifications, and additional financial resources through Student Emergency Services in the Office of the Dean of Students.

Providing contact information below is optional. If you choose not to provide this information, the form will be submitted anonymously. However, a more effective response may be provided if CCRT has an opportunity to follow-up with you.

Additional Resources
• Institutional Title IX Coordinator: https://titleix.utexas.edu
• Counseling and Mental Health Center: http://cmhc.utexas.edu

- University Health Services: http://healthyhorns.utexas.edu
- Voices Against Violence: http://www.cmhc.utexas.edu/vav/index.html
- Student Emergency Services: http://deanofstudents.utexas.edu/emergency/

## * Represents a required field

**Name**

**Local Address**

**Phone Number**

**E-mail Address**

## What is your association with the incident?

(Please select all that apply)

Victim

Witness

Third Party

Other

## What is your affiliation with The University of Texas at Austin?

(Please select all that apply)

Student

Faculty

Staff

Alumnus

Parent

Visitor

Other

**Date of Incident** *

**Approximate time of Incident**

## Did the incident occur on campus?

(Please select all that apply)

**On Campus**
Location on UT Austin Main Campus (https://maps.utexas.edu/#/utm)

**Off Campus**
Location outside of UT Austin Main Campus (https://maps.utexas.edu/#/utm)

**Online**
Communications via the internet including electronic messaging systems, social media platforms, websites, electronic publications, etc.

**Location(s) of Incident** *
(Be as specific as possible)

[                                                                              ]

**Please share any additional information about this incident.** *
Examples may include comments, conduct, gestures, markings, physical injuries, property damage, etc. If known, please share any information you have about individuals and/or groups involved with incident.

[                                                                              ]

**File Attachments**
Please feel free to upload files such as photographs of the incident.

[ file name                              ]  [ Upload ]

## If the incident is bias-related, what is the perceived motive for the bias? Please select all that apply.

Age

Citizenship

Disability

Race/Ethnicity

Gender

Gender Expression

Gender Identity

National Origin

Religion

Sexual Orientation

Veteran Status

Unsure / Do Not Know

**Other (Please Specify)**

[                                                                    ]

---

**Have you reported the incident to another University of Texas at Austin office?**

If yes, please identify the office and person to whom you reported the incident.

(Optional)

[                                                                    ]

**What response did you receive from the office to which you initially reported the incident?**

(Optional)

[                                                                    ]

**What type of response would you like to see as a result of reporting this incident?**

(Optional)

[                                                                    ]

Submit

Privacy Policy  |  Report Abuse

# Exhibit J

The University of Texas at Austin
Campus Climate
Response Team

# 2015-2016

## CAMPUS CLIMATE
## TREND REPORT

The University of Texas at Austin
**Campus Climate Response Team**

# 2015-2016 CAMPUS CLIMATE TREND REPORT

**LEAD TEAM MEMBERS**

**Dr. Denny Bubrig**
Associate Dean of Students
Office of the Dean of Students

**Liz Elsen**
Interim Director
Gender and Sexuality Center

**LaTonya "LT" Robinson**
Program Manager
Residence Life Division of Housing
and Food Services

**Ixchel Rosal**
Executive Director
Student Diversity Initiatives

**Dr. Audrey Sorrells**
Associate Dean of Students
Office of the Dean of Students

**Dr. Betty Jeanne Taylor**
Assistant Vice President
Office for Inclusion and Equity

**LIAISON TO THE VICE
PRESIDENT FOR DIVERSITY AND
COMMUNITY ENGAGEMENT**

**Dr. Betty Jeanne Taylor**
Assistant Vice President
Office for Inclusion and Equity

## Executive Summary

Jointly coordinated by the Division of Diversity and Community Engagement (DDCE) and the Division of Student Affairs, the Campus Climate Response Team (CCRT) is a university-wide team that responds to reports of bias incidents affecting The University of Texas at Austin community. Launched in March 2012, the CCRT serves as a coordinated point of contact when bias incidents are reported, gathering information about the incidents and connecting students, faculty, and staff with university resources as appropriate. The team also supports campus community members when bias incidents reports are submitted, communicating with involved parties when possible and serving as a repository of information about such incidents. By connecting the university community to an array of resources, collecting data, and considering short- and long-term responses to bias incidents, the CCRT aims to foster a more welcoming, inclusive campus culture for all.

During the 2015-2016 academic year (defined as September 1, 2015-August 31, 2016), the CCRT received **194 reports regarding 104 distinct bias incidents.** This represents a **39% increase** in distinct incidents reported over the 2014-2015 academic year, during which the CCRT received reports of 75 total incidents. Awareness on campus of the CCRT and its reporting function affects the number of reports received by the team and means that raw numbers of reports and incidents must be interpreted with caution (i.e., a higher volume of incidents *reported* does not necessarily signal a higher volume of incidents *occurring*).

This report examines most of the data in two different sections: *Incidents with Fewer Than 10 Reports* and *Incidents with 10 or More Reports.* Separating the data in this way lends a better view of campus climate trends overall and throughout the year while still giving all data full consideration.

## Incidents with Fewer Than 10 Reports (135 Reports, 104 Incidents)

The CCRT received reports on 104 distinct incidents tallying fewer than 10 reports each.

Roughly one quarter of reports in this category were filed anonymously, and witnesses to bias incidents were more likely to make reports than victims. Seventy percent of all incidents reported were identified as incidentsthat had occurred on campus. Students submitted the vast majority of reports (64%), followed by staff (22%).

More than half of 2015-2016 CCRT reports in this category cite race/ethnicity-motivated bias (59%), followed by gender (21%) and sexual orientation (18%)[1]. The most prevalent type of incident in this category is online harassment (24%). Other

---

[1] Those reporting had the opportunity to select more than one response in several areas, so percentages may total more than 100%. See the data contained in the report for more information.

common incident types are verbal harassment/slurs (19%), complaints about faculty members (19%), and complaints about offensive flyers (8%). For the first time in 2015-2016, CCRT included distribution of offensive flyers as a type of incident tracked. The most popular response or follow-up preferred by those submitting reports in this category is disciplinary action (15%), followed by policy change/reform (10%).

Given the sensitive nature of bias incidents, the CCRT responds within two business days to any report that includes valid contact information. After making initial one-on-one contact with the person who submitted the report to discuss the incident, the CCRT coordinates with the individual to direct them to the appropriate sources of support and/or coordinates with a university entity as appropriate. Examples of responses to reported incidents include continuing conversations with off-campus residence halls regarding best practices for residential communities; facilitating conversation between those who were targeted by and those who initiated an incident; and making referrals to campus resources such as the UT Austin Police Department, the Office of the Dean of Students, and the Office for Inclusion and Equity (OIE).

## Incidents with 10 or More Reports (59 Reports, One Incident)

The CCRT received 59 reports pertaining to a demonstration at an event hosted by the Institute for Israel Studies of the Schusterman Center for Jewish Studies. This event accounts for 30% of all reports received by CCRT during the 2015-2016 academic year.

All reports related to the incident were submitted via the form available on the CCRT website. Fourteen percent of reports were submitted anonymously. Students provided the vast majority of reports (66%), followed by alumni (15%). The top three motivations for bias reported from this event were national origin (81%), followed by race/ethnicity (75%), and religion (63%). Approximately 22% considered citizenship a bias motivation. A plurality of respondents (37%) wished for disciplinary action against individuals involved in the incident. Other preferred responses included issuing an administrative statement (12%), promoting awareness on campus regarding the event (5%), and receiving an apology from those involved (7%). Staff affiliated with the CCRT met with faculty and student leaders involved with the event as well as those planning responses. There was a review of the incident by the OIE and the Dean of Students Office.

## Preliminary Four-Year Campus Climate Trends

This report is the fourth annual UT Austin Campus Climate Trend Report released by the CCRT. When comparing CCRT report data for the 2012-2013, 2013-2014, 2014-2015, and 2015-2016 academic years (excluding incidents receiving more than 10 reports), bias related to race/ethnicity is the most common type of bias identified during all three periods (46%, 42%, 42%, and 59% respectively). Reports citing gender (21%, 30%, 33%, 21%) were part of the three most common types of bias across years. While sexual orientation was in the top three types of bias for the first two years (31%, 28%), reports of sexual orientation bias in the third year (16%) dropped

to the fifth most commonly reported form of bias. However, in the fourth year, sexual orientation (16%) was again in the top three types of bias incidents reported.

During 2015-2016, for the first time, online harassment was the most commonly reported type of incident (24%). Verbal slurs were the most commonly reported type of incident across the first three years of reports (47%, 48%, 28%). For the first time in the 2014-2015 reporting year, the CCRT categorized complaints about faculty members (16%) which increased to 19 percent in the 2015-2016 report. Across all four years, students were most likely to report bias incidents (78%, 77%, 73%, 64%), and faculty, parents, and visitors were among the least likely to report bias incidents across time. Almost all reports received were filed online in all four years, although those reporting incidents are also given the option of telephoning either the Office of the Dean of Students or the OIE to file reports or set up appointments to discuss reports in person.

Given the data outlined in this report, the CCRT recognizes that bias incidents continue to negatively affect The University of Texas at Austin's campus community and that swift responses from administration and campus members can significantly influence the outcomes of such incidents. Overall, bias incidents are underreported on college campuses, and the incidents discussed herein are presumed to reflect only a fraction of all occurrences at UT Austin. The CCRT entreats all members of the campus community to take personal responsibility to help eliminate bias and hate on campus. The team is committed to sustaining and exploring new methods for promoting bias incident reporting, leveraging opportunities to provide diversity education on campus, encouraging communication between campus community members, and assessing internal processes so that the CCRT can have the greatest impact.



# 2015-2016 CAMPUS CLIMATE TREND REPORT

# Contents

## About the CCRT

The History of the CCRT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

CCRT Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Reporting Form and Data Collection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

Response Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

## 2016-2016 Campus Climate Trend Data

**Overview of Reports Received** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

**Incidents with Fewer Than 10 Reports** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Reports Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Report Attributes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Types of Bias Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Types of Incidents Reported. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

Responses Preferred by Those Reporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

CCRT and Coordinated Responses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

**Incidents with 10 or More Reports** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Reports Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Speaker Event Protest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Report Attributes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Types of Bias Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

Responses Preferred by Those Reporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

CCRT and Coordinated Responses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

**Preliminary Four-Year Campus Climate Trends** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

**The University of Texas at Austin**
**Campus Climate Response Team**

# 2015-2016 CAMPUS CLIMATE TREND REPORT

## List of Tables

### Overview of Reports Received

Table 1. Number of CCRT Reports Received, 2012-2016 . . . . . . . . . . . . . . . . . . . . . . . . . . 11

### Incidents with Fewer Than 10 Reports

Table 2. CCRT Reports Received, by Month, 2015-2016 . . . . . . . . . . . . . . . . . . . . . . . . . 12

Table 3. CCRT Report Attributes, 2015-2016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Table 4. Types of Bias Reported to CCRT, 2015-2016. . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Table 5. Types of Incidents Reported to CCRT, 2015-2016 . . . . . . . . . . . . . . . . . . . . . . 15

Table 6. Responses Preferred by Those Reporting, 2015-2016 . . . . . . . . . . . . . . . . . . . 16

### Incidents with 10 or More Reports

Table 7. Total Reports Received by CCRT by Incident, 2015-2016 . . . . . . . . . . . . . . . . . 18

Table 8. Report Attributes, Speaker Event . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Table 9. Type of Bias Reported to CCRT, Speaker Event . . . . . . . . . . . . . . . . . . . . . . . . 20

Table 10. Responses Preferred by Those Reporting, Speaker Event. . . . . . . . . . . . . . . 21

The University of Texas at Austin
**Campus Climate Response Team**

# 2015-2016 CAMPUS CLIMATE TREND REPORT

## About the CCRT

### The History of the CCRT

In summer 2009, President William Powers Jr. requested that Vice President for Diversity and Community Engagement Gregory J. Vincent and Vice President for Student Affairs Juan C. González investigate whether the university's dispute resolution procedures were sufficient to handle any outbreaks of hateful or violent speech in a coordinated, campus-wide manner; how diversity programming on campus could be more robust; and how best to advance diversity on campus. As part of this charge, Dr. Vincent created the Campus Climate Response Work Group in fall 2009, composed of representatives from the Division of Diversity and Community Engagement (DDCE) and the Division of Student Affairs. The group's final report recommended creating a response team to ensure a more coordinated campus-wide response to incidents of bias and hate.

In spring 2011, President Powers requested that Dr. Vincent establish the Campus Climate Response Team (CCRT). Comprised of a group of staff members from across the university, the CCRT facilitates appropriate responses to campus climate incidents affecting the UT Austin community and serves as a repository for reports of bias. The team reports to the Office of the Vice President for Diversity and Community Engagement, and it is jointly coordinated through the DDCE and the Division of Student Affairs.

**The primary goal of the CCRT is to create a more inclusive, welcoming campus community by connecting community members to the appropriate resources when bias incidents occur and by developing short- and long-term responses in partnership with university departments.** Through the work of the CCRT, gaps in UT Austin's policies and procedures can be identified, and bias incidents can be swiftly addressed in order to foster a more welcoming and inclusive campus culture.

**THE CORE FUNCTIONS OF THE CCRT INCLUDE:**

- Receiving reports and coordinating responses to the reported incidents
- Supporting the individuals involved, including those targeted by the incident and those initiating the incident
- Connecting individuals with support and/or educational services that best fit their needs
- Evaluating the response process following each incident
- Coordinating, when appropriate, activities with other campus-wide entities, especially those involved with crisis management
- Exchanging information between the CCRT and staff members' departments via representatives on the team

## CCRT Members

CCRT members include representatives from the DDCE, the Division of Student Affairs, the Office of the Executive Vice President and Provost, and University Operations. Depending upon the campus climate incident, representatives from other university offices and departments, as well as the Austin community, may be involved in the process of resolving a particular incident.

### CCRT LEAD TEAM MEMBERS (2015-2016)

**Dr. Denny Bubrig**
Associate Dean of Students, Office of the Dean of Students

**Liz Elsen**
Interim Director, Gender and Sexuality Center

**LaTonya "LT" Robinson**
Program Manager, Residence Life, Division of Housing and Food Services

**Ixchel Rosal**
Executive Director, Student Diversity Initiatives

**Dr. Audrey Sorrells**
Associate Dean of Students, Office of the Dean of Students

**Dr. Betty Jeanne Taylor**
Assistant Vice President, OIE*

### CCRT MEMBERS (2015-2016)

**Leslie Blair**
Executive Director of Communications, Community and External Relations, DDCE

**Stephanie Bullick**
Disabilities Services Coordinator, Services for Students with Disabilities

**Brooke Bulow**
Director of Communications, Office of the Vice President for Student Affairs

**Dr. Kimberly Burdine**
Burdine, Diversity Coordinator, Psychologist III, Counseling and Mental Health Center

**Karen Chawner**
Director III, Human Resource Services

* Dr. Taylor served as CCRT liaison to Dr. Gregory J. Vincent, Vice President for Diversity and Community Engagement from 2015-2016.



**Edna Dominguez**
Assistant Vice President for Student Affairs, Strategic Initiatives,
Office of the Vice President for Student Affairs

**Brandelyn Franks-Flunder**
Director, Multicultural Engagement Center, Student Diversity Initiatives, DDCE

**Capt. Gonzalo Gonzalez**
Executive Assistant to the Chief of Police, UT Police Department

**Virginia Luehrsen**
Student Affairs Specialist, Office of the Vice President for Student Affairs

**Margaret Luevano**
Associate Director, International Student and Scholar Services

## REPORTING FORM AND DATA COLLECTION

All students, faculty, staff, alumni, and campus visitors are requested to report bias incidents, regardless of whether they experience, witness, or are informed of the incidents as a third party. These reports can be submitted online via an interactive form on the CCRT website (http://www.utexas.edu/diversity/ccrt), or by phone and in person with the DDCE, the Office of the Dean of Students, or the Office for Inclusion and Equity (OIE).

The data collected on the online form is as follows:



**The University of Texas at Austin**
**Campus Climate Response Team**

# CAMPUS CLIMATE INCIDENT ONLINE REPORT FORM

Name:

Local Address:

Phone Number:

Email Address:

* What is your association with the incident?
(please select one):
○ Victim
○ Witness
○ Third Party
○ Other

* What is your affiliation with The University of Texas at Austin?
(please select one):
○ Student
○ Faculty
○ Staff
○ Alumnus
○ Parent
○ Visitor
○ Other

* Date of Incident (mm-dd-yyyy):

Approximate Time of Incident (if applicable):

* Did the incident occur on campus?
○ Yes
○ No

* Location(s) of Incident (be as specific as possible):

* Provide the facts of the incident in as much detail as possible.

Describe all comments, conduct, gestures, markings, physical injuries, property damage, etc. Identify alleged offender(s) by name and UT Austin affiliation, if known, or by physical appearance. List any possible witness(es) by name with contact information, if known, or if unknown please indicate if there were any witnesses.

* If the incident is bias-related, what is the perceived motive for the bias? Please select all that apply:
○ Age
○ Citizenship
○ Disability
○ Ethnicity/Race
○ Gender
○ Gender Expression
○ Gender Identity
○ National Origin
○ Religion
○ Sexual Orientation
○ Veteran Status
○ Unsure/Do Not Know
○ Other (please specify):

Have you reported the incident to another University of Texas at Austin office (optional)?
○ Yes (If so, please identify the office and person to whom you reported the incident)

○ No

What response did you receive from the office to which you initially reported the incident (optional)?

What type of response would you like to see as a result of reporting this incident (optional)?

*Required Fields

## Response Process

Once a report is filed, with contact information provided by the reporting individual, the CCRT attempts to contact the reporting party within two business days. CCRT Lead Team members follow standard intake procedures to determine whether the situation, as reported, falls within the parameters of a campus climate incident and whether the incident should be referred to other response teams, such as the UT Austin Police Department, Critical Incident Response Team, Behavior Assessment Team, and Threat Assessment Team. Lead team members also determine if there is a possible violation of the university's *Institutional Rules on Student Services and Activities* or polices outlined in the General Information Catalog so that the incident may be addressed by the appropriate university entity.

If it is determined that the situation would best be managed by an entity other than the CCRT, CCRT Lead Team members partner and refer the incident to the appropriate party. For example, incidents involving individual students who have potentially violated institutional rules may be referred to Student Conduct and Academic Integrity in the Office of the Dean of Students; incidents involving student organizations engaged in possible violation of institutional rules may be forwarded to Student Activities. A case may also be referred to Division of Housing and Food Service staff if the incident involves university residence hall students. In addition, if the situation involves university faculty or staff possibly violating a university policy, the OIE responds to the reporting individual.

If it is determined that the situation is best managed by convening the broader group of university representatives that form the CCRT, a team meeting is called. The team evaluates the incident, providing when necessary:

- Coordination of responses to the reported incident
- Support and information to targeted student(s), staff, and faculty
- Support and information to student(s), staff, or faculty who initiated the incident
- Information and resources for the UT Austin community

The University of Texas at Austin
**Campus Climate
Response Team**

# 2015-2016 CAMPUS CLIMATE TREND REPORT

## 2015-2016 Campus Climate Trend Data

### OVERVIEW OF REPORTS RECEIVED

During the 2015-2016 academic year (including summer 2016), the CCRT received **194 reports regarding 104 distinct bias incidents.** This represents a **40% increase** in distinct incidents reported over the 2014-2015 academic year, during which the CCRT received reports of 75 total incidents. Awareness on campus of the CCRT and its reporting function affects the number of reports received by the team and means that raw numbers of reports and incidents must be interpreted with caution (i.e., a higher volume of incidents *reported* does not necessarily signal a higher volume of incidents *occurring*). All of the 2015-2016 reports were initially received through the online report form; no reports were made in person or by phone.

This report examines most of the data in two different sections: *Incidents with Fewer Than 10 Reports* and *Incidents with 10 or More Reports.* Separating the data in this way lends a better view of campus climate trends overall and throughout the year while still giving all data full consideration.

Of the 186 reports received, 57 reports pertain to a student group demonstration at an event hosted by an academic department.  After excluding reports related to this event, the CCRT received a total of 129 reports on 96 distinct incidents. In the following section, *Incidents with Fewer Than 10 Reports,* these 96 reports are explored in greater depth. It should be noted that bias incidents are underreported on college campuses[2]  and that this total is presumed to reflect only a fraction of all occurrences.

Table 1
**NUMBER OF CCRT REPORTS RECEIVED, 2012-2016**

| Academic Year | Incident Type | # Reports | # Incidents |
|---|---|---|---|
| 2015-2016 | All reports | 194 | 104 |
| | Incidents with ≥10 reports | 59 | 1 |
| | Incidents with <10 reports | 135 | 103 |
| 2014-2015 | All reports | 104 | 75 |
| | Incidents with ≥10 reports | 21 | 1 |
| | Incidents with <10 reports | 83 | 74 |
| 2013-2014 | All reports | 670 | 69 |
| | Incidents with ≥10 reports | 597 | 2 |
| | Incidents with <10 reports | 73 | 67 |
| 2012-2013 | All reports | 94 | 82 |
| **All years** | **All reports** | **1,062** | **330** |

[2] Wessler, S. L. (2004). Hate crimes and bias-motivated harassment on campus. In D. R. Karp & T. Allena (Eds.), *Restorative justice on the college campus* (pp. 194-202). Springfield, IL: Charles C Thomas.

# INCIDENTS WITH FEWER THAN 10 REPORTS

## REPORTS RECEIVED
### *Incidents with Fewer Than 10 Reports*

In the category of incidents with fewer than 10 reports, the CCRT received 65 reports during fall 2015, 53 during spring 2016, and seventeen during summer 2016. Months with the highest number of incidents reported include November 2015 (29 reports), September 2015 (17 reports), and April 2016 (16 reports). Few bias incidents were reported during the summer and intersession. Fifteen incidents were reported multiple times, four of these were reported in multiple months.

**Table 2**
### CCRT REPORTS RECEIVED, BY MONTH, 2015-2016
### *Incidents with Fewer Than 10 Reports*

| Month Reported | # Reports | % Reports | # Incidents by month |
|---|---|---|---|
| September 2015 | 17 | 10% | 17 |
| October 2015 | 11 | 8% | 11 |
| November 2015 | 29 | 21% | 22 |
| December 2015 | 8 | 6% | 6 |
| January 2016 | 4 | 3% | 4 |
| February 2016 | 13 | 10% | 12 |
| March 2016 | 12 | 9% | 7 |
| April 2016 | 16 | 12% | 9 |
| May 2016 | 8 | 6% | 6 |
| June 2016 | 3 | 2% | 2 |
| July 2016 | 5 | 4% | 5 |
| August 2016 | 9 | 7% | 8 |
| **Total** | **135 reports** | | **109 incidents\*** |

*\*Because four **distinct** incidents were reported in **multiple months,** the total number of incidents shown in Table 2 is higher than the total number of distinct incidents overall. For example, one incident was reported initially in September, then once in October, and twice in November. Though it is counted as an incident in each of those three months, it is counted as only one distinct incident in the total number of incidents for 2015-2016.*

## REPORT ATTRIBUTES
### *Incidents with Fewer Than 10 Reports*

Although the CCRT encourages those reporting incidents to identify themselves so the team may follow up and gather additional information needed, anonymous reports are permitted because some individuals may fear retaliation or wish for the CCRT to simply have a record of an incident. All 135 of the 2015-2016 incident reports in this category were filed via the interactive form available on the CCRT website. Roughly one quarter of reports in this category were filed anonymously. Those reporting bias incidents were most willing to share their e-mail address (73%), followed by phone number (67%), and physical address (56%) as a means of contact. Seventy percent of all incidents reported were identified as having occurred on campus.

The form asks individuals to identify themselves in relation to the bias incident. Twenty-five percent of people reporting in this category self-identified as victims of an incident, while 32% identified as witnesses, and 26% identified as third parties (i.e., they heard about the incident but did not witness or personally experience it). Students provided the vast majority of reports (62%), followed by staff (22%).

Table 3
## CCRT REPORT ATTRIBUTES, 2015-2016
### Incidents with Fewer Than 10 Reports

|  |  | # Reports | % Reports |
|---|---|---|---|
| **Reporting method** | Reported online | 135 | 100% |
|  | Reported via e-mail | 0 | 0% |
|  | Reported via telephone | 0 | 0% |
| **Anonymous reporting** | Reported anonymously | 33 | 24% |
| **Contact information** | Included address | 75 | 56% |
|  | Included phone number | 90 | 67% |
|  | Included e-mail address | 99 | 73% |
| **Association to incident** | Victim | 34 | 25% |
|  | Witness | 46 | 34 |
|  | Third party | 36 | 27% |
|  | Other | 19 | 14% |
| **Affiliation of reporter** | Student | 87 | 64% |
|  | Faculty | 4 | 3% |
|  | Staff | 30 | 22% |
|  | Alumnus | 4 | 3% |
|  | Parent | 1 | 1% |
|  | Visitor | 1 | 1% |
|  | Other | 8 | 6% |
| **Incident location** | On campus | 95 | 70% |
|  | Internet | 30 | 22% |
|  | Off Campus | 40 | 30% |
|  | Phone | 1 | 1% |
|  | Unsure/do not know | 3 | 2% |

## TYPES OF BIAS REPORTED
### Incidents with Fewer Than 10 Reports

More than half of 2015-2016 CCRT reports in this category cite race/ethnicity bias (59%), followed by gender(21%) and sexual orientation (18%), and national origin (15%). Respondents selecting "other" as the type of bias listed, among other examples, body type, mental health, political affiliation/beliefs, and social class. Respondents are given the option to report multiple forms of bias related to one incident, and many selected race/ethnicity and at least one other category, most often gender, national origin, and/or religion. Bias based on gender, gender identity, and sexual orientation tends to be reported in tandem.

Table 4
### TYPES OF BIAS REPORTED TO CCRT, 2015-2016
*Incidents with Fewer Than 10 Reports*

| Type of Bias | # Reports | % Reports |
|---|---|---|
| Race/ethnicity | 79 | 59% |
| Gender | 28 | 21% |
| Sexual orientation | 24 | 18% |
| National origin | 20 | 15% |
| Gender expression | 20 | 15% |
| Other | 18 | 13% |
| Religion | 17 | 13% |
| Gender identity | 17 | 13% |
| Unsure/do not know | 11 | 8% |
| Disability | 7 | 5% |
| Citizenship | 5 | 4% |
| Age | 5 | 4% |
| Veteran status | 0 | 0% |
| *Note: The CCRT form allows for more than one response to this question.* | | |

## TYPES OF INCIDENTS REPORTED
*Incidents with Fewer Than 10 Reports*

On the CCRT form online, respondents are asked to provide details about the bias incident in a dialogue box. Responses are then grouped and coded by incident type. For the 2015-2016 period, the most prevalent type of incident in this category is online harassment (24%). Other common incident types in this category are verbal harassment/slurs (19%), faculty conduct (19%), student organization conduct (6%), and graffiti/vandalism (7%). Also, in 2015-2016, the CCRT included "distribution of offensive flyers" as a type of incident tracked and 8% of incidents reported fell into this category. Two percent of incidents reported were not bias related.

**Examples of the types of incidents reported to CCRT include:**

- Insulting and insensitive posts on social media or group chat apps pertaining to race, gender identity, or sexual orientation

- Derogatory faculty and student commentary in the classroom

- Graffiti/vandalism on and off campus based on race, religion, and/or sexual orientation

- Hostile and insensitive treatment or interaction with a campus department/unit

- Messaging by the university that is insensitive or based upon negative stereotypes

- Physical harassment/assault

2015-2016 CAMPUS CLIMATE TREND REPORT

- Harassment by strangers or campus community members based on perceived sexual orientation
- Slurs and verbal/physical harassment on and off campus

### Table 5
### TYPES OF INCIDENTS REPORTED TO CCRT, 2015-2016
*Incidents with Fewer Than 10 Reports*

| Incident Type | # Reports | % Reports |
|---|---|---|
| Online harassment | 32 | 24% |
| Verbal harassment/slurs | 25 | 19% |
| Complaint about faculty member | 25 | 19% |
| Complaint about student organization | 8 | 6% |
| Incident not bias related | 3 | 2% |
| Graffiti/vandalism | 10 | 7% |
| Offensive flyer | 11 | 8% |
| Complaint about staff member | 6 | 4% |
| Complaint about department | 13 | 10% |
| Compilation of multiple incidents | 2 | 1% |
| Physical harassment | 4 | 3% |

### RESPONSES PREFERRED BY THOSE REPORTING
*Incidents with Fewer Than 10 Reports*

On the CCRT reporting form, respondents are asked to indicate in a dialogue box what kind of outcome they would prefer as a result of their reports. Responses to this question were grouped and coded with one or more types of preferred responses. Because the question is optional on the CCRT report form, percentages listed below are based upon only those respondents who provided a response.

Some respondents in the category (9%) indicated that they simply wanted to inform the CCRT of the incident for the sake of reporting and/or to share information about an incident with relevant campus stakeholders. These incidents were coded as awareness/information gathering. Respondents (7%) also suggested increased and/or targeted diversity education to help prevent future occurrences of bias. Some point specifically to departments, organizations, or individuals whom they believe would benefit from this education, while others describe a need for broader social justice and diversity education across the campus community.

Other frequently preferred responses include an administrative statement from the university (17%), disciplinary action (14%), and an acknowledgment/apology from the other party involved in an incident (7%). A limited number of reports specifically requested removal of graffiti/vandalism on university grounds (5%).

**Table 6**
**RESPONSES PREFERRED BY THOSE REPORTING, 2015-2016**
*Incidents with Fewer Than 10 Reports*

| Preferred Response | # Reports | % Reports |
|---|---|---|
| Awareness/information gathering | 12 | 9% |
| Diversity education | 10 | 7% |
| Administrative statement | 4 | 3% |
| Disciplinary action | 20 | 15% |
| Unsure | 2 | 1% |
| Acknowledgment/apology from other party | 4 | 3% |
| Removal of graffiti | 2 | 1% |
| Policy change/reform | 13 | 10% |
| *Note: This field is not required in the CCRT form, so this table reflects responses received.* | | |

### CCRT AND COORDINATED RESPONSES
*Incidents with Fewer Than 10 Reports*

In response to every CCRT report that includes at least one piece of contact information, a team member makes at least two attempts to contact the individual by telephone or e-mail, the first attempt occurring within two business days of the report. In practice, team members prefer contact by telephone since it allows for an immediate exchange and offer of support. During this initial point of contact, team members offer to speak over the phone or in person to discuss the incident further and to discuss resources.

**Examples of responses coordinated by CCRT in this category include:**
- Personal contact to acknowledge the report, discuss the incident, share information on CCRT processes, share available resources and services, and schedule in-person meetings

- Educational conversations/meetings with those initiating an incident regarding the intent and impact of their actions

- Sharing information with relevant campus offices and departments to make them aware of incidents

- Communication with relevant constituencies regarding incidents and the CCRT's ongoing responses

- Ongoing conversations with off-campus/private residence halls regarding best practices for residential communities

- Referrals to campus resources, services, departments, and units

**Examples of the responses by campus partners as a result of CCRT reports include:**

- Investigation and resolution of incidents classified as a criminal act (coordinated with UT Police Department) or university policy violation (coordinated with the Office of the Dean of Students and the OIE)

- Initiation of an informal complaint resolution process (through the OIE)

- Diversity training and education with a department's staff, student organization members, and students enrolled in a course

- Educational conversations or meetings with those initiating an incident (particularly student organizations) regarding the intent and impact of their actions, how the incident aligns with the organization's goals or mission, etc.

- Adjusting ongoing programming (such as a student leadership training series) to incorporate education about bias incidents

- Public communications (such as a statement or press release) regarding incidents

- Documentation and removal of graffiti (in cooperation with UTPD, University Operations, and/or Facilities Services)

# INCIDENTS WITH 10 OR MORE REPORTS

### REPORTS RECEIVED
### *Incidents with 10 or More Reports*

The CCRT received 57 reports pertaining to a speaker event on campus. This event accounts for 31% of all reports received by the CCRT during the 2015-2016 academic year. Because of the magnitude of reports received and their potential to skew the data across the entire year, these data are examined separately.

Table 7
#### TOTAL REPORTS RECEIVED BY CCRT BY INCIDENT, 2015-2016

| Category | # Incidents | # Reports | % Reports |
|---|---|---|---|
| Incidents with fewer than 10 reports | 103 | 135 | 70% |
| Incidents with 10 or more reports | 1 | 59 | 30% |
| **2015-2016 Total** | 104 | 194 | 100% |

### SPEAKER EVENT PROTEST

In November 2015 a speaker event on campus, hosted by an academic unit, was interrupted by a group that included students and resulted in a confrontation.

### REPORT ATTRIBUTES
### *Speaker Event*

CCRT received 59 reports in response to the altercation. All reports related to the incident were filed via the form available on the CCRT website. Fourteen percent of reports were filed anonymously. Students provided the vast majority of reports (66%), followed by alumni (15%).

The form asks individuals to identify themselves in relation to the bias incident. Eight percent of individuals self-identified as victims of the incident, while 7% identified as third parties (i.e., they heard about the incident but did not witness or personally experience it) and 10% identified as witnesses.

Table 8
### REPORT ATTRIBUTES, SPEAKER EVENT

|  |  | # Reports | % Reports |
|---|---|---|---|
| **Reporting method** | Reported online | 59 | 100% |
| **Anonymous reporting** | Reported anonymously | 8 | 14% |
| **Association to incident** | Victim | 5 | 8% |
|  | Witness | 6 | 10% |
|  | Third party | 28 | 47% |
|  | Other | 20 | 34% |
| **Affiliation of reporter** | Student | 39 | 66% |
|  | Faculty | 1 | 2% |
|  | Staff | 3 | 5% |
|  | Parent | 0 | 0% |
|  | Alumnus | 9 | 15% |
|  | Other | 7 | 12% |
|  | Visitor | 0 | 0% |

## TYPES OF BIAS REPORTED
### Speaker Event

Respondents are given the option to report multiple biases related to one incident. Many individuals that filed reports about the party indicated national origin as a primary bias concern (81%), and many selected at least one other category. A majority (75%) of respondents also selected race/ethnicity as a bias concern. Approximately 63 percent considered religion a bias concern.

2015-2016 CAMPUS CLIMATE TREND REPORT

Table 9
**TYPE OF BIAS REPORTED TO CCRT,
SPEAKER EVENT**

| Type of Bias | # Reports | % Reports |
|---|---|---|
| National origin | 48 | 81% |
| Race/ethnicity | 44 | 75% |
| Religion | 37 | 63% |
| Other | 14 | 24% |
| Citizenship | 13 | 22% |
| Age | 8 | 14% |
| Veteran status | 3 | 5% |
| Sexual orientation | 1 | 1% |
| Unsure/do not know | 1 | 1% |
| Gender identity | 0 | 0% |
| Disability | 0 | 0% |
| Gender | 0 | 0% |
| Gender expression | 0 | 0% |
| Gender identity | 0 | 0% |

*Note: The CCRT form allows for more than one response
to this question.*

## RESPONSES PREFERRED BY THOSE REPORTING
*Speaker Event*

On the CCRT reporting form, respondents are asked to indicate in a dialogue box what kind of outcome they would prefer as a result of their reports. Responses to this question were grouped and coded with one or more types of preferred responses. Percentages listed below are based upon those respondents who provided a preferred response. The question is optional on the CCRT report form.

A plurality of respondents (37%) wished for disciplinary action. Other preferred responses included issuing an administrative statement (12%), promoting awareness on campus regarding the event (2%), and receiving an apology from the group that interrupted the event (7%).

**Table 10**
**RESPONSES PREFERRED BY THOSE REPORTING,**
**SPEAKER EVENT**

| Preferred Response | # Reports | % Reports |
|---|---|---|
| Disciplinary action | 22 | 37% |
| Administrative statement | 7 | 12% |
| Awareness/information gathering | 3 | 5% |
| Acknowledgment/apology from other party | 4 | 7% |
| Diversity education | 1 | 2% |
| Policy change/reform | 2 | 3% |
| Removal of graffiti | 0 | 0% |
| *Note: The CCRT form allows for more than one response to this question.* | | |

## CCRT AND COORDINATED RESPONSES
### Incidents with 10 or More Reports

In response to every CCRT report that includes at least one piece of contact information, a team member makes at least two attempts to contact the individual by telephone or e-mail, the first attempt occurring within two business days of the report. The CCRT's response to the speaker event reports followed this pattern.

**Responses to incidents with 10 or more reports include:**

- If they supplied a phone number, individuals reporting the incident received a phone call. If they only supplied an e-mail address, they received an e-mail message inviting them to contact a member of the team to discuss their report.

- In response, the CCRT worked with campus partners to coordinate appropriate activities, including providing advice and input related to public messaging from the university.

- Staff affiliated with the CCRT and the Office of the Dean of Students met with student leaders involved with the event as well as those planning additional protests or responses.

- The CCRT tracked the volume of responses to both incidents and worked with the vice president for diversity and community engagement and senior administration as the incidents and reports developed.

- Staff affiliated with the CCRT who work within the Office of the Dean of Students continued to provide information and support to all students interested in engaging this issue from a variety of perspectives.

## PRELIMINARY FOUR-YEAR CAMPUS CLIMATE TRENDS

This report is the fourth annual UT Austin Campus Climate Trend Report released by the CCRT. The raw number of reports received in 2015-2016 (194 reports) increased from the number of reports in 2014-2015 (104 reports). Furthermore, the CCRT received reports of a higher number of distinct bias incidents in 2015-2016 (104 incidents) compared to 75 distinct incidents reported in 2014-2015 and 69 distinct incidents reported in 2013-2014.

When comparing CCRT report data for the 2012-2013, 2013-2014, 2014-2015, and 2015-2016 academic years (excluding incidents receiving more than 10 reports), bias related to race/ethnicity is the most common type of bias identified during all four periods (46%, 42%, 42%, and 59% respectively). Reports citing gender (21%, 30%, 33%, and 21%) were part of the three most common types of bias across the years. While sexual orientation (31%, 28%) was in the top three types of bias for the first two years and dropped to the fifth most commonly reported form of bias the third year (16%), it reemerged as the third most reported bias type in 2015-2016 (18% of reports).

For the first time in the 2015-2016 reporting year, online harassment reports comprised the bulk of the reports (24%), followed by verbal slurs (19%) which had been the most commonly reported type of incident for the previous three reports.

Students were most likely to report bias incidents (78%, 77%, 73%, and 64%), while faculty, parents, and visitors to campus were among the least likely to report bias incidents across time. Almost all reports received were filed online in all four years.

To access previous Campus Climate Trend Reports, please visit http://www.utexas.edu/diversity/campus-culture/campus-climate-response-team.

# Exhibit K



## Office of the Dean of Students

About Us

Leadership and Ethics Institute

Legal Services for Students

Legislative Student Organizations

Research Institute

Safety Education

Sorority and Fraternity Life

Student Activities

Student Conduct and Academic Integrity

Student Emergency Services

Student Veteran Services

# Welcome to the Office of the Dean of Students













Title IX Training and Investigations

Contact Us

Campus-Wide Elections

MasculinUT

Make a Gift to the Office of the
Dean of Students

Search





The Office of the Dean of Students is committed to
helping all students at the University of Texas at Austin
reach their fullest potential. Our office provides a variety
of student support services along with opportunities for
leadership experience, diverse student work
environments, engaging programming and specialized
resources.

The Office of the Dean of Students includes 10
specialized service areas: Leadership and Ethics
Institute, Legal Services for Students, Legislative Student
Organizations, Dean of Students Research Institute,
Sorority and Fraternity Life, Student Activities, Student
Conduct and Academic Integrity, Student Emergency Services, Student Veteran
Services, and Title IX Training and Investigations.

Report an Incident

Report a Student Org or
Hazing Incident

Report Sexual Harrassment
or Sexual Misconduct

Report a Bias Incident

Student Emergency

# Exhibit L

Division of Diversity and Community Engagement                     TEXAS



The University of Texas at Austin
Campus Climate Response Team

| Search this website |

HOME        ABOUT CCRT        REPORTING        REPORTS        POLICIES        RESOURCES        FAQS

# Campus Climate Response Team Reports

The following table reflects information from reports received by the Campus Climate Response Team (CCRT). This information is shared in an effort to provide transparency regarding CCRT reported bias incidents impacting the University of Texas at Austin community, while adhering to state and local laws as well as university policies. As a non-adjudicating body, CCRT's main function is to support reporters of bias incidents and to provide information regarding university resources. Providing details about specific incident information is limited by policies/laws, including but not limited to the Family Educational Rights and Privacy Act of 1974 (FERPA – link to law). Please see key below for further details. CCRT welcomes your comments and suggestions. Please submit feedback here.

## Reports Received

Show 100 entries

Search: [            ]

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018931 | October 30 2018 | October 2018 (1) | On Campus | Other | Gender | Unable to Contact Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018913 | October 2 2018 | October 2018 (175) | On Campus Online | Written Comment Social Media Post/Comment Poster/Flyer Verbal Comment Presentation | Age Citizenship Disability Gender Gender Expression Gender Identity National Origin Race/Ethnicity Religion Sexual Orientation Socioeconomic Class Veteran Status Other Unsure/Do Not Know Not Selected by Reporter | Contacted Incident Reporter Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018275 | May 29 2018 | May 2018 | Online | Social Media Post/Comment | Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2018270 | May 8 2018 | May 2018 (1) | On Campus | Verbal Comment | Gender | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018269 | May 2 2018 | May 2018 (1 | On Campus | Other | Disability | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2018267-1 | April 18 2018, 4 | April 2018 | On Campus | Physical Assault Other | Other Unsure/Do Not Know | Contacted Incident Reporter Unable to Contact Reporter Documented for Identifying Trends |
| 2018267 | April 18 2018, 4 | April 2018 (2) | On Campus | Physical Assault Other | Other Unsure/Do Not Know Gender | Contacted Incident Reporter Unable to Contact Reporter Documented for Identifying Trends |
| 2018265 | April 25 2018 | April 2018 | On Campus | Verbal Comment | Gender Expression Gender Identity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018265 | April 25 2018 | April 2018 (1) | On Campus | Verbal Comment | Gender Expression Gender Identity Sexual Orientation | Contacted Incident Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 2018264 | April 18 2018, 2 | April 2018 May 2018 | On Campus | Verbal Comment Other | Age Race/Ethnicity | Contacted Incident Reporter Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018262 | April 23 2018 | April 2018 | On Campus | Verbal Comment | Gender Race/Ethnicity | Contacted Incident Reporter Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018261 | Unknown | April 2018 | On Campus | Poster/Flyer | Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018261 | April 20 2018 | April 2018 (1) | On Campus | Poster/Flyer | Race/Ethnicity | Unable to Contact Reporter Documented for Identifying Trends |
| 2018259 | April 18 2018 | April 2018 (1) | On Campus | Vandalism/Destruction of Property | Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018258 | April 11 2018 | April 2018 (1) | On Campus | Verbal Comment Other | Age Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018256 | April 11 2018 | April 2018 (1) | On Campus | Vandalism/Graffiti | Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2018252 | November 1 2017 | March 2018 (1) | On Campus | Verbal Comment | Disability | Unable to Contact Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018251 | March 29 2018 | March 2018 (1) | On Campus | Verbal Comment | Gender Gender Expression Gender Identity Sexual Orientation | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2018250 | March 22 2018 | March 2018 (1) | Off Campus | Other | Citizenship Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018249 | March 28 2018 | March 2018 | On Campus | Poster/Flyer | Gender Gender Expression Gender Identity Sexual Orientation | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018248 | March 28 2018 | March 2018 (1) | Online | Email Message | Unsure/Do Not Know | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2018247 | March 27 2018 | March 2018 (1) | On Campus | Presentation Verbal Comment Other | Gender Gender Expression Gender Identity | Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018246 | March 24 2018 | March 2018 (1) | On Campus | Other | Unable to Contact Reporter Contacted Appropriate Community/University Entity Citizenship Gender Gender Expression Gender Identity National Origin Race/Ethnicity Sexual Orientation | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018245 | March 22 2018, 2 | March 2018 | On Campus | Written Comment | Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018244 | March 26 2018 | March 2018 (1) | On Campus | Verbal Comment | Unsure/Do Not Know | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity |
| 2018243 | March 16, 2018 | March 2018 (1) | On Campus | Physical Assault | Gender Unsure/Do Not Know | Unable to Contact Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018242 | March 1 2018 | March 2018 (1) | Online | Email Message | Unsure/Do Not Know | Contacted Incident Reporter Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018240 | December 1 2017 | March 2018 (1) | On Campus | Verbal Comment | Religion | Unable to Contact Reporter Documented for Identifying Trends |
| 2018239 | March 7 2018 | March 2018 (1) | On Campus | Verbal Comment | Sexual Orientation | Unable to Contact Reporter Documented for Identifying Trends |
| 2018238 | March 7 2018 | March 2018 (1) | On Campus | Verbal Comment | Gender Gender Expression Gender Identity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018235 | March 6 2018 | March 2018 (1) | On Campus | Verbal Comment | Gender Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018234 | February 258 2018 | March 2018 (1) | On Campus | Social Media Post/Comment | Disability | Contacted Incident Reporter Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018233 | March 1 2018 | March 2018 (1) | Online | Social Media Post/Comment | Disability Gender National Origin | Unable to Contact Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2018232 | February 15 2018 | February 2018 (1) | On Campus | Presentation | Disability Unsure/Do Not Know | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018231 | February 13 2018 | February 2018 (1) | Online | Other | Age Citizenship Disability Gender Gender Expression Gender Identity National Origin Race/Ethnicity Religion Sexual Orientation Socioeconomic Class Veteran Status Unsure/Do Not Know | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 2018229 | January 25 2018 | January 2018 (1) | On Campus | Other | Citizenship Gender Expression Gender Identity National Origin Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2018228 | February 20 2018 | February 2018 (1) | On Campus | Other | Unsure/Do Not Know | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018227 | February 10 2018 | February 2018 (1) | Off Campus On Campus | Verbal Comment | Unsure/Do Not Know | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2018226 | February 1 2018 | February 2018 (1) | On Campus | Verbal Comment | National Origin Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 2018225 | February 14, March 22 2018, 21 | February, March 2018 | Off Campus On Campus Online | Social Media Post/Comment Verbal Comment Poster/Flyer | Gender Identity National Origin Race/Ethnicity Religion Sexual Orientation Other Unsure/Do Not Know | Contacted Incident Reporter Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018224 | February 20 2018 | February 2018 (1) | Online On Campus | Email Message | Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 2018224 | February 20 2018 | February 2018 | Online | Email Message | Race/Ethnicity | Contacted Incident Reporter Documented for Identifying Trends |
| 2018223 | February 14 2018 | February 2018 (4) | Off Campus On Campus | Verbal Comment | Gender Gender Expression Gender Identity Race/Ethnicity Religion Sexual Orientation | Contacted Incident Reporter Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018222 | February 10, 2018 | February 2018 (1) | On Campus | Other | Unsure/Do Not Know | Contacted Incident Reporter Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018221 | August 26 2016 | February 2018 (1) | On Campus | Verbal Comment | Race/Ethnicity | Unable to Contact Reporter Documented for Identifying Trends |
| 2018220 | October 17 2017 | February 2018 (1) | Online | Email Message Social Media Post/Comment | Gender Identity Race/Ethnicity Sexual Orientation Unsure/Do Not Know | Unable to Contact Reporter Documented for Identifying Trends |
| 2018219 | February 1 2018 | February 2018 (1) | Online | Email Message | Gender Gender Expression Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018217 | January 31 2018 | January 2018 (1) | On Campus | Verbal Comment | Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2018216 | January 25 2018 | January 2018 (1) | On Campus | Other | Citizenship Gender Expression National Origin Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2018215 | January 30 2018 | January 2018 (1) | On Campus | Poster/Flyer | Gender Gender Expression Gender Identity | Unable to Contact Reporter Documented for Identifying Trends |
| 2018214 | January 26 2018 February 5 2018 | January 2018 (1) February 2018 (6) | On Campus | Website Post/Comment Vandalism/Graffiti Other | Gender Unsure/Do Not Know | Unable to Contact Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2018213 | January 25 2018 | January 2018 (1) | Online | Social Media Post/Comment | Sexual Orientation Unsure/Do Not Know | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2018211 | January 20 2018 | January 2018 (1) | Online | Social Media Post/Comment | Race/Ethnicity | Unable to Contact Reporter Documented for Identifying Trends |
| 2018210 | January 23 2018 | January 2018 (1) | On Campus | Verbal Comment | National Origin Other Unsure/Do Not Know | Contacted Incident Reporter Documented for Identifying Trends |
| 2017961 | December 17 2017 | December 2017 (1) | On Campus | Other | Religion | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017960 | December 17, 2017 | December 2017 (1) | Online | Written Comment Other | Other | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2017959 | December 14 2017 | December 2017 (1) | On Campus | Verbal Comment | Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2017958 | October 11 2017 | December 2017 (1) | On Campus | Other | Gender | Unable to Contact Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2017957 | December 10 2017 | December 2017 (1) | On Campus | Verbal Comment Other | Race/Ethnicity Religion Socioeconomic Class | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017956 | March 25 2017 | December 2017 (1) | On Campus | Verbal Comment | Disability Gender | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2017955 | November 23 2017 | December 2017 (1) | On Campus | Verbal Comment | Disability Gender | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017954 | October 2 2017 | December 2017 (1) | On Campus | Verbal Comment | Disability | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2017952 | December 4, 17 2017 | December 2017 (1) | Online | Social Media Post/Comment | Gender Identity | Unable to Contact Reporter Documented for Identifying Trends |
| 2017950 | December 4 2018 | December 2018 (1) | Online On Campus | Email Message Presentation Other | Nationality Race/Ethnicity Sexual Orientation | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017949 | December 1 2017 | December 2017 (1) | On Campus | Poster/Flyer Other | Race/Ethnicity Religion | Contacted Incident Reporter Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017948 | November 6 2017 | November 2017 (1) | On Campus | Verbal Comment | Disability National Origin Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017947 | October 3 2017 | November 2017 (1) | On Campus | Verbal Comment | Gender | Contacted Incident Reporter Documented for Identifying Trends |
| 2017945 | November 10 2017 | November 2017 (1) | On Campus | Verbal Comment | Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017944 | November 14 2017 | November 2017 (1) | On Campus | Vandalism/Graffiti | Other Unsure/Do Not Know | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017943 | November 2 2017 | November 2017 (1) | Online | Social Media Post/Comment | National Origin Race/Ethnicity Religion | Unable to Contact Reporter Documented for Identifying Trends |
| 2017942 | November 13 2017 | November 2017 (1) | On Campus | Vandalism/Graffiti | Race/Ethnicity | Contacted Incident Reporter Documented for Identifying Trends |
| 2017941 | November 8 2017 | November 2017 (3) | On Campus | Verbal Comment | Gender Race/Ethnicity Sexual Orientation | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017940 | October 16 2017 | November 2017 (1) | On Campus | Verbal Comment | Gender Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017939 | November 9 2017 | November 2017 (1) | On Campus | Vandalism/Graffiti | Unsure/Do Not Know | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2017937 | November 8 2017 | November 2017 1 | On Campus | Poster/Flyer | Race/Ethnicity | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017936 | November 6 2017 | November 2017 (1) | On Campus | Verbal Comment | Disability | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017934 | November 6 2017 | November 2017 (1) | Online | Social Media Post/Comment | Not Selected by Reporter | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2017933 | October 17, 29 2017 | November 2017 | On Campus | Other | Race/Ethnicity | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 2017932 | November 14 2017 | November 2017 (1) | Online | Social Media Post/Comment | Gender Gender Expression Gender Identity Race/Ethnicity Sexual Orientation | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017931 | November 6, 2017 | November 2017 (1) | On Campus | Presentation | Disability | Contacted Incident Reporter Documented for Identifying Trends |
| 2017930 | October 31 2017 | November 2017 (1) | On Campus | Physical Assault Other | Not Selected by Reporter | Unable to Contact Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2017929 | October 29 2017 | October 2017 (2) | Off Campus | Verbal Comment | National Origin Unsure/Do Not Know | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017928 | October 27 2017 | October 27 2017 | On Campus | Verbal Comment | Gender Expression Gender Identity | Unable to Contact Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017927 | October 10 2017 | October 2017 (1) | On Campus | Verbal Comment | Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2017926 | October 24 2017 | October 2017 (1) | On Campus | Written Comment Postal Mail | Disability | Contacted Incident Reporter Documented for Identifying Trends |
| 2017925 | October 2 2017 | October 2017 (1) | Online | Social Media Post/Comment | Race/Ethnicity | Unable to Contact Reporter Documented for Identifying Trends |
| 2017924 | October 16 2017 | October 2017 (1) | On Campus | Verbal Comment Other | Not Selected by Reporter | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 2017924 | October 13 2017 | October 2017 (1) | On Campus | Other | Unsure/Do Not Know | Contacted Incident Reporter Documented for Identifying Trends |
| 2017923 | October 16 2017 | October 2017 (2) | On Campus | Verbal Comment | Sexual Orientation Unsure/Do Not Know | Contacted Incident Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017923 | October 16, 2017 | October 2017 (1) | On Campus | Verbal Comment Physical Assault Other | Sexual Orientation Other | Contacted Incident Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2017922 | October 12 2017 | October 2017 (1) | On Campus | Verbal Comment | Gender | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 2017922 | October 12 2017 | October 2017 (1) | On Campus | Verbal Comment | Gender | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Documented for Identifying Trends Provided Information for Resources |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017921 | October 10 2017 | October 2017 (1) | On Campus | Other | Gender Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017920 | October 5 2017 | October 2017 (1) | On Campus | Physical Assault | Not Selected by Reporter | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017919 | October 6 2017 | October 2017 (1) | On Campus | Poster/Flyer | Citizenship National Origin Race/Ethnicity Religion | Contacted Incident Reporter Contacted Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017918 | October 5 2017 | October 2017 (2) | On Campus | Verbal Comment | Race/Ethnicity Unsure/Do Not Know | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017917 | October 5 2017 | October 2017 (1) | Off Campus | Vandalism/Graffiti | Not Selected by Reporter | Contacted Incident Reporter<br>Provided Information for Resources<br>Documented for Identifying Trends |
| 2017916 | October 2 2017 | October 2017 (1) | On Campus | Poster/Flyer | Unsure/Do Not Know | Unable to Contact Reporter<br>Documented for Identifying Trends |
| 2017915 | September 27 2017 | September 2017 (1) | On Campus | Verbal Comment | Citizenship National Origin Race/Ethnicity | Contacted Incident Reporter<br>Provided Information for Resources<br>Documented for Identifying Trends |
| 2017914 | September 26 2017 | September 2017 (1) | On Campus | Poster/Flyer | Sexual Orientation | Contacted Incident Reporter<br>Contacted Appropriate Community/University Entity<br>Referred to Appropriate Community/University Entity<br>Provided Information for Resources<br>Documented for Identifying Trends |

 Previous   Next 

# Key



- **Incident #** – Incidents are numbered in chronological order based upon the date and time of the first report of that particular incident.

- **Incident Date** – Date (month, day, year) incident occurred, as reported and/or confirmed (if applicable).

- **Report Date (# of reports)** – Date (month, year) of submitted report(s); Number of reports received per month regarding that particular incident is listed in parentheses.

- **Incident Location** – Location where incident occurred, as determined by reporter, indicated by one or more of the following:

  - Off Campus – Location outside of UT Austin Main Campus (link to map)

  - On Campus – Location on UT Austin Main Campus (link to map)

  - Online – Communications via the internet including electronic messaging systems, social media platforms, websites, electronic publications, etc.

- **Incident Type** – Category of incident type, indicated by one or more of the following: Written Comment, Social Media Post/Comment, Website Post/Comment, Email Message, Postal Mail, Poster/Flyer, Vandalism: Graffiti, Vandalism: Destruction of Property, Verbal Comment, Presentation, Physical Assault, Other

- **Bias Motive** – Category of identity as motive for incident, as determined by reporter, indicated by one or more of the following: Age, Citizenship, Disability, Ethnicity/Race, Gender, Gender Identity/Expression, National Origin, Religion, Sexual Orientation, Socioeconomic Class, Veteran Status, Other, Unsure/Do Not Know

- **CCRT Action Taken** – As a non-adjudicating body, CCRT's main function is to support reporters of bias incidents and to provide information regarding university resources. As such, "CCRT Action Taken" is indicated by one or more of the following:

  - **Contacted Incident Reporter**: Once a CCRT report is submitted, if contact information is provided by the reporting individual, CCRT attempts to contact the reporting individual within two business days (Monday through Friday except for university holidays) to gather additional information and provide resources.

  - **Unable to Contact Reporter**: Since CCRT accepts anonymous reports and it is optional for the individual submitting a report to provide contact information, if contact information is not provided by the individual submitting the report, CCRT is unable to contact the individual.

  - **Contacted Appropriate Community/University Entity**: Based upon the reported incident, CCRT may contact a community/university office, if applicable, to coordinate the appropriate response. Examples of university offices that may be contacted include: Office of the Dean of Students; Office for Inclusion and Equity; University of Texas Police Department.

  - **Referred to Appropriate Community/University Entity**: Based upon the reported incident, if CCRT determines there is a possible violation of the university's *Institutional Rules on Student Services and Activities* or policies outlined in the General Information Catalog, CCRT refers the incident to the appropriate entity. For example, incidents involving individual students who have potentially violated institutional rules may be referred to Student Conduct and Academic Integrity in the Office of the Dean of Students; incidents involving student organizations engaged in possible violation of institutional rules may be referred to the Office of Student Activities; incidents involving a university employee who has potentially violated a university policy may be referred to the Office for Inclusion and Equity.

  - **Provided Information for Resources**: During the report response process, CCRT often provides information about university resources including, but not limited to, the Counseling and Mental Health Center (CMHC) and the Employee Assistance Program (EAP).

  - **Documented for Identifying Trends**: CCRT documents receipt of CCRT reports, as they are submitted. This information is useful not only for providing support and resources for individuals affected by bias incidents, but for identifying trends. This information is available through an annual trend report produced following each academic year. Through the work of

CCRT, potential gaps in UT Austin policies and procedures that may impede the university's ability to minimize bias incidents may also be addressed.

---

© The University of Texas at Austin 2016 | Web Privacy Policy | Web Accessibility Policy

Login

# Exhibit M

Division of Diversity and Community Engagement 



# Campus Climate Response Team Reports

The following table reflects information from reports received by the Campus Climate Response Team (CCRT). This information is shared in an effort to provide transparency regarding CCRT reported bias incidents impacting the University of Texas at Austin community, while adhering to state and local laws as well as university policies. As a non-adjudicating body, CCRT's main function is to support reporters of bias incidents and to provide information regarding university resources. Providing details about specific incident information is limited by policies/laws, including but not limited to the Family Educational Rights and Privacy Act of 1974 (FERPA – link to law). Please see key below for further details. CCRT welcomes your comments and suggestions. Please submit feedback here.

## Reports Received

Show | 100 | entries

Search:

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017913 | August 21 2017 | September 2017 (1) | Off Campus | Verbal Comment | Race/Ethnicity Socioeconomic Class | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017912 | September 26 2017 | September 2017 (1) | On Campus | Other | Not Selected by Reporter | Contacted Incident Reporter Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 2017911 | September 25 2017 | September 2017 (1) | On Campus | Verbal Comment | Race/Ethnicity | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 2017910 | September 20 2017 | September 2017 (1) | On Campus | Poster/Flyer | Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 201898 | September 13 2018 | September 2018 (1) | On Campus | Other | Citizenship National Origin Race/Ethnicity | Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 201896 | September 13 2018 | September 2018 (1) | On Campus | Verbal Comment | Disability | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 201869 | August 3 2018 | August 2018 | On Campus | Poster/Flyer | Race/Ethnicity | Contacted Incident Reporter Documented for Identifying Trends |
| 201861 | May 3 2018 | May 2018 | Online | Social Media Post/Comment | Gender Gender Expression Gender Identity Sexual Orientation | Unable to Contact Reporter |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 201829 | January 23 2018 | January 2018 (1) | On Campus | Verbal Comment | Religion | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 201827 | January 23 2018 | January 2018 | Online | Other | Unsure/Do Not Know | Unable to Contact Reporter Documented for Identifying Trends |
| 201826 | January 22, 2018 | January 2018 (1) | On Campus | Verbal Comment | Gender Expression Race/Ethnicity Unsure/Do Not Know | Unable to Contact Reporter Documented for Identifying Trends |
| 201825 | February 14 2018 | February 2018 (2) | On Campus | Verbal Comment | Not Selected by Reporter Sexual Orientation | Unable to Contact Reporter Documented for Identifying Trends |
| 201824 | January 19 2018 | January 2018 | Online | Social Media Post/Comment | Gender Race/Ethnicity Sexual Orientation | Unable to Contact Reporter Documented for Identifying Trends |
| 201823 | January 19 2018 | January 2018 (1) | Online | Email Message | Gender Gender Expression Gender Identity Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 201822 | January 18 2018 | January 2018 (1) | Online | Website Post/Comment | Race/Ethnicity | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |
| 201821 | October 25, 2017 | January 2018 (1) | On Campus | Other | Unsure/Do Not Know | Unable to Contact Reporter Referred to Appropriate Community/University Entity Documented for Identifying Trends |
| 201799 | September 19 2017 | September 2017 (1) | On Campus | Verbal Comment | Gender Gender Expression Gender Identity Religion Sexual Orientation | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 201798 | September 17 2017 | September 2017 (1) | On Campus | Poster/Flyer | Race/Ethnicity Religion | Contacted Incident Reporter Provided Information for Resources Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 201797 | September 15 2017 | September 2017 (1) | On Campus | Verbal Comment | National Origin Religion | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 201796 | September 19 2017 | September 2017 (1) | On Campus | Vandalism/Destruction of Property | Not Selected by Reporter | Contacted Incident Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |
| 201795 | September 18 2017 | September 2017 (1) | On Campus | Poster/Flyer | Race/Ethnicity | Contacted Incident Reporter Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 201794 | September 18 2017 | September 2017 (1) | Online | Social Media Post/Comment | Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |
| 201793 | August 31 2017 | September 2017 (1) | On Campus | Verbal Comment | Gender Gender Expression Sexual Orientation | Unable to Contact Reporter Contacted Appropriate Community/University Entity Documented for Identifying Trends |

| Incident Number | Incident Date | Report Date (# of reports) | Incident Location | Incident Type | Bias Motive | CCRT Action Taken |
|---|---|---|---|---|---|---|
| 201792 | September 1 2017 | September 2017 (3) | Online | Social Media Post/Comment | Gender Race/Ethnicity | Contacted Incident Reporter Contacted Appropriate Community/University Entity Referred to Appropriate Community/University Entity Provided Information for Resources Documented for Identifying Trends |

‹ Previous   Next ›

# Key

- **Incident #** – Incidents are numbered in chronological order based upon the date and time of the first report of that particular incident.

- **Incident Date** – Date (month, day, year) incident occurred, as reported and/or confirmed (if applicable).

- **Report Date (# of reports)** – Date (month, year) of submitted report(s); Number of reports received per month regarding that particular incident is listed in parentheses.

- **Incident Location** – Location where incident occurred, as determined by reporter, indicated by one or more of the following:
  - Off Campus – Location outside of UT Austin Main Campus (link to map)
  - On Campus – Location on UT Austin Main Campus (link to map)
  - Online – Communications via the internet including electronic messaging systems, social media platforms, websites, electronic publications, etc.

- **Incident Type** – Category of incident type, indicated by one or more of the following: Written Comment, Social Media Post/Comment, Website Post/Comment, Email Message, Postal Mail, Poster/Flyer, Vandalism: Graffiti, Vandalism: Destruction of Property, Verbal Comment, Presentation, Physical Assault, Other

- **Bias Motive** – Category of identity as motive for incident, as determined by reporter, indicated by one or more of the following: Age, Citizenship, Disability, Ethnicity/Race, Gender, Gender Identity/Expression, National Origin, Religion,

Sexual Orientation, Socioeconomic Class, Veteran Status, Other, Unsure/Do Not Know

- **CCRT Action Taken** – As a non-adjudicating body, CCRT's main function is to support reporters of bias incidents and to provide information regarding university resources. As such, "CCRT Action Taken" is indicated by one or more of the following:

  - **Contacted Incident Reporter**: Once a CCRT report is submitted, if contact information is provided by the reporting individual, CCRT attempts to contact the reporting individual within two business days (Monday through Friday except for university holidays) to gather additional information and provide resources.

  - **Unable to Contact Reporter**: Since CCRT accepts anonymous reports and it is optional for the individual submitting a report to provide contact information, if contact information is not provided by the individual submitting the report, CCRT is unable to contact the individual.

  - **Contacted Appropriate Community/University Entity**: Based upon the reported incident, CCRT may contact a community/university office, if applicable, to coordinate the appropriate response. Examples of university offices that may be contacted include: Office of the Dean of Students; Office for Inclusion and Equity; University of Texas Police Department.

  - **Referred to Appropriate Community/University Entity**: Based upon the reported incident, if CCRT determines there is a possible violation of the university's *Institutional Rules on Student Services and Activities* or policies outlined in the General Information Catalog, CCRT refers the incident to the appropriate entity. For example, incidents involving individual students who have potentially violated institutional rules may be referred to Student Conduct and Academic Integrity in the Office of the Dean of Students; incidents involving student organizations engaged in possible violation of institutional rules may be referred to the Office of Student Activities; incidents involving a university employee who has potentially violated a university policy may be referred to the Office for Inclusion and Equity.

  - **Provided Information for Resources**: During the report response process, CCRT often provides information about university resources including, but not limited to, the Counseling and Mental Health Center (CMHC) and the Employee Assistance Program (EAP).

  - **Documented for Identifying Trends**: CCRT documents receipt of CCRT reports, as they are submitted. This information is useful not only for providing support and resources for individuals affected by bias incidents, but for identifying trends. This information is available through an annual trend report produced following each academic year. Through the work of CCRT, potential gaps in UT Austin policies and procedures that may impede the university's ability to minimize bias incidents may also be addressed.

*© The University of Texas at Austin 2016 | Web Privacy Policy | Web Accessibility Policy*

*Login*