IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
19 JUN -4 PM 2:57
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| SPEECH FIRST, INC., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-1078-LY |
| | § | |
| GREGORY L. FENVES, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause without prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Gregory L. Fenves recover his costs of court from Speech First, Inc.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _4th_ day of June, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE