IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPEECH FIRST, INC., <br> *Plaintiff*, <br><br> v. <br><br> GREGORY L. FENVES, <br> *Defendant*. | Case No. 1:18-cv-1078-LY |

**NOTICE OF APPEAL**

Plaintiff Speech First, Inc. now appeals to the U.S. Court of Appeals for the Fifth Circuit this Court's order and final judgment entered on June 4, 2019, denying Speech First's motion for a preliminary injunction, dismissing the case under Fed. R. Civ. P. 12(h)(3) for lack of standing, and awarding costs to Defendant Gregory L. Fenves. *See* Dkt. Nos. 31, 32.

Respectfully submitted,

Dated: June 6, 2019    /s/ *Cameron T. Norris*

William S. Consovoy
Jeffrey M. Harris
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
jeff@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Plaintiff Speech First, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2019, I electronically filed this brief with the Clerk of Court using the CM/ECF system.

*/s/ Cameron T. Norris*