IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

DEC 2 8 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| SPEECH FIRST, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | |
| GREGORY L. FENVES, § | CAUSE NO. 1:18-CV-1078-LY |
| IN HIS OFFICIAL CAPACITY AS § | |
| PRESIDENT OF THE UNIVERSITY OF § | |
| TEXAS AT AUSTIN, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On December 22, 2020, the parties filed a Notice of Dismissal (Doc. #39) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _23rd_ day of December, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE